

One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

**Rebecca K. Felsenthal**
rfelsenthal@sideman.com
(415) 733-3986

January 4, 2017

**VIA ECF**

The Honorable Carol B. Amon
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    *Yesh Music, LLC v. Sephora USA, Inc.*, 1:16-cv-4913
              January 27, 2017 Pre-motion Conference on Defendant's Motion to Dismiss

Dear Judge Amon:

    I represent Defendant Sephora USA, Inc. ("Defendant" or "Sephora") in the above-captioned matter, and write pursuant to the Court's Individual Motion Practices and Rule 2(A) regarding the pre-motion conference on Defendant's motion to dismiss, set for January 27, 2017 at 2:00 p.m. in Courtroom 10D South before Your Honor. Sephora respectfully requests that the pre-motion conference remain at the same date and time, but that the parties be permitted to attend telephonically.

    Although Plaintiff has filed this action in the Eastern District of New York, Sephora and its counsel are located in San Francisco, California. As such, personal appearance at the January 27, 2017 pre-motion conference will require Sephora to incur significant costs for travel, accommodations, and its counsel's time. Further, Sephora anticipates undertaking these costs in the near future to attend oral argument on its motion to dismiss. As such, we believe the best use of Sephora's (and the Court's) resources is to host the January 27, 2017 conference telephonically.

                                              Respectfully submitted,

                                             Rebecca K. Felsenthal
                                             Attorneys for Defendant Sephora USA, Inc.

cc: Richard Garbarini, Esq.