LOUIS P. FEUCHTBAUM (LF9637)
REBECCA K. FELSENTHAL (RF4600)
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:     (415) 392-1960
Facsimile:     (415) 392-0827

Attorneys for Defendant
SEPHORA USA, INC.


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YESH MUSIC, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>SEPHORA USA, INC.,<br><br>    Defendant. | Index No. 16-cv-4913 (CBA)(RER)<br><br>**NOTICE OF MOTION AND MOTION OF DEFENDANT SEPHORA USA, INC. TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(2), 12(b)(3), AND 12(b)(7); MOTION TO STRIKE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(f)** |

   **PLEASE TAKE NOTICE THAT** Defendant SEPHORA USA, INC. ("Sephora") has filed a motion that seeks to dismiss a complaint that was filed by Plaintiff YESH MUSIC, LLC ("Yesh"). The Court may order a hearing on Sephora's motion, on a date that has not yet been determined, in the courtroom of the Honorable Carol B. Amon, located in the United States Courthouse, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, 11201.

   Defendant SEPHORA USA, INC. ("Moving Party") will and hereby does move this Court for an order pursuant to Rules 12(b)(2), 12(b)(3), and 12(b)(7) of the Federal Rules of Civil Procedure, dismissing Plaintiff's Third Amended Complaint; or, in the alternative, striking portions of Plaintiff Third Amended Complaint pursuant to Rule 12(f) of the Federal Rules of Civil Procedure. This Motion is based on the Notice of Motion, the accompanying Memorandum of Points and Authorities pursuant to Local Rule 7.1, all of the pleadings, files,

1

and records in this proceeding, all other matters of which the Court may take judicial notice, and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

DATED: February 13, 2017    SIDEMAN & BANCROFT LLP


By: _____
  Louis P. Feuchtbaum
  Attorneys for Defendant

2