LOUIS P. FEUCHTBAUM (LF9637)
REBECCA K. FELSENTHAL (RF4600)
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:    (415) 392-1960
Facsimile:    (415) 392-0827

Attorneys for Defendant
SEPHORA USA, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YESH MUSIC, LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>SEPHORA USA, INC.,<br><br>                    Defendant. | Index No. 16-cv-4913 (CBA)(RER)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS**<br><br>Judge:    Honorable Carol B. Amon<br>Crtrm.:   10D S |

## [PROPOSED] ORDER

THIS MATTER having been brought before this Court by Defendant Sephora USA, Inc. ("Sephora"), for an Order dismissing Plaintiff Yesh Music LLC's Third Amended Complaint pursuant to Rules 12(b)(2), 12(b)(3), and 12(b)(7) of the Federal Rules of Civil Procedure, or, in the alternative, an Order striking certain paragraphs of Plaintiff Yesh Music LLC's Third Amended Complaint pursuant to Rule 12(f) of the Federal Rules of Civil Procedure.

And this Court, having reviewed all papers in support of and in opposition to this Motion, and good cause having been shown;

**IT IS THEREFORE ORDERED** that:

1. Defendant Sephora USA, Inc.'s Motion to Dismiss is hereby GRANTED pursuant to Federal Rule of Civil Procedure 12(b)(2) due to this Court not having Personal

1

Jurisdiction over Defendant.

2. Defendant Sephora USA, Inc.'s Motion to Dismiss is hereby GRANTED pursuant to Federal Rule of Civil Procedure 12(b)(7) due to Plaintiff's failure to name Signature Tracks, LLC and/or Jonathan Sandler as indispensable parties.

3. Defendant Sephora USA, Inc.'s Motion to Dismiss is hereby GRANTED pursuant to Federal Rule of Civil Procedure 12(b)(3) due to this action having been filed in an improper venue.

4. [In the alternative:] This matter is ordered transferred to the (Northern or Central) District of California.

5. Defendant Sephora USA, Inc.'s Motion to Strike paragraphs 26, 55, 106-107, 109-110, and 114 of Plaintiff's Third Amended Complaint pursuant to Federal Rule of Civil Procedure 12(f) is hereby GRANTED.

Dated: _____     _____

The Honorable Carol B. Amon
Judge, United States District Court

9407-14\3173988v1

2.