LOUIS P. FEUCHTBAUM (LF9637)
REBECCA K. FELSENTHAL (RF4600)
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:     (415) 392-1960
Facsimile:     (415) 392-0827

Attorneys for Defendant
SEPHORA USA, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YESH MUSIC, LLC,<br><br>   Plaintiff,<br><br> v.<br><br>SEPHORA USA, INC.,<br><br>   Defendant. | Index No. 16-cv-4913 (CBA)(RER)<br><br>**CERTIFICATE OF PROOF OF SERVICE OF DEFENDANT SEPHORA USA, INC.'S MOTION TO DISMISS** |

1

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO**

I am employed in the county of aforesaid; I am over the age of eighteen years and not a party to the within entitled action; my business address is One Embarcadero Center, Twenty-Second Floor, San Francisco, CA 94111-3711.

On February 13, 2017, I served true copies of the following document(s) described as S on the interested parties in this action as follows:

**1. NOTICE OF MOTION AND MOTION OF DEFENDANT SEPHORA USA, INC. TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(2), 12(B)(3), AND 12(B)(7); MOTION TO STRIKE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(F);**

**2. DEFENDANT MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S THIRD AMENDED COMPLAINT;**

**3. [PROPOSED] ORDER GRANTING MOTION TO DISMISS**

Richard M. Garbarini, Esq.
Garbarini FitzGerald P.C.
250 Park Avenue 7th Floor
New York, New York 10170
Email: rgarbarini@garbarinilaw.com

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or agreement of the parties to accept service by e-mail or electronic transmission, or as a courtesy in addition to another form of service, I caused a copy of the document(s) to be sent from e-mail address apierre@sideman.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 13, 2017, at San Francisco, California.

_____
Angelique Pierre

9407-14\3177409v1

2