UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

YESH MUSIC, LLC,

                              Plaintiff,

                v.

SEPHORA USA, INC.,

                              Defendant.
-------------------------------------------------------------------x

Index No.: 16-cv-4913 (CBA)(RER)

**DECLARATION OF JOHN EMANUELE**

I, John Emanuele, hereby declare pursuant to 28 U.S.C. § 1746, and under the penalties of perjury as follows.

1.      I am over 18 years of age and I am one of the two co-managing members of YESH, LLC, a party to this action.

2.      On September 22, 2016, I received a call out of the blue from Adam Malka of Signature Tracks.

3.      The call was very odd because Signature Tracks is not our agent.  We tried to reach an agreement with them, but were unable to.

4.      In May 2015 Richard Cupolo and I received a proposed contract and were told Signature would not move forward unless we signed. The contract was ridiculous and we rejected it.

5.      At no time did Malka, or anyone on behalf of Signature's behalf ever mention Signature had already licensed three of our tracks.

6.      When Malka called on September 22, 2016, he never said he licensed *Signaling Through the Flame, Escapist, Call, Age of Wonder*, and *DEA* to SEPHORA, or anyone.

7.      In fact, Malka never informed me that any specific recording was licensed.

8.      Malka claimed he licensed three songs to Sephora in 2015 for $400.

9.      Malka has no idea what recordings were licensed, or what they were used for.

10.     I asked for the license, but Malka said he had none, and requested I send him an invoice.  Signature never sent us a license, or even an invoice.

11.     The request for an invoice was bizarre, because there is no reason we would send Signature an Invoice.  It is even more bizarre that Signature actually licensed three of our recordings in 2014 without authority, and then didn't pay us for the license.

12.     The obvious answer is Signature included our recordings without permission in their database, and then licensed "three Signature Track cues" from that database without ever knowing which three cues were used, or what they were used for.

13.     I declare under the penalty of perjury that the forgoing is true and correct.

EXECUTED ON

February 27, 2017

_____
John Emanuele