# Exhibit 1



# Sephora Plots Beauty Store Domination With a Four-Store Facelift ²ʼ

BY **TIFFANY YANNETTA** | MAY 4, 2012, 2:00PM EDT



Image via WWD

Your experiences at four **Sephora** stores in Manhattan are about to get even more intense. The company has just detailed its upcoming makeover strategy, which has just been unveiled at the Soho store. The Union Square store's renovation will be complete in June, and Columbus Circle and Times Square will shortly follow.

Part of the Union Square renovation includes capitalizing on an "adjacent empty storefront," which we're assuming means **Rothman's** original location. Other

change-ups include new fixtures, a techy-er checkout, more beauty services, and a dedicated event space (for things like the recently controversial **Fragrance Flight Bars**).

Sephora's President and CEO David Suliteanu explains the spruce up. "We have 16 stores in Manhattan, and 15 of them are not yet state of the art. We've learned a lot from the **Meatpacking** store that you will see in upcoming stores." So, now we know which is his favorite.

*WWD* adds that he really likes the whole **"teach a man to fish"** idea. The Union Square store will include eight "play stations," or, the area you're going to beeline it to when you have a date. At each station, a video tutorial will guide you on how to get a certain look, and all the necessary testers needed to achieve it will be right there on a flat surface table.

· Sephora Revamping Four NYC Stores [WWD]

· Sephora Says "Fragrance Flight" Isn't a Trademarked Term [Racked NY]

· Get a Lesson in Perfume at Sephora's Fragrance Flight Bar [Racked NY]



**Sephora**                                                          FOURSQUARE

750 Lexington Ave, New York, NY 10022

646-521-2200

Visit Website

# Exhibit 2

Case 1:16-cv-04913-CBA-RER    Document 35-1    Filed 03/09/17    Page 5 of 21 PageID #: 881

**The New York Times**

**BUSINESS DAY**

# E-Commerce Report; After rushing Internet kiosks into their stores, retailers are trying to refine them, to make them useful and profitable.

By BOB TEDESCHI    FEB. 19, 2001

IN 1999, when traditional retailers scrambled to build defensive positions against Internet competitors, the phrase "clicks and mortar" was their battle cry. For many merchants, that strategy -- to use both traditional and online stores to reach consumers -- was embodied by Internet kiosks, which sprang up in the aisles of Gap, Staples and Borders, among others.

The idea was to use the store to market the Web site, give shoppers access to all the items that the store could not fit on its shelves and, at the same time, reduce the workload of sales clerks by training customers to be self-sufficient.

But two years into the experiment, retailers are finding that, as with all their Internet initiatives, there is nothing easy about managing kiosks. Not only are these in-store computer stations costly to build and maintain, executives said, but they can deliver zero sales if they are not designed for specific shopping tasks. Some

merchants, like Gap, are abandoning the concept altogether, while others are rethinking their kiosk strategies.

"Everyone talks about how they want their Web sites to be sticky," said Steve Chaffin, who heads the Internet kiosk program for Kmart. "Well, with these, it's just the opposite. We're trying to make them slippery, so the customer can get in and out quickly."

Mr. Chaffin said Kmart finished installing some 3,500 kiosks in 1,200 stores, with each computer station allowing access only to Bluelight.com, Kmart's online store. Initially, the kiosk display screens looked, logically enough, like the Bluelight site.

But now the company is working to make the home page "more specific to the area where the kiosk is," Mr. Chaffin said. "If it's in home electronics," he said, "you don't really need to show people the Martha Stewart towels that are on special."

As is common practice among retailers with kiosks, Kmart's computer stations are linked to the company's Internet site. And, like other merchants, Kmart allows shoppers to browse through the entire Bluelight Web store as they would from any other Internet device. And Kmart, like other retailers, limits the in-store surfing to its own site, rather than giving the public free access to the entire Web.

The latest rollout cost "maybe a couple million dollars," Mr. Chaffin said, a figure that would have been much higher if some kiosks had not already been in place from a previous non-Internet electronic sales effort. Previously, those devices let customers shop from among 2,000 products, like truck covers and tool sheds, that were not carried in the stores. Now, through Bluelight.com, the kiosks display 250,000 product variations, compared with 60,000 in a typical store.

Mr. Chaffin declined to cite sales numbers, but said Kmart had seen "a fairly high level of trial traffic, and we're starting to see more in purchase numbers, which we're happy about because we've done very little marketing."

That is partly because the company wants to improve the kiosks' reliability "before we push more people to them," he said. "When you start messing around

with running bandwidth in and out of stores," he added, "there are a lot more variables, so things happen."

Staples, the office-supplies merchant, has just completed an equally ambitious kiosk project, installing four so-called access point systems in each of its 974 stores in the United States.

But the company is further along in giving shoppers pages that are specific to their shopping needs. For instance, kiosks in the office furniture section feature a home page specifically designed for furniture, with options for fabric selection, special orders and the like.

According to Edward C. Harsant, Staples' president for North American stores, the results have exceeded expectations, with kiosk customers spending, on average, three times more per visit than other store customers. (Most kiosk purchases are for items that will be shipped to the customers' homes.) The typical kiosk customer relies on a sales clerk for help, Mr. Harsant said, "but we see the customers using these more independently, with time, and as technology makes it easier."

Still, not every retailer is following the task-specific kiosk strategy. One example is Sephora, a division of LVMH Moët Hennessy Louis Vuitton that sells makeup, perfume and other beauty goods online and in its 64 stores internationally. According to Jim Wiggett, chief executive of Sephora.com, the company is upgrading its store kiosks to feature the Sephora Web site. (Currently, they offer marketing information, from CD-ROM's)

Mr. Wiggett said that Sephora tested the idea of task-specific kiosks -- say, for eye makeup or for shampoo, but that customers rejected the idea because "they're expecting a full offering everywhere they go."

Meanwhile, at least one noteworthy retailer, Gap, is eliminating its kiosks. About 18 months ago, the company built so-called Web lounges at eight of its biggest stores, with an eye toward a broader rollout. Initially, Gap reported constant crowds at the kiosks, and tales of customers buying online what they could have simply taken off a nearby shelf.

But interest dwindled, and last year Gap dismantled the lounges. Heather Dougherty, an analyst with Jupiter Research, said Gap's mistake had been to "just stick a Web site in the store, instead of trying to help customers with a specific function."

Stacy MacLean, a Gap spokeswoman, said the company had concluded that "people prefer to do their online shopping at home." Ms. MacLean added that sales clerks could still connect to the Gap Web site from the stores, to help fill customer requests.

Perhaps the most fertile ground for Web kiosks is among financial services providers like Charles Schwab and Fidelity, because these businesses essentially sell the thing that kiosks deliver best: information. Fidelity, part of the FMR Corporation, is finishing a deployment of nearly 300 kiosks in its 77 "investor centers," where customers can go to make trades, deposit money and consult advisers.

According to Thomas Cmejla (pronounced SHMAY-la), a senior vice president at Fidelity, the company began in early 1997 to look for ways to integrate the investor centers with its Internet efforts. "People would often come in and ask an employee for a stock quote, or deposit a check," he said. "When we looked at the amount of those requests across all of our locations, it added up to a lot of time."

Like Staples, Fidelity assigns specific tasks to different kiosks. For instance, in many locations, there is a kiosk devoted to check deposits -- a feature that paid for itself within a year in labor savings, Mr. Cmejla said. Another kiosk in the lobby, labeled Discover, delivers introductory information from the Web site about the company's services, but it does not allow customers access to their accounts.

Still another, the Trade kiosk, is a full-service terminal for transactions and research. Mr. Cmejla would not disclose the costs of building these kiosks, but with their large monitors and touch screens, they are almost certainly much more expensive than those in other retail establishments.

Moreover, because customers take an obvious security risk by making transactions in public, Fidelity took the precaution of adding an automatic log-off

feature to its kiosks. Modeled on manufacturing workstations that automatically shut off when a worker steps off a platform, the Fidelity workstations close down the customer's account when he walks away.

And compared with the merchandising environment, where kiosks are meant to save space by allowing retailers to stock fewer items -- Fidelity's kiosk initiative might actually require more space in the future. "If you want to expand the offering with more kiosks, naturally that will require a little more space," Mr. Cmejla said.

"When you bring new technology into your space, you're always going to have intended and unintended consequences," he added. "There is no science on this."

© 2017 The New York Times Company

# Exhibit 3

Watch YouTube videos with Chrome.    Yes, get Chrome now.

Search    Sign in



## Contouring with Kat Using the Shade + Light Contour Collection | Sephora



**Sephora**

Subscribe  757K

768,466 views

Add to    Share    More    6,137    410

Published on Jan 6, 2015
Shop Kat Von D Shade + Light Contour Palette exclusively at Sephora http://seph.me/1IhG4Mp

SHOW MORE

Loading...

Up next    Autoplay




**One Brand Tutorial - Kat Von D! | MannyMua**
Manny Mua
1,340,335 views
13:50


**How To Contour Your Lips Using Kat Von D Everlasting Liquid**
Sephora
352,429 views
5:29


**DOING KAT VON D'S MAKEUP! | GLAMFORMATIONS #2**
NikkieTutorials
5,685,439 views
10:16


**How To - Contour | Blush | Highlight & Bake The Face**
Jaclyn Hill
4,341,434 views
22:45


78 VIDEOS
**Kat Von D**
Sephora

**People Try Bold Eyeshadow Looks**
BuzzFeedYellow
111,860 views  NEW
3:48

**KAT VON D Shade + Light Contour Palette | REVIEW AND DEMO**
Beauty and Bananas
70,260 views
8:04

**The Shade + Light Contour Collection Advanced Contouring:**
Sephora
44,179 views
6:21

**TANA MONGEAU APOLOGY BREAKDOWN! [LONG**
John Kuckian
46,400 views  NEW
38:04

**Kat Von D Shade + Light Eye Contour Palette How-To |**
Sephora
1,656,290 views
4:45

**The Monarch Eyeshadow Makeup Tutorial by Kat Von D |**
Sephora
806,542 views
5:08

Case 1:16-cv-04913-CBA-RER    Document 35-1    Filed 03/09/17    Page 12 of 21 PageID #: 888

Watch YouTube videos with Chrome.    Yes, get Chrome now.

Search

**EPIC CONTOUR PALETTE BATTLE!**
grav3yardgirl
827,054 views

Sign in

13:12

**How To Contour Like A Contouring Artist**
Kandee Johnson
4,926,199 views

10:46

**Introducing the Kat Von D Innerstellar Eyeshadow Palette |**
Sephora
43,900 views

1:45

**FULL FACE USING ONLY E.L.F. PRODUCTS!! | Jeffree**
jeffreestar
4,066,620 views

23:50

**Product Showdown | Anastasia Beverly Hills Contour Kit VS. Kat**
Nicole Guerriero
1,045,942 views

9:29

**Worth the Hype? | Kat Von D Shade & Light Eye Palette**
CoffeeBreakwithDani
252,285 views

10:56

**The Shade + Light Contour Collection Basic Contouring:**
Sephora
40,244 views

4:46

**Kat Von D Shade + Light Eye AND Contour Palette | Talk Through**
ThatGirlShaeXo
131,568 views

14:07

**Makeup Trends We're Ditching in 2015**
Jackie Aina
4,647,162 views

9:18

SHOW MORE

Language: **English** ▼    Content location: **United States** ▼    Restricted Mode: **Off** ▼    History    Help

**About    Press    Copyright    Creators    Advertise    Developers    +YouTube**

Terms    Privacy    Policy & Safety    Send feedback    Test new features

# Exhibit 4

# J.C. Penney teams up with Sephora



Below: Discuss   Data   Related

**Retailer announces 'store-within-stores', looks to lure young females**

 Associated Press

updated 4/11/2006 4:44:17 PM ET

NEW YORK — In a bid to lure young female customers, J.C. Penney Co. said Tuesday it will open Sephora stores within its department stores starting this fall, under an agreement with the high-end cosmetics retailer.

Sephora will open "store-within-stores" and be the exclusive seller of beauty products in J.C. Penney, which has been trying to erase its image as a dowdy middle-market department store operator with younger, more modern merchandise and marketing.

Sephora, which is owned by Paris-based luxury goods maker LVMH Moet Hennessy Louis Vuitton, operates more than 500 stores worldwide selling cosmetics, perfume and other beauty products from different brands. J.C. Penney operates about 1,000 stores.



Sephora in downtown San Francisco is shown in this file photo. J.C. Penney has announced a par female consumers.

Under the agreement, each Sephora shop will be located in a prominent location in the center of the department store and feature the display cases and trained salespeople who work in standalone Sephora stores. The rollout will begin starting in the fall.

Sephora will also be the exclusive online beauty products seller on Penney's Web site through a link to its store from Sephora.com from JCP.com, which recently surpassed the $1 billion mark in annual revenue in Penney's recent fiscal year.

"J.C. Penney's focus on providing relevant merchandise to its broad customer base is consistent with our objectives, " said David Suliteanu, president and CEO of Sephora U.S.A. in a statement. "This includes America's youngest women, a market in which J.C. Penney is a significant and rapidly growing factor."

Under the stewardship of Chairman and Chief Executive Myron E. "Mike" Ullman III, who joined Penney in late 2004, the department store operator has been offering more upscale merchandise, including names like fashion designer Nicole Miller and home furnishing maven Chris Madden.

© 2013 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

# Exhibit 5



REAL ESTATE

# Sephora's Brooklyn foundation store

By Lois Weiss

June 26, 2013 | 4:00am

Sephora will finally get to make over Brooklyn.

The cosmetics chain will be the anchor for what is becoming a women's power center at the base of the borough's Municipal Building.

Some 48,000 square feet of retail on three levels will host Sephora in a 7,000-square-foot ground-floor corner spot, along with another 1,300 square feet of storage.

We first told you this deal was in progress in March 2012.

The retail space, known as 210 Joralemon St., is being redeveloped by United American Land after a city RFP process. The building is now in a Skyscraper Historic District.

**Ginny Pittarelli** of Crown Retail Service represented the cosmetics emporium in this first Brooklyn location. **Peter Ripka** and **Jason Pennington** of Ripco Real Estate represented the Laboz family's UAL, which had an asking rent of $140 per foot.

"It looks like we are turning this into a power center for women's fashion tenants," said Albert Laboz of UAL.

YogaWorks has a lease for 5,000 square feet on the lower level through **Lori Shabtai** of Winick Realty Group, while discussions are also underway with other women's fashion tenants.

***

With the city holding off making Vanderbilt Avenue vehicle-free, the restaurants in Grand Central Terminal are bustling and office tenants love the area, which is seeing more development.

The location has helped Brause Realty complete several leases at 52 Vanderbilt Ave. The 190,000-square-foot building next to the Yale Club, between East 44th and 45th streets, has a direct passage to Grand Central.

* SocialFlow will move from 2 Grand Central to the full 12th floor of 9,275 square feet. The Studley team of **Jeffrey Peck**, **Nicholas Farmakis** and **Gary Kerper** repped the social media company.

* AdLarge Media will move from 475 Park to the full 7th floor of 9,275 feet. It was repped by **Craig Berman** of Joseph P. Day Realty.

* The Coalition for Rainforest Nations will grow in 2,558 feet on the 14th floor after it moves from 370 Lexington. The carbon footprint traders were represented in the 190,000-square-foot deal by Vicus Partners.

* US International Media will expand on the 5th floor from 4,363 feet, to 5,478 feet, in a deal represented by **Hunter Duncan** of DTZ.

* Cypress Associates is moving to 3,797 feet on the 5th floor from the 9th floor. It was represented by a Jones Lang LaSalle team of Vice Chairman **Frank Doyle, Lloyd Desatnick** and **Alexis Tener Petrus**.

The JLL trio also represented the Brause Realty ownership in all the deals, while working with **Melissa Brause Rackoff** and **David Brause**, president of the family-owned company. Asking rents are $48 to $52 per foot.

***

Next to 52 Vanderbilt, the Metropolitan Transportation Authority and Cushman & Wakefield have issued an RFP to lease the MTA's headquarters site at 341-347 Madison for a new tower.

When the board first voted to do this in 1996, it figured it could get $40 million. Today, that could grow to $300 million.

A new residential building or hotel would be smaller, but an office tower of 542,268 square feet could rise under current 21.6 FAR Grand Central district zoning. If the Midtown East rezoning passes, it could grow to 24 FAR or 602,520 feet, but then can't be built until Jan. 1, 2017.

The MTA will turn over the site at the end of 2014. A spokesman said the terms are flexible as to when lease and rent payments can begin. Otherwise, a new owner could pay it rent for five years through demolition and reconstruction before a single dollar is paid by a new tenant.

"I don't understand why they didn't wait for the zoning," David Brause, president of Brause Realty, said of his neighbor. Still, he added, "We should be interested." Proposals are due Aug. 14, 2013.

"When they find out what Metro North will cost to move its offices, they won't do it," predicted former MTA Chairman Peter Kalikow. "Every chairman thinks that they should sell [the buildings] the minute they get in. But until they up-zone the site, you can't build."

\*

Since **David Tawfik** of Princeton International Properties bought 104 W. 40th St. by Bryant Park for $103 million, he has signed 70,000 feet of leases.

The 6th and 7th floors totaling 28,000 feet with a beautiful terrace were leased by Gotham, part of ad giant Interpublic. **Scott Panzer** and **Robert Romano** from Jones Lang LaSalle repped the tenant.

Another 30,000-foot lease with Regus for the 4th and 5th floors of 15,000 feet each was completed through **Jim Wenk** and **Patrick Heeg** also of JLL.

A lease with Beacon Hill for 4,042 feet on the 8th floor was signed through **Patrice Meagher** and **Kerry Powers** of CBRE.

Software company Omnivista leased 2,243 feet on the 18th floor through **Dan Hassett** of Newmark Grubb Knight Frank, while NSC Global leased the entire 17th floor of 6,610 feet through **Mark Toubin** of Murray Hill Properties.

"These tenants found real value in the building," said Tawfik. "We have a really cool Class A building."

The 1980s lobby has a 90-foot mural by Sarah Morris.

**Paul Amrich**, **Michael Movshovich** and **Neil King** of CBRE represent the landmarked glass building with asking rents from $50 to $65 per foot.

FILED UNDER    **COMMERCIAL REAL ESTATE**

Recommended by

# NEVER MISS A STORY

**Get The Post delivered directly to your inbox**

☑ NY Post Morning Report
☑ Page Six Daily
☑ Breaking News
☑ Special Offers

Enter Your Email Address

**SIGN UP**

By clicking above you agree to our Terms of Use and Privacy Policy.



**NEW YORK**

STORECASTING

# Sephora Is Taking Over Levi's Lexington Avenue Store

BY TIFFANY YANNETTA  |  AUG 1, 2013, 12:25PM EDT



Levi's image via NYC Magazine

**Sephora** has just inked a deal for a 7,000 square-foot location at **750 Lexington Avenue** at East 60th Street, which up until very recently, belong to **Levi's**. The *Post* reports: "Sources said the deal was inked at $700 per foot, which is at the top of the market in that area. Ten years ago, the Levi's deal was made at less than half that amount."

Levi's has yet to update their store locator, but an employee told us that **the store closed up shop about a week ago**. The new Sephora will be the brand's 17th in the city, with one located very close by at Lexington Avenue and 57th Street. No word on when the new one plans to open, and what that means for the nearby store a few blocks away.

· Midtown South shuffle (6th item) [NYP]

· Sephora's Brooklyn Store Will Anchor a "Women's Power Center" [Racked NY]

· Sephora Celebrates Their 15th With a Month of Saturday Parties [Racked NY]



The New York Times

**REAL ESTATE**

# POSTINGS: Landmark Building on Fifth Avenue; Sephora to Rent Scribner Space

MAY 9, 2004

The cosmetics company Sephora has signed a 10-year lease for the retail space in the landmarked Beaux-Arts Scribner Building on Fifth Avenue between 48th and 49th Streets, a building that opened in 1913. Sephora expects to move into the 12,482-square-foot space in late July.

Sephora would not disclose details of the lease agreement, but brokers said that the asking price for the lease was $2 million a year.

Scribner, which had a bookstore on the first floor and its publishing offices above, used its elegant building until 1984. The site has not been a bookstore since the 1990's, when it housed a Brentano's.

The building is now owned by Benetton, which bought it in 1988 and also owns two others in Manhattan. It opened a Benetton store next door to the Scribner Building at 601 Fifth Avenue in the spring of 2003.

The exterior of the building, designed by Ernest Flagg, was designated a landmark in 1982 and the interior in 1989. The building once echoed with the footsteps of Ernest Hemingway, F. Scott Fitzgerald, Thomas Wolfe and many other notable writers who were published by Scribner's.

Among the store's special touches are vaulted ceilings, a marble staircase and a gilded black iron exterior. In the plaster ceiling is a scroll-shaped ornament with the initials C.S., for Charles Scribner.

© 2017 The New York Times Company