# Exhibit 6

# INSIGHTS 2013

## Redefining Experience: Transforming Global Business Through Connected Thinking

$ SapientNitro

# METHODOLOGY & APPROACH



## Methodology

| Store Experience | | 70% |
|---|---|---|
| Visibility | 15% | |
| Content | 20% | |
| Functionality | 20% | |
| Brand Translation | 15% | |
| Social Sharing Integration | | 10% |
| Mobile Experience In-Store | | 10% |
| Cross-Channel Inventory & Fulfillment | | 10% |

Each retailer was scored in each category from 0 (not present) to 5 (best). The scores were weighted to create a composite index, and then multiplied by 15 to achieve an easy-to-read overall score from 0 to 75. See the Omnichannel Scorecard for the results.

To measure the degree to which retailers are successfully building links between their digital and physical stores, SapientNitro independently conducted a four-month audit of specialty retailers.

Our research approach consisted of in-person visits to the physical properties of 71 retailers, focusing on flagship and other prominent locations in New York City.[3] Researchers assessed each store's digital offering(s) while equipped with Android and iOS smartphones.

Retailers' physical stores were evaluated across seven criteria: Visibility, Content, Functionality, Brand Translation, Social Sharing Integration, Mobile Experience In-Store and Cross-Channel Inventory & Fulfillment (See Methodology Chart). And ultimately, each retailer received an Omnichannel Score based on its composite score (See Omnichannel Scorecard).

### DEFINITION OF CATEGORIES

**Visibility:** To what degree are digital elements clearly visible in the store? Is digital integrated throughout the shopper's path?

Top Scores: UNIQLO received a five in this category—the highest possible rating—for its dynamic, visually stunning store experience.

**Content:** Is the content relevant to the brand and its products and services? How well is the content tailored to the in-store experience?

Top Scores: No brand received a five, but Ethan Allen and Sephora secured a four by offering product information and exploration to support the in-store shopping experience.

**Functionality:** Are digital tools interactive? To what degree are the functions relevant to shoppers' goals and the in-store experience?

Top Scores: No experience garnered a five, but Sephora's digital touchpoints, including the Scentsa fragrance finder, netted the retailer a four.

**Brand Translation:** Is digital well integrated into the physical space? Do digital touchpoints enhance the brand image and store experience?

Top Scores: Bloomingdale's, especially its cosmetics experience, and UNIQLO's spaces were clearly designed with digital in mind, earning each a five.

**Social Sharing Integration:** How well is cross-channel or social sharing (e.g., email, Facebook, Twitter) enabled?

Top Scores: Sephora earned a four because many of its touchpoints supported easy email sharing, and there was some social integration though it was not seamless. Overall, a category average of 1.4 out of 5—which excluded the 40 retailers that received a 0 score—indicates significant room for improvement across all retailers.

**Mobile Experience In-Store:** Does the retailer have a native mobile app with functionality relevant to the in-store experience (e.g., push notifications, barcode scanner)?

Top Scores: No mobile experience warranted a five. Most apps were singular in function if they worked at all. However, Bloomingdale's did earn a four; in addition to the product scanner provided by its Big Brown Bag app, the "Bloomingdale's @ 59th & Lex" app offered interactive floor maps for its flagship store.

**Cross-Channel Inventory & Fulfillment:** Does the retailer provide store inventory visibility in other channels? How well does the retailer support cross-channel shopping and fulfillment?

Top Scores: Coach, Crate & Barrel and Nordstrom allowed shoppers to easily check in-store availability via the website and mobile site and offered an option for in-store pickup, which plays up a physical retailer's advantage of immediate fulfillment and no shipping costs.

[3] 71 retailers were audited. Of those, we evaluated one or more locations in New York City for 68 retailers and locations in Chicago for three retailers with limited or no presence in New York City.



Scentsa's design
invited shoppers to try it out.



Beauty Studio iPads linked
shoppers to tutorials, social
content and available services.



Sephora offered
email through its
tools (see email
link in top-right
corner of image).



In-store scanning
with the Sephora
app surfaced
helpful reviews.

level of immediacy that in-store pickup provides, some retailers also offered a ship-to-store service, which, when offered for free, might appeal to the large number of shipping fee-averse shoppers.[5]

**What worked:** Crate & Barrel had clear inventory visibility as well as the option to see if larger furniture pieces were on display at a nearby location. They also provided in-store pickup services as well as an option of free shipping to a store. Nordstrom offered innovative functionality on its mobile site, allowing users to filter by the usual specs like size or color, as well as "nearby" through which users can set a location and narrow products by store availability.

**What didn't:** Among the surprises were H&M and UNIQLO, which did not have ecommerce offerings in the U.S. and provided no visibility into store inventory. And while several large department stores provided at least some level of inventory visibility—including Macy's, JCPenney, Bloomingdale's and Saks—it was a surprise to see a few exceptions, including Neiman Marcus and Lord & Taylor.

## CASE STUDY: SEPHORA

While no brands achieved the "Excellent" status in this inaugural omnichannel index, Sephora did emerge as a leader among its peers. Sephora had a seemingly well thought out strategy for digital in its physical spaces, in addition to a relevant mobile offering and cross-channel—both dot-com and mobile—inventory visibility.

Inside the store itself, the Scentsa touchscreen kiosk served as a centerpiece in the fragrance space. The best-in-class interactive display let visitors explore fragrances through multiple paths, such as by brand or by fragrance note. The touchscreen was responsive and easy to navigate, and offered shoppers helpful product information. When a shopper found something of interest they could email it or scan the QR code to pull up the product on their phone. The screen also prominently displayed Facebook links, but didn't follow through with social sharing capabilities. A second touchscreen kiosk, Sephora's Skincare IQ, offered a very similar experience catered to skincare needs.

In addition, Beauty Studio iPads were positioned along the vanity mirrors at Sephora's makeover stations.

The location made the touchpoint less inviting to passersby if the station was in use, but those that ventured to check it out found how-to videos and tips, an overview of available in-store services, social content from Sephora's networks and more. Shoppers could also share content via email or social networks, though some speed and system issues were encountered when we attempted to do the latter.

Sephora's mobile app also offered shoppers a scan feature, providing easy access to additional product info and reviews, which could help with purchase decisions.

Each touchpoint hit the mark across several criteria, but the overall experience still fell shy of "Excellent." On reflection, we felt Sephora missed making the final strong connection between shoppers' in-store goals and experience. Scentsa helped shoppers wade through the overwhelming number of fragrances, but after finding the perfect scent on the screen, how does it make its way to their cart? There was no indication of whether the fragrance was on the shelf at that moment and no assistance locating it.

When asked the main reasons they don't make online purchases, 36% of consumers cited the shipping costs. That made shipping costs the second most common reason they balk at buying online, only slightly behind the 37% who prefer to see and touch an item in person before purchasing. (Internet Retailer 2012)

**The New York Times**

**BUSINESS DAY**

# E-Commerce Report; After rushing Internet kiosks into their stores, retailers are trying to refine them, to make them useful and profitable.

By BOB TEDESCHI    FEB. 19, 2001

IN 1999, when traditional retailers scrambled to build defensive positions against Internet competitors, the phrase "clicks and mortar" was their battle cry. For many merchants, that strategy -- to use both traditional and online stores to reach consumers -- was embodied by Internet kiosks, which sprang up in the aisles of Gap, Staples and Borders, among others.

The idea was to use the store to market the Web site, give shoppers access to all the items that the store could not fit on its shelves and, at the same time, reduce the workload of sales clerks by training customers to be self-sufficient.

But two years into the experiment, retailers are finding that, as with all their Internet initiatives, there is nothing easy about managing kiosks. Not only are these in-store computer stations costly to build and maintain, executives said, but they can deliver zero sales if they are not designed for specific shopping tasks. Some

merchants, like Gap, are abandoning the concept altogether, while others are rethinking their kiosk strategies.

"Everyone talks about how they want their Web sites to be sticky," said Steve Chaffin, who heads the Internet kiosk program for Kmart. "Well, with these, it's just the opposite. We're trying to make them slippery, so the customer can get in and out quickly."

Mr. Chaffin said Kmart finished installing some 3,500 kiosks in 1,200 stores, with each computer station allowing access only to Bluelight.com, Kmart's online store. Initially, the kiosk display screens looked, logically enough, like the Bluelight site.

But now the company is working to make the home page "more specific to the area where the kiosk is," Mr. Chaffin said. "If it's in home electronics," he said, "you don't really need to show people the Martha Stewart towels that are on special."

As is common practice among retailers with kiosks, Kmart's computer stations are linked to the company's Internet site. And, like other merchants, Kmart allows shoppers to browse through the entire Bluelight Web store as they would from any other Internet device. And Kmart, like other retailers, limits the in-store surfing to its own site, rather than giving the public free access to the entire Web.

The latest rollout cost "maybe a couple million dollars," Mr. Chaffin said, a figure that would have been much higher if some kiosks had not already been in place from a previous non-Internet electronic sales effort. Previously, those devices let customers shop from among 2,000 products, like truck covers and tool sheds, that were not carried in the stores. Now, through Bluelight.com, the kiosks display 250,000 product variations, compared with 60,000 in a typical store.

Mr. Chaffin declined to cite sales numbers, but said Kmart had seen "a fairly high level of trial traffic, and we're starting to see more in purchase numbers, which we're happy about because we've done very little marketing."

That is partly because the company wants to improve the kiosks' reliability "before we push more people to them," he said. "When you start messing around

with running bandwidth in and out of stores," he added, "there are a lot more variables, so things happen."

Staples, the office-supplies merchant, has just completed an equally ambitious kiosk project, installing four so-called access point systems in each of its 974 stores in the United States.

But the company is further along in giving shoppers pages that are specific to their shopping needs. For instance, kiosks in the office furniture section feature a home page specifically designed for furniture, with options for fabric selection, special orders and the like.

According to Edward C. Harsant, Staples' president for North American stores, the results have exceeded expectations, with kiosk customers spending, on average, three times more per visit than other store customers. (Most kiosk purchases are for items that will be shipped to the customers' homes.) The typical kiosk customer relies on a sales clerk for help, Mr. Harsant said, "but we see the customers using these more independently, with time, and as technology makes it easier."

Still, not every retailer is following the task-specific kiosk strategy. One example is Sephora, a division of LVMH Moët Hennessy Louis Vuitton that sells makeup, perfume and other beauty goods online and in its 64 stores internationally. According to Jim Wiggett, chief executive of Sephora.com, the company is upgrading its store kiosks to feature the Sephora Web site. (Currently, they offer marketing information, from CD-ROM's)

Mr. Wiggett said that Sephora tested the idea of task-specific kiosks -- say, for eye makeup or for shampoo, but that customers rejected the idea because "they're expecting a full offering everywhere they go."

Meanwhile, at least one noteworthy retailer, Gap, is eliminating its kiosks. About 18 months ago, the company built so-called Web lounges at eight of its biggest stores, with an eye toward a broader rollout. Initially, Gap reported constant crowds at the kiosks, and tales of customers buying online what they could have simply taken off a nearby shelf.

But interest dwindled, and last year Gap dismantled the lounges. Heather Dougherty, an analyst with Jupiter Research, said Gap's mistake had been to "just stick a Web site in the store, instead of trying to help customers with a specific function."

Stacy MacLean, a Gap spokeswoman, said the company had concluded that "people prefer to do their online shopping at home." Ms. MacLean added that sales clerks could still connect to the Gap Web site from the stores, to help fill customer requests.

Perhaps the most fertile ground for Web kiosks is among financial services providers like Charles Schwab and Fidelity, because these businesses essentially sell the thing that kiosks deliver best: information. Fidelity, part of the FMR Corporation, is finishing a deployment of nearly 300 kiosks in its 77 "investor centers," where customers can go to make trades, deposit money and consult advisers.

According to Thomas Cmejla (pronounced SHMAY-la), a senior vice president at Fidelity, the company began in early 1997 to look for ways to integrate the investor centers with its Internet efforts. "People would often come in and ask an employee for a stock quote, or deposit a check," he said. "When we looked at the amount of those requests across all of our locations, it added up to a lot of time."

Like Staples, Fidelity assigns specific tasks to different kiosks. For instance, in many locations, there is a kiosk devoted to check deposits -- a feature that paid for itself within a year in labor savings, Mr. Cmejla said. Another kiosk in the lobby, labeled Discover, delivers introductory information from the Web site about the company's services, but it does not allow customers access to their accounts.

Still another, the Trade kiosk, is a full-service terminal for transactions and research. Mr. Cmejla would not disclose the costs of building these kiosks, but with their large monitors and touch screens, they are almost certainly much more expensive than those in other retail establishments.

Moreover, because customers take an obvious security risk by making transactions in public, Fidelity took the precaution of adding an automatic log-off

feature to its kiosks. Modeled on manufacturing workstations that automatically shut off when a worker steps off a platform, the Fidelity workstations close down the customer's account when he walks away.

And compared with the merchandising environment, where kiosks are meant to save space by allowing retailers to stock fewer items -- Fidelity's kiosk initiative might actually require more space in the future. "If you want to expand the offering with more kiosks, naturally that will require a little more space," Mr. Cmejla said.

"When you bring new technology into your space, you're always going to have intended and unintended consequences," he added. "There is no science on this."

© 2017 The New York Times Company

Exhibit 7

Watch YouTube videos with Chrome.    Yes, get Chrome now.

Search

Sign in

Home
Trending
History
Get YouTube Red



BEST OF YOUTUBE

Music

Sports

Gaming

Movies

TV Shows

News

Live

Spotlight

360° Video

Browse channels

Sign in now to see your
channels and
recommendations!

Sign in

# yoni sandler

Home    Videos    Playlists    Channels    About

## Uploads

    

**Local Beer Guy - Telegraph Brewery - Santa Barbara, CA**
166 views · 6 years ago

**Smashbox Cosmetics "In Bloom"**
312 views · 6 years ago

**Smashbox Cosmetics "Full Exposure"**
205 views · 6 years ago

**Billy & René's Wedding**
333 views · 6 years ago

**Simple J featuring**
5,848 view

    

**Green Screen Fun**
510 views · 8 years ago

**Chorus of Dreams**
661 views · 8 years ago

**The Flood Gallery - Iron Pour - June 2008**  ...
302 views · 8 years ago

**Yoni Sandler - AC / Camera Operator**
293 views · 8 years ago

**Timelaps**
445 views

  

**Greg Goes to Switzerland**
87 views · 8 years ago

**Eskrima Thrashing**
1,416 views · 8 years ago

**Cebu: Location Scout**
410 views · 9 years ago

Language  English ▾     Content location  United States ▾     Restricted Mode  Off ▾     History     Help

About    Press    Copyright    Creators    Advertise    Developers    +YouTube
Terms    Privacy    Policy & Safety    Send feedback    Test new features

Watch YouTube videos with Chrome.    Yes, get Chrome now.

Search                                                                    Sign in

Home

Trending

History

Get YouTube Red

BEST OF YOUTUBE

 Music

Sports

Gaming

Movies

TV Shows

News

Live

Spotlight

360° Video

Browse channels

Sign in now to see your
channels and
recommendations!

Sign in

Exhibit 8

≡ **Forbes**                                    🔍  ↪



JUNE 5-7 | DALLAS



Official event of: 📡 **ICX ASSOCIATION**

Retail

APR 18, 2013 @ 08:02 AM    58,518 VIEWS

# Sephora: Department Stores Cannot Stop Its Global Growth



**Walter Loeb,** CONTRIBUTOR

*I cover major developments in the retail industry.* **FULL BIO** ⌄

Opinions expressed by Forbes Contributors are their own.



*(Getty Images For Sephora)*

Back in the days when I worked in department stores, I always knew that cosmetics and fragrances would be the first department you entered just inside the front door. The department was usually called health and beauty aids – a misnomer that only recently gave way to a better description of the cosmetic department.  It was *the* leading department for the department stores—no other retailers sold the prestige brands they carried.  Then came Sephora.  This new stand-alone beauty and fragrance store was a real shock for store operators throughout the world. The department stores believed they had the only retail format capable of effectively selling premium beauty and fragrance products.  They were wrong.

Founded in 1970 in Paris, Sephora was acquired by Louis Vuitton Moet Hennessy (LVMH) in 1997.  LVMH saw great potential in Sephora.  Since the acquisition, LVMH has made a substantial investment in Sephora, expanding it rapidly around the globe. Today Sephora operates in 30 countries and has more than 1,750 points of sale generating revenues in excess of $4 Billion by my estimate. In most locations the consumer can find more than 100 beauty brands. The typical store carries about 7,000 stock keeping units.  In case you are new to Sephora, the name is a contraction of the Greek word "sephos" which stands for beauty,





Securely share, sync, and collaborate

Try it free



and the name Zipporah, the exceptionally beautiful wife of Moses in the book of Exodus.

Under the leadership of Myron Ullman III, who was a Vice Chairman of LVMH at the time, Sephora was acquired, stores were opened in the United States. The first store opened in New York in 1998. Now there are about 706 stores in the United States, including 386 boutiques in J.C.Penney stores. The J.C.Penney boutiques are about 2,000 square feet, compared to a typical Sephora store of 5,500 square feet, and have much higher sales productivity per foot than the rest of the J.C.Penney store.

ADVERTISING



For a time, department stores insisted that their large beauty suppliers, such as Estee Lauder, do not sell their brands in Sephora. In fact, Estee Lauder was an early supporter of Sephora, but the

**Recommended by Forbes**

MOST POPULAR

TRENDING ON LINKEDIN

Armour And Real Madrid Reportedly In Talks For $160 Million A Year Sponsor...

Photos: The NBA's Most Valuable Teams 2017

Sephora is also embracing new service ideas throughout the store.  For example, associates ensure quick check-out through the sophisticated use of technology including mobile phone credit card payments.  The stores also offer manicure stations with video tutorials; and, some stores are testing a Fragrance Sensorium where scents are divided into four categories – playful, chic, addictive and casual.   Adding to its appeal, Sephora customers are rewarded with a loyalty program called "Inside Beauty."  If a customer buys $350 of beauty products, she becomes a VIB (Very Important Beauty Insider) and receives special privileges.   In addition, Sephora has a strong presence on the Internet. There are often special offerings that make Internet buying a joyful task. The company introduces new products frequently and features them on the Internet. There is also a beauty community online called BeauyTalk that it is accessible via a mobile phone or IPad app.

Outside the U.S. Sephora has been a big success as well. On January 31, 2013 the company opened a 15,000 square foot flagship store in Shanghai. This stupendous cosmetic and fragrance store had a huge opening and presages additional headquarter stores in the Far East. The store features 118 different brands of which 17 are Asian brands. There is already a big store in Hong Kong plus an additional 143 stores in Asia, 24 stores in the Middle East, and 900 stores in Europe and Russia. Naturally, being a French company, the biggest store in the world is on the Champs Elysee in Paris.

Clearly Sephora is here to stay.  The global consumer loves the format, the merchandising, the service, and the technology Sephora brings to the beauty shopping experience.  Department stores can no longer use their size alone to

≡  **Forbes**                                        ○  ➔




**JUNE 5-7 | DALLAS**



Official event of: ◪ **ICX ASSOCIATION**

Retail

APR 18, 2013 @ 08:02 AM    58,518 VIEWS

# Sephora: Department Stores Cannot Stop Its Global Growth

  **Walter Loeb,** CONTRIBUTOR

*I cover major developments in the retail industry.* **FULL BIO** ∨

Opinions expressed by Forbes Contributors are their own.



*(Getty Images For Sephora)*

 **Forbes**



Securely share, sync, and collaborate

Try it free





Back in the days when I worked in department stores, I always knew that cosmetics and fragrances would be the first department you entered just inside the front door. The department was usually called health and beauty aids – a misnomer that only recently gave way to a better description of the cosmetic department.  It was *the* leading department for the department stores—no other retailers sold the prestige brands they carried.  Then came Sephora.  This new stand-alone beauty and fragrance store was a real shock for store operators throughout the world.  The department stores believed they had the only retail format capable of effectively selling premium beauty and fragrance products.  They were wrong.

Founded in 1970 in Paris, Sephora was acquired by Louis Vuitton Moet Hennessy (LVMH) in 1997.  LVMH saw great potential in Sephora.  Since the acquisition, LVMH has made a substantial investment in Sephora, expanding it rapidly around the globe.  Today Sephora operates in 30 countries and has more than 1,750 points of sale generating revenues in excess of $4 Billion by my estimate. In most locations the consumer can find more than 100 beauty brands. The typical store carries about 7,000 stock keeping units.  In case you are new to Sephora, the name is a contraction of the Greek word "sephos" which stands for beauty,

and the name Zipporah, the exceptionally beautiful wife of Moses in the book of Exodus.

≡ **Forbes**

Under the leadership of Myron Ullman III, who was a Vice Chairman of LVMH at the time, Sephora was acquired, stores were opened in the United States. The first store opened in New York in 1998. Now there are about 706 stores in the United States, including 386 boutiques in J.C.Penney stores. The J.C.Penney boutiques are about 2,000 square feet, compared to a typical Sephora store of 5,500 square feet, and have much higher sales productivity per foot than the rest of the J.C.Penney store.

ADVERTISING



For a time, department stores insisted that their large beauty suppliers, such as Estee Lauder, do not sell their brands in Sephora. In fact, Estee Lauder was an early supporter of Sephora, but the

**Recommended by Forbes**

MOST POPULAR    TRENDING ON LINKEDIN

Armour And
Real Madrid
Reportedly In
Photos: The        Talks For
NBA's Most         $160 Million
Valuable           A Year
Teams 2017         Sponsor...

Sephora is also embracing new service ideas throughout the store.  For example, associates ensure quick check-out through the sophisticated use of technology including mobile phone credit card payments.  The stores also offer manicure stations with video tutorials; and, some stores are testing a Fragrance Sensorium where scents are divided into four categories – playful, chic, addictive and casual.   Adding to its appeal, Sephora customers are rewarded with a loyalty program called "Inside Beauty."  If a customer buys $350 of beauty products, she becomes a VIB (Very Important Beauty Insider) and receives special privileges.   In addition, Sephora has a strong presence on the Internet. There are often special offerings that make Internet buying a joyful task. The company introduces new products frequently and features them on the Internet. There is also a beauty community online called BeauyTalk that it is accessible via a mobile phone or IPad app.

Outside the U.S. Sephora has been a big success as well. On January 31, 2013 the company opened a 15,000 square foot flagship store in Shanghai. This stupendous cosmetic and fragrance store had a huge opening and presages additional headquarter stores in the Far East. The store features 118 different brands of which 17 are Asian brands. There is already a big store in Hong Kong plus an additional 143 stores in Asia, 24 stores in the Middle East, and 900 stores in Europe and Russia. Naturally, being a French company, the biggest store in the world is on the Champs Elysee in Paris.

Clearly Sephora is here to stay.  The global consumer loves the format, the merchandising, the service, and the technology Sephora brings to the beauty shopping experience.  Department stores can no longer use their size alone to

Case 1:16-cv-04913-CBA-RER   Document 35-2   Filed 03/09/17   Page 22 of 30 PageID #: 919

Watch YouTube videos with Chrome.   Yes, get Chrome now.

Search

Sign in



## The Monarch Eyeshadow Makeup Tutorial by Kat Von D | Sephora

 **Sephora**

Subscribe   766K

810,953 views

Add to     Share     More

Published on Apr 24, 2014
Shop Kat Von D at Sephora: www.sephora.com/kat-von-d

SHOW MORE

COMMENTS · 529

Add a public comment...

Top comments ▾

 **Allison**  1 year ago
Lol "Let's add winged liner" & she just flicks a perfect line xD I wish I could do that! it was like magic

Reply ·  381

View all 15 replies

 **gorgeousinside**  1 month ago
Allison

Reply ·

 **Dayra Palacios**  1 month ago
+Nataly Reyes When did I comment this tf 😊

Reply ·

 **Melanie E**  1 year ago
Those winged eyeliner skills though

Reply · 207

View all 4 replies

 **Epic Chibi**  1 year ago
+Gileah Pares If u? If she or I what?

### Up next                                        Autoplay


**The Natural Look Tutorial by Kat Von D | Sephora**
Sephora
537,238 views


**Kat Von D Shade + Light Eye Contour Palette How-To |**
Sephora
1,660,034 views


**The Chrysalis Eyeshadow Makeup Tutorial by Kat Von D |**
Sephora
155,363 views


**Eyeshadow DO's & DON'Ts**
Leyla Rose
2,304,951 views


**Kat Von D**
Sephora


**Kat Von D Neutral Tangerine Eye Look Tutorial | Sephora**
Sephora
113,507 views

**FINGERBLENDER?! Trying a Makeup Bullet Sponge For**
NikkieTutorials
Recommended for you   NEW

**DOING KAT VON D'S MAKEUP! | GLAMFORMATIONS #2**
NikkieTutorials
5,764,562 views

**One Brand Tutorial - Kat Von D! | MannyMua**
Manny Mua
1,360,060 views

**Kat Von D Spills the Tea!**
Wendy Williams
438,788 views

**HOODED, DROOPY EYES - TIPS AND TRICKS (updated)**
SugarPuffAndFluff
Recommended for you

Watch YouTube videos with Chrome.    Yes, get Chrome now.

Search

Sign in



**Up next**                                    Autoplay


Contouring with Kat
Using the Shade +
Light Contour
Sephora
771,362 views


Worth the Hype? | Kat
Von D Shade & Light
Eye Palette
CoffeeBreakwithDani
254,515 views


DOING KAT VON D'S
MAKEUP! |
GLAMFORMATIONS #2
NikkieTutorials
5,764,562 views

## Kat Von D Shade + Light Eye Contour Palette How-To | Sephora

 Sephora

Subscribe   766K

1,660,191 views

Add to       Share        More                              -0.1%      482

**Published on Apr 10, 2015**
Shop the Kat Von D Shade + Light Eye Contour Palette exclusively at Sephora: http://seph.me/1as2aSj
Learn how to lift and separate small, close set eyes and get Kat's everyday contoured eye look.

SHOW MORE

COMMENTS · 309

      Add a public comment...

Top comments ▾

  **3ella Mary** 1 year ago
one day I will be able to afford your products.

Reply · 146

View all 11 replies

  **Lena Thomas** 8 months ago
It's worth it

Reply ·

  **Ashley** 7 months ago
Kinda like when you get fake purses. They do the same kind of packaging on
purpose

Reply · 2

  **Lena Thomas** 8 months ago
My first high end palette

Reply · 62

View all 4 replies

  **Denise Naomi** 6 months ago
Same!


Kat Von D | Plum
Shade+Light | Full Face
Makeup Tutorial
Hannah Mariee
79,868 views


Kat Von D
Sephora


The Natural Look
Tutorial by Kat Von D |
Sephora
Sephora
537,238 views


Kat Von D Neutral
Tangerine Eye Look
Tutorial | Sephora
Sephora
113,507 views


FINGERBLENDER?!
Trying a Makeup Bullet
Sponge For
NikkieTutorials
Recommended for you    NEW

ONE BRAND MAKEUP
TUTORIAL KAT VON D
Monami Frost
99,182 views

One Brand Tutorial -
Kat Von D! | MannyMua
Manny Mua
1,360,060 views

The Chrysalis
Eyeshadow Makeup
Tutorial by Kat Von D |
Sephora
155,363 views

# Exhibit 9

Case 1:16-cv-04913-CBA-RER    Document 35-2    Filed 03/09/17    Page 25 of 30 PageID #: 922

**SEPHORA FLASH** — FREE 2-DAY SHIPPING FOR A YEAR NO MINIMUM PURCHASE REQUIRED  ONLY $10  ENROLL NOW ▸

SEARCH

# S E P H O R A

JOIN *FLASH*
FREE 2-DAY SHIPPING ▸

MAKEUP   SKIN CARE   FRAGRANCE   BATH & BODY   NAIL   HAIR   TOOLS & BRUSHES   MEN   GIFTS   SALE   BRANDS   ADVICE   HOW-TO'S

about sephora › store locations › jcpenney at manhattan mall

## JCPENNEY AT MANHATTAN MALL , NEW YORK

### CONTACT INFO

Manhattan Mall
100 W 32nd Street
New York, NY 10001
Phone: (212) 295-6120

### HOURS

Monday: 9AM - 9:30PM
Tuesday: 9AM - 9:30PM
Wednesday: 9AM - 9:30PM
Thursday: 9AM - 9:30PM
Friday: 9AM - 9:30PM
Saturday: 9AM - 9:30PM
Sunday: 11AM - 9PM



### FIND IT

Search

Zip Code or City, State

Within

5 miles

SEARCH

---

BEAUTY SERVICES          BEAUTY CLASSES          STORE EVENTS

# L E T ' S   B E A U T Y   T O G E T H E R
## W I T H   O U R   B E A U T Y   S E R V I C E S

Whether you have 15 minutes for a touch-up, 45 minutes for a makeover, or 90 minutes for a customized consultation, our Beauty Advisors at the Beauty Studio are here to help you.

✉ SIGN UP FOR SEPHORA EMAILS   EMAIL          ▥ STORE LOCATIONS & EVENTS   Zip Code or City, State

| About Sephora | Beauty Insider | Customer Service | What's New |
|---|---|---|---|
| Careers | My Account | Contact Us | FLASH Unlimited Shipping |
| Sephora Social Impact | Loves | Gift Card | Bestsellers |
| Sephora Global Sites | Shipping | Affiliates | Travel |
| Store Locations, Events & Classes | International Shipments | Supply Chain Transparency | Weekly Specials |
| Book A Reservation | Order Status | Sitemap | Sale |

Now Shopping: 🇺🇸 US | 🇨🇦 Canada          ⊕ Learn More: International Shipping          f 🐦 ▶ 📷 📌 G+ t

Copyright © 2017 Sephora USA, Inc. All rights reserved.  Terms of Use | Privacy Policy
1-877-SEPHORA (1-877-737-4672)

sign in or register   ACCOUNT   Beauty Insider   5 FREE SAMPLES

STORES & SERVICES   ♥   BASKET   CHECKOUT

SEPHORA FLASH   FREE 2-DAY SHIPPING FOR A YEAR NO MINIMUM PURCHASE REQUIRED   ONLY $10   ENROLL NOW ▸

SEARCH

# SEPHORA

JOIN FLASH
FREE 2-DAY SHIPPING ▸

MAKEUP   SKIN CARE   FRAGRANCE   BATH & BODY   NAIL   HAIR   TOOLS & BRUSHES   MEN   GIFTS   SALE   BRANDS   ADVICE   HOW-TO'S

about sephora › store locations › jcpenney at queens center

## JCPENNEY AT QUEENS CENTER , ELMHURST

### CONTACT INFO

Queens Center
92-59 59th Ave
Elmhurst, NY 11373-5018
Phone: (718) 592-1800

### HOURS

Monday: 10AM - 9:30PM
Tuesday: 10AM - 9:30PM
Wednesday: 10AM - 9:30PM
Thursday: 10AM - 9:30PM
Friday: 10AM - 9:30PM
Saturday: 10AM - 9:30PM
Sunday: 11AM - 9PM



### FIND IT

Search

Zip Code or City, State

Within

5 miles

SEARCH

BEAUTY SERVICES    BEAUTY CLASSES    STORE EVENTS

## LET'S BEAUTY TOGETHER
### WITH OUR BEAUTY SERVICES

Whether you have 15 minutes for a touch-up, 45 minutes for a makeover, or 90 minutes for a customized consultation, our Beauty Advisors at the Beauty Studio are here to help you.

✉ SIGN UP FOR SEPHORA EMAILS    EMAIL

▤ STORE LOCATIONS & EVENTS    Zip Code or City, State

| About Sephora | Beauty Insider | Customer Service | What's New |
| --- | --- | --- | --- |
| Careers | My Account | Contact Us | FLASH Unlimited Shipping |
| Sephora Social Impact | Loves | Gift Card | Bestsellers |
| Sephora Global Sites | Shipping | Affiliates | Travel |
| Store Locations, Events & Classes | International Shipments | Supply Chain Transparency | Weekly Specials |
| Book A Reservation | Order Status | Sitemap | Sale |

Now Shopping: 🇺🇸 US | 🇨🇦 Canada    🌐 Learn More: International Shipping    f 🐦 ▶ 📷 📌 G+ t ▦

Copyright © 2017 Sephora USA, Inc. All rights reserved.  Terms of Use | Privacy Policy
1-877-SEPHORA (1-877-737-4672)

# Exhibit 10



Secure (Edit) Mode | Normal Mode    No track selected    0:00/0:00    Dawn Sullivan    Help

**SIGNATURE TRACKS**

Search 25,544 tracks by keyword or audio file    Search    Keywords »    Moods »

Tracks    Albums    Playlists    Contact Us    Labels

**Filter Tracks**
Genre
Tempo
Keywords
Length

**My Playlists (0)**
🔍
📁 General (0)
No Playlists in this folder.
New Playlist ▾

**My Cue Sheets (0)** ∨

Click on tracks and albums to batch download them.

## All Tracks (25,544)

Sort Release Date ▾    View Simple Wave    Page 1 ... 139    Next >>

| Title | | | Genre | Sub Genre | Keywords | Tempo | Length |
|---|---|---|---|---|---|---|---|
| ▶ SIG FACE IT INSTRUMENTAL RH | | ⬇ ☰ | POP | TOP 40 | cat walk, club, dance, determined, dreamy, energetic, erotic, ∨ | Up Tempo | 3:23 |
| ▶ SIG TAPE FULL MIX MK RH | +4 | ⬇ ☰ | POP | TOP 40 | city, classy, club, dope scene opener, downtown, edm, ∨ | Mid Tempo | 1:08 |
| ▶ SIG YOUNG RICH LIBRARY RH | | ⬇ ☰ | POP | TOP 40 | avicii, calvin harris, city, classy, club, downtown, edm, ∨ | Up Tempo | 0:29 |
| ▶ SIG DEVIL ON MY MIND FULL MIX RH | +2 | ⬇ ☰ | POP | TOP 40 | bad, beats, boyfriend, cheating, clubbing, dance, dancing, ∨ | Up Tempo | 1:12 |
| ▶ SIG I CANT WAIT ANY LONGER FULL MIX MK RH | +2 | ⬇ ☰ | POP | TOP 40 | beach, best, bright, california, city, clubbing, clubs, coast, ∨ | Up Tempo | 1:24 |
| ▶ SIG TRAP BUDDY FULL MIX MD | +2 | ⬇ ☰ | POP | TRAP FESTIVAL AND CLUB | acute, bitter, deep, electronic, extra, extreme, fierce, ∨ | Up Tempo | 3:33 |
| ▶ SIG THIRD BASE FULL MIX MD | +2 | ⬇ ☰ | POP | TRAP FESTIVAL AND CLUB | batty, bouncy, calvin harris, clubbing, cracked, crazy, ∨ | Up Tempo | 3:42 |
| ▶ SIG FREE TIME FULL MIX MD | +2 | ⬇ ☰ | POP | TRAP FESTIVAL AND CLUB | animated, blessed, blithe, claps, clubbing, coachcella, crazy, ∨ | Mid Tempo | 2:11 |
| ▶ SIG CAKER BAKER FULL MIX RH | +2 | ⬇ ☰ | BEAT DRIVEN | LIGHT | chaotic, cocky, competition, confident, fabulous, ∨ | Mid Tempo | 1:32 |
| ▶ SIG COME ON PASSION BV DR RH | | ⬇ ☰ | BEAT DRIVEN | ACTIVITIES AND TASKING | fearless, heavy, positive, strong, tough | Slow Tempo | 3:26 |
| ▶ SIG WHIP PAINT FULL MIX MD | +3 | ⬇ ☰ | BEAT DRIVEN | TRAP HIP HOP | arguments, cheating, curious, cutting, debatable, disputable ∨ | Mid Tempo | 2:09 |
| ▶ SIG TWO A DAYS FULL MIX NF RH | +4 | ⬇ ☰ | BEAT DRIVEN | TRAP HIP HOP | alarming, angry, annoyed, anxious, bothersome, ∨ | Mid Tempo | 1:22 |
| ▶ SIG STOP THE LIES FULL MIX MD | +2 | ⬇ ☰ | BEAT DRIVEN | TRAP HIP HOP | arguments, arrogant, battle, complaints, complications, ∨ | Mid Tempo | 3:38 |
| ▶ SIG HASHTAG GUYS NIGHT OUT FULL MIX NF RH | +4 | ⬇ ☰ | BEAT DRIVEN | TRAP HIP HOP | able, active, dancing, determined, different, dub step, electronic ∨ | Up Tempo | 1:06 |
| ▶ SIG GET BACK PART TWO FULL MIX MD | +2 | ⬇ ☰ | BEAT DRIVEN | TRAP HIP HOP | amazed, confused, curious, driving, easy, forced, groove, harsh, ∨ | Mid Tempo | 3:12 |
| ▶ SIG AINT A FKN JOKE FULL MIX RH | +2 | ⬇ ☰ | BEAT DRIVEN | TRAP HIP HOP | annoy, argument, bore, bothersome, boyfriend, breakup ∨ | Mid Tempo | 1:54 |
| ▶ SIG SOUND THE ALARM FULL MIX BV RH | +2 | ⬇ ☰ | POP | RADIO | activities, beautiful, fashion, fashion show, glamor, model, ∨ | Mid Tempo | 1:01 |
| ▶ SIG PLAYIN WITH UR HEART FULL MIX BV MLK RH | +3 | ⬇ ☰ | POP | RADIO | butterflies, crush, edc, emotion, energy, friends, fun, justin ∨ | Up Tempo | 1:29 |
| ▶ SIG MAGIC TOUCH FULL MIX BV MLK RH | +3 | ⬇ ☰ | POP | RADIO | ariana grande, beat driven, celebrate, celebrity, chill, dance, ∨ | Mid Tempo | 1:43 |
| | +3 | ⬇ | COMEDY | DRAMADY | | Mid Tempo | 1:48 |

Secure (Edit) Mode | Normal Mode

SIG TRUTH BE TOLD FULL MIX BV AAR — No track selected — 0:00/0:00 — careful, caught, comedy, drama, eavesdrop, — Dawn Sullivan — Help

**Filter Tracks**

Genre

Tempo

Keywords

Length

**My Playlists (0)**

🔍

📁 General (0)

No Playlists in this folder.

New Playlist ▼

**My Cue Sheets (0)** ⌄

| Track | | | Genre | Category | Keywords | Tempo | Length |
|---|---|---|---|---|---|---|---|
| SIG JUST ME AND YOU FULL MIX KK RH | +3 | POP | RADIO | beat driven, current, exciting, friends, fun, lavish, lifestyle, luxury | Mid Tempo | 1:02 |
| SIG GOT THE TOUCH FULL MIX BV MLK RH | +3 | POP | RADIO | california, calm, chill, cruise, dance, major lazer, martin garrix, | Mid Tempo | 1:46 |
| SIG COASTLINE VIEWS FULL MIX NF KK RH | +4 | POP | RADIO | adventure, beach, beat driven, chris brown, cruise, | Mid Tempo | 1:19 |
| SIG BY THE SEA FULL MIX NF KK RH | +3 | POP | RADIO | adventure, beach, cruise, current, dance, exciting, explore, fun, | Mid Tempo | 1:43 |
| SIG AWOL FULL MIX BV AAR | +3 | POP | RADIO | california, calm, chill, cruise, dance, major lazer, martin garrix, | Mid Tempo | 1:35 |
| SIG ANYTHING COULD HAPPEN FULL MIX BV MLK | +4 | POP | RADIO | build, california, chris brown, current, cute, dreamy, joy, justin | Mid Tempo | 1:36 |
| SIG AGAINST THE WORLD FULL MIX BV MLK RH | +3 | POP | RADIO | beat driven, celebrity, crush, dance, fun time, jason derulo, | Mid Tempo | 1:38 |
| SIG WILD THING FULL MIX MLK RH | +3 | POP | TOP 40 | alive, ariana grande, avicii, calvin harris, caring, celebrate, | Up Tempo | 1:33 |
| SIG WHERE WE ARE FULL MIX MLK RH | +3 | POP | TOP 40 | alive, ariana grande, avicii, calvin harris, caring, celebrate, | Up Tempo | 1:34 |
| SIG WATCH ME DANCE FULL MIX MLK RH | +2 | POP | TOP 40 | activities, alive, avicii, calvin harris, celebrate, cheerful, | Up Tempo | 1:32 |
| SIG SUMMER FLING FULL MIX MLK RH | +3 | POP | TOP 40 | beat driven, calvin harris, celebrate, celebrity, college, | Up Tempo | 1:33 |
| SIG PICK IT UP FULL MIX MLK RH | +3 | POP | TOP 40 | alive, avicii, calvin harris, caring, celebrate, cheerful, | Up Tempo | 1:35 |
| SIG LOVE YOU FOREVER FULL MIX NF RH | +3 | POP | TOP 40 | alive, avicii, calvin harris, celebrate, cheerful, current, | Up Tempo | 1:47 |
| SIG LIMELIGHT FULL MIX BV MLK RH | +4 | POP | TOP 40 | alive, ariana grande, celebrate, cheerful, dance, date, edc, | Mid Tempo | 1:28 |
| SIG LETS TOAST FULL MIX BV MLK RH | +4 | POP | TOP 40 | alive, celebrate, cheerful, dance, date, edc, festival, fun, | Up Tempo | 1:37 |
| SIG EVERY SINGLE NIGHT FULL MIX MLK RH | +2 | POP | TOP 40 | beat driven, dance, energy, fashion, fashion show, lively, | Up Tempo | 1:33 |
| SIG DONT PUSH ME FULL MIX BV AAR | +3 | POP | TOP 40 | avicii, beautiful, celebrity, current, fashion, fashion | Mid Tempo | 2:23 |
| SIG CAUGHT IN THE MIDDLE FULL MIX BV MLK RH | +3 | POP | TOP 40 | avicii, beautiful, celebrity, current, fashion, fashion | Up Tempo | 1:34 |
| SIG ALWAYS AND FOREVER FULL MIX KK RH | +3 | POP | TOP 40 | avicii, beautiful, celebrity, current, fashion, fashion | Up Tempo | 1:42 |
| SIG ALL MY LIFE FULL MIX MLK RH | +2 | POP | TOP 40 | activities, avicii, beautiful, celebrity, fashion, fashion | Up Tempo | 1:33 |
| SIG WITH YOU FULL MIX AAR | +3 | POP | ROCK | accomplished, adventure, crush, determined, | Mid Tempo | 0:55 |
| SIG EY BAE FULL MIX BV ZJB RH | +3 | BEAT DRIVEN | UPLIFTING AND TRIUMPHANT | beat driven, determined, guitar, justin bieber, justin | Up Tempo | 1:39 |
| SIG TEST DRIVE FULL MIX AAR | +3 | POP | ROCK | anxious, brainstorm, distortion, errands, focused, guitar, guitar | Up Tempo | 1:04 |

Click on tracks and albums to batch download them.

Secure (Edit) Mode | Normal Mode

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ▶ | SIG POPULAR DEMAND FULL MIX AMC | +3 | ⬇ ☰ | POP | No track selected ROCK | 0:00/0:00 | accomplished, adventure, dance, determined, | Up Tempo Dawn Sullivan | 2:11 Help |

**Filter Tracks**

Genre

Tempo

Keywords

Length

**My Playlists (0)** ☰

🔍

📂 General (0)

No Playlists in this folder.

**New Playlist** ▼

**My Cue Sheets (0)** ⌄

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| ▶ | SIG NOW I SEE YOU FULL MIX MJG CRP | +4 | ⬇ ☰ | POP | ROCK | accomplished, adventure, dance, determined, | Up Tempo | 2:28 |
| ▶ | SIG MORE BISCUITS PLEASE FULL MIX AMC | +3 | ⬇ ☰ | POP | ROCK | accomplished, adventure, conquer, determined, | Up Tempo | 1:45 |
| ▶ | SIG LETS GET THE SHOW ON THE ROAD FULL MIX BV | +3 | ⬇ ☰ | POP | ROCK | adventure, anxious, distortion, errands, focused, guitar, guitar | Mid Tempo | 0:58 |
| ▶ | SIG HIPHOP COWBOY FULL MIX AAR | +3 | ⬇ ☰ | POP | ROCK | adventure, anxious, distortion, errands, fast, focused, guitar | Up Tempo | 1:03 |
| ▶ | SIG DO THE ROBOT FULL MIX AAR | +3 | ⬇ ☰ | POP | ROCK | adventure, anxious, distortion, errands, focused, guitar, guitar | Mid Tempo | 1:21 |
| ▶ | SIG BON VOYAGE FULL MIX AAR | +3 | ⬇ ☰ | POP | ROCK | adventure, anxious, distortion, errands, focused, guitar, guitar | Mid Tempo | 0:59 |

Results per page:   5   10   25   50                    1   ...   139   Next >>

Click on tracks and albums to batch download them.