UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

YESH MUSIC, LLC,

                Plaintiff,

       v.

SEPHORA USA, INC.,

                Defendant.
-----------------------------------------------------------------x

Index No.: 16-cv-4913 (CBA)(RER)

**DECLARATION OF RICHARD GARBARINI**

I, Richard Garbarini, hereby declare pursuant to 28 U.S.C. § 1746, and under the penalties of perjury as follows.

1.      I am the attorney for plaintiff in this action.

2.      SEPHORA maintains a corporate headquarters in New York City.

3.      Attached as Exhibit 1 is a true and correct copy of the SEPHORA website, last viewed on February, 24, 2017.

4.      SEPHORA, in legal filings, represented its New York corporate office was its designated headquarters.

5.      Attached as Exhibit 2 is a true and correct copy of the SEPHORA filing with the Texas Secretary of State.

6.      SEPHORA is also registered to do business in New York.

7.      Attached as Exhibit 3 is a true and correct copy of the SEPHORA filing with the New York Secretary of State.

8.      SEPHORA admitted it regularly conducts business in New York and is subject to jurisdiction in New York.

9.      Attached as Exhibit 4 is a true and correct copy of the complaint in *Sephora USA, Inc. v. Gilbert Express, Inc. et al.*, 06-cv-04121-RWS (S.D.N.Y.), Dkt. No. 1, ¶ 12.

10.    SEPHORA has at all times maintained fifty-five brick-and-mortar stores in New York State.

11.    Attached as Exhibit 6 is a true and correct copy of the SEPHORA website, last viewed on February, 24, 2017.

12.    SEPHORA filed and/or defended dozens of legal actions in New York without contesting jurisdiction.

13.    Attached as Exhibit 7 is a true and correct copy of the PACER and NYECF records for matters involving SEPHORA.

14.    Attached as Exhibit 8 is a true and correct copy of the September 22, 2016 email between myself and Adam Malka stating:

> I represent Yesh Music, LLC/The American Dollar.  I was informed that you represented you gave a license to Sephora in 2015.  Please send a copy of that license.  Also, why was my client not paid for a license from 2015?

15.    Mr. Malka did not respond.

16.    Attached as Exhibit 9 is a true and correct copy of the September 26, 2016 email between myself and Adam Malka stating:

> I represent Yesh Music, LLC/The American Dollar.  I was informed that you represented you gave a license to Sephora in 2015.  Please send a copy of that license.  Also, why was my client not paid for a license from 2015?

17.    No one at Signature ever produced a license.

18.    Defendant produced the purported invoice on September 29, 2016.

19.    On September 26, 2016 I received an email from Louis Feuchtbaum, Esq. counsel for defendant threatening: "We do not presently plan to seek Rule 11 sanctions and attorneys' fees, unless forced to spend additional time on this matter."

20.    Attached as Exhibit 10 is a true and correct copy of the email string containing the September 25, 2016 email I received from me to Mr. Feuchtbaum.

21.    On September 27, 2016 I was contacted by email from Malka completely changing the story.  He claimed there was one video and no license.

22.    Attached as Exhibit 11 is a true and correct copy of the email dated September 27, 2016 from Malka.

23.    On September 29, 2016 the story changed again when defendant produced the purported invoice for conveniently three cues, which was the number alleged at that time.

24.    Mr. Feuchtbaum threatened sanction unless plaintiff withdrew its claims, knowing the purported invoice was for "three Signature Tracks cues", not the five YESH recordings SEPHORA.

25.    I was never informed by Malka that *Signaling Through the Flame, Escapist, Call, Age of Wonder*, and *DEA* were licensed to SEPHORA, or anyone.

26.    Malka never informed me any one of the subject Copyrighted Recordings was licensed.

27.    Signature has never produced a license or invoice.   In fact, Malka refused to confirm if it sent the invoice to defendant, or whether the invoice was authentic.  Attached as Exhibit No. 12 is the September 29, 2016 email to Malka stating:

> First, kindly let me know if you produced the purported invoice to Sephora's attorney or to Mr. Jonathan Sandler.  I would also like a copy of the communications asking for the license/invoice, and those producing the purported license/invoice.

28.    Attached as Exhibit 13 is a true and correct copy of the licensing agency website, last viewed on September 26, 2016 stating: "Synchronization Licenses are custom negotiated

between the licensee and the copyright holder.  This means that the copyright holder can demand any price or deny permission altogether."

29.    Plaintiff is prepared to depose witnesses as necessary at mutually convenient locations and times, and does not anticipate any need to compel the attendance of distant witness at trial.

30.    Plaintiff has identified individuals within 100 miles of this Court that it will compel to testify; namely, Patricia Lopez, current Manager of the Times Square Sephora, and Courtney Tichman, former National Brand Manager for Sephora.

31.    These non-party witnesses are expected testify to the playing of the Subject SEPHORA Advertisements on in-store kiosks, and the volume of sales of products identified in the Subject SEPHORA Advertisements.

32.    Plaintiff anticipates a modest production of additional discovery by defendant.

33.    Attached as Exhibit 14 is a true and correct copies of the pre-invoice release of the SEPHORA Advertisements.

34.    Attached as Exhibit 15 is a true and correct copy of the email I sent to defendant's counsel dated September 25, 2016 requesting a license.

35.    Attached as Exhibit 16 is a true and correct copy of the news articles related to Kat Von D's fire and altercation.

36.    After a thorough review of the filed matters, SEPHORA has never raised a jurisdictional argument.

37.    Attached as Exhibit 17 is a true and correct of the Sephora Website listing the New York stores.

38.     Attached as Exhibit 18 is a true and correct of the email from counsel dated September 27, 2016.

39.     Attached as Exhibit 19 is a true and correct of the email from counsel dated September 29, 2016.

40.     I declare under the penalty of perjury that the forgoing is true and correct.

EXECUTED ON

February 27, 2017

_____
Richard Garbarini