# Exhibit 1

sign in or register    ACCOUNT    Beauty Insider    3 FREE SAMPLES

STORES & SERVICES    ♥    BASKET    CHECKOUT

SEARCH

# SEPHORA

3-DAY SHIPPING
FREE OVER $50 ▸

**MAKEUP    SKIN CARE    FRAGRANCE    BATH & BODY    NAIL    HAIR    TOOLS & BRUSHES    MEN    GIFTS    SALE    BRANDS    ADVICE    HOW-TO'S**

about sephora

## About Sephora

Store Locations
Color IQ
Skincare IQ
Sephora inside JCPenney
International Locations
Affiliates
Complete Store List

## About Us

Sephora is a leader in global prestige retail, teaching and inspiring clients to play in a world of beauty. Owned by LVMH Moët Hennessy Louis Vuitton, the world's leading luxury goods group, Sephora has earned its reputation as a beauty trailblazer with its expertise, innovation, and entrepreneurial spirit.

At Sephora, beauty is in our DNA. Our revolutionary beauty-retail concept, founded in France by Dominique Mandonnaud in 1970, is defined by its unique, open-sell environment with an ever-increasing assortment of products from carefully curated brands, featuring indie darlings, emerging favorites, trusted classics, and Sephora's own, SEPHORA COLLECTION. Today, Sephora is not only the leading retailer of perfume and cosmetics stores in France, but also a powerful beauty presence in countries around the world thanks to its unparalleled assortment of prestige products in every category, unbiased service from experts, interactive shopping environment, and innovation.

Sephora believes every stroke, swipe and dab reveals possibility, and we share our client's love for the confidence that our products, services, and expertise brings to their life every day. In every store, clients unlock their beauty potential at our Beauty, Skincare and Fragrance Studios through intuitive technology and guidance from the most knowledgeable and professional team of product consultants in the beauty industry.

**Sephora stores** – Sephora operates approximately 2,300 stores in 33 countries worldwide, with an expanding base of over 430 stores across the Americas. Sephora opened its first U.S. store in New York's Soho neighborhood in 1998, and its first Canadian store in Toronto in 2004. The Sephora Americas headquarters and Innovation Lab are located in San Francisco, with corporate offices in New York, Mexico City, Montreal, Toronto and São Paolo.

**Sephora.com** - Launched in the U.S. in 1999 and Canada in 2003, the foremost prestige beauty site on the Internet is also Sephora's largest North American store and is where clients can engage with an inclusive beauty community on our award-winning Beauty Board, and interactive Beauty Talk.

**Sephora mobile** – Obsessed with teaching and inspiring clients to play in a world of beauty, Sephora has pioneered the use of mobile in beauty, creating groundbreaking content on its intuitive Sephora app and on social media to bring Sephora's expertise to our clients whenever and wherever they want.

**Beauty Insider** - In 2007, Sephora launched a client loyalty program to feed their addiction to beauty with unique rewards and experiences. The Beauty Insider program is available in Sephora stores nationwide and at www.sephora.com. In 2009, Sephora launched V.I.B. [Very Important Beauty Insider], and in 2013, added VIB Rouge, two premium levels for Beauty Insiders that give clients access to even more exclusive gifts, event invitations, and early access to select products.

**Sephora Stands** – Sephora encourages bold choices in beauty – and in life with the purpose of inspiring fearlessness. Launched in 2016, Sephora Stands social impact programs utilize our strengths to promote even greater good by supporting female entrepreneurs in beauty via Sephora Accelerate, our communities via Classes for Confidence and our people via Sephora Stands Together.

**Sephora Innovation Lab** – Sephora has always had innovation at the core of its DNA. Opened in 2015 in San Francisco's Dogpatch district, the Innovation Lab was a natural progression of Sephora's client centric, continual ideation and innovation. Responsible for groundbreaking tools like Sephora Virtual Artist, fun ways to play with beauty like Sephojis emoticons, opening new lines of client communication with chatbots, as well as fostering creative talent across the entire organization through their unique Think Tank program and Hackatons, the Innovation Lab aims to aid clients in easily navigating the beauty world to find the right products.

**Sephora PRO** – The Sephora PRO Team is an elite group of makeup artists handpicked for their superior skill, unprecedented creativity and ability to inspire through education. The Sephora PRO artists are among the industry's most knowledgeable in beauty expertise and application, lending their aptitude and know-how to product ideation and development, sharing beauty education tips on Sephora's social channels, speaking on behalf of the retailer to media, and applying their industry prowess at a variety of national and local client events. Each Sephora PRO artist is a permanent appointee and based in a specific region, broadening their influence across the Americas.

**Sephora inside JCPenney** – A 10 year partnership with the nation's largest apparel and home furnishings retailer, Sephora inside JCPenney stores are situated in the center of the store and feature the signature Sephora look and experience in a smaller footprint, in over 590 locations across the U.S.

## Sephora Executives

- Chris de Lapuente Global President & CEO of Sephora, Member of the LVMH Executive Committee
- Calvin McDonald, President and CEO of Sephora Americas
- Satish Malhotra, Executive Vice President, Chief Operating Officer of Sephora Americas
- Christie Jack, Executive Vice President of Retail and Education
- Christophe Le Boterff, Chief Financial Officer and Senior Vice President of Finance
- Mary Beth Laughton, Senior Vice President of Digital
- Deborah Yeh, Senior Vice President of Marketing and Brand
- Terry Yanofsky, Senior Vice President and Country Manager of Sephora Canada
- Flavia Bittencourt, Senior Vice-President of Sephora Latin America
- Artemis Patrick, Senior Vice President of Merchandising
- Melanie McGuire, Senior Vice President of Culture and Impact
- Savio Thattil, Chief Information Officer and Senior Vice President of Technology
- Mike Racer, Senior Vice President of Supply Chain

- Karalyn Smith, Senior Vice President of Human Resources
- Paul Loux, Senior Vice President of Store Design

For general PR inquiries, please contact pr@sephora.com

**Potential Sephora Vendors Contact:**

**Merchandising Submissions**

Sephora merchants have partnered with RangeMe to streamline all new product and vendor submissions. Submit your brand story and product information here.

The Merchandising Department will review your materials through RangeMe. We welcome your interest in working with us as we build innovative, worldwide retail concepts.

---

✉ **SIGN UP FOR SEPHORA EMAILS**    *EMAIL*

▦ **STORE LOCATIONS & EVENTS**    *Zip Code or City, State*

| About Sephora | Beauty Insider | Customer Service | What's New |
|---|---|---|---|
| Careers | My Account | Contact Us | FLASH Unlimited Shipping |
| Sephora Social Impact | Loves | Gift Card | Bestsellers |
| Sephora Global Sites | Shipping | Affiliates | Travel |
| Store Locations, Events & Classes | International Shipments | Supply Chain Transparency | Weekly Specials |
| Book A Reservation | Order Status | Sitemap | Sale |

Now Shopping: 🇺🇸 **US** | 🇨🇦 Canada          🌐 Learn More: International Shipping

Copyright © 2017 Sephora USA, Inc. All rights reserved. Terms of Use | Privacy Policy
1-877-SEPHORA (1-877-737-4672)

# Exhibit 2

# Sephora Usa, Inc.

## SEPHORA USA, INC.

19 E 57TH ST NEW YORK

NY 10022-2506

 **StuyTown Lottery Is Open** — If Your Household Income $84-$149k? You May Qualify For A 1-2Br Apt. Ends 3/10—Apply Now.

+ (/0800552384-sephora-usa-inc?do=up)     0     - (/0800552384-sephora-usa-inc?do=down)

Sephora Usa, Inc. is an entity registered at Texas with company number 0800552384. Company is incorporated on 30th September 2005.

## Company

| Company name | Sephora Usa, Inc. |
|---|---|
| Address | **SEPHORA USA, INC.** 19 E 57TH ST NEW YORK NY 10022-2506 |
| State | DE |

| Company number | 0800552384 |
|---|---|
| Registration Date | 30th September 2005 |
| Sos number | 0800552384 |
| Taxpayer number | 19433224078 |
| Right to Do Business in Texas | ACTIVE |

# Key persons

**CORPORATION SERVICE COMPANY DBA CSC - LAWYERS INCO**

211 E. 7TH STREET SUITE 620 AUSTIN

TX 78701

# Related companies

Sephrim, LLC (/0800888916-sephrim-llc)

Sephtor Investments, LLC (/0801679292-sephtor-investments-llc)

Sepia Creative LLC (/0801530657-sepia-creative-llc)

Sepia Soul Properties, LLC (/0801147158-sepia-soul-properties-llc)

Sepich Construction, LLC (/0801511116-sepich-construction-llc)

Sepich Enterprises, LLC (/0800525438-sepich-enterprises-llc)

Sepisa Enterprises, LLC (/0801559919-sepisa-enterprises-llc)

Sephlor Ventures Inc (/0800102751-sephlor-ventures-inc)

Sephiri Safari, LLC (/0801158439-sephiri-safari-llc)

Sephira Software, LLC (/0800623259-sephira-software-llc)

Sephia Cs LLC (/0802253881-sephia-cs-llc)

Sepisa Usa LLC (/0801536665-sepisa-usa-llc)

Sepken, LLC (/0801610953-sepken-llc)

Sepkowitz Family Partnership, LLC (/0802126035-sepkowitz-family-partnership-llc)

Seplan Capital LLC (/0802282031-seplan-capital-llc)

Sepm LLC (/0801677192-sepm-llc)

Sepmarke Interests, LLC (/0801240633-sepmarke-interests-llc)

Sepn Holdings, LLC (/0802307688-sepn-holdings-llc)

Sephere International, Inc (/0800945408-sephere-international-inc)

Sepher Motors, Inc. (/0800061581-sepher-motors-inc)

Sepher Group Investment Inc (/0801967275-sepher-group-investment-inc)

Sephardic Torah Center Of Dallas (/0801461537-sephardic-torah-center-of-dallas)

Sephardic Anusim Cultural Heritage Resource Center (/0801878841-sephardic-anusim-cultural-heritage-resource-center)

Seph Fuel Inc. (/0801119933-seph-fuel-inc)

Sepes Et Porta LLC (/0801152849-sepes-et-porta-llc)

Seperation Treatment Systems, LLC (/0801706193-seperation-treatment-systems-llc)

Sepema Industrial Service, Inc. (/0802108634-sepema-industrial-service-inc)

Sepehrimd, Pllc (/0801695873-sepehrimd-pllc)

| Search company |

| Search |



Home (/)    Terms (/terms/)    Contact (/contact/)

©2016 Texas-register.com. All rights reserved.

# Exhibit 3

# NYS Department of State

## Division of Corporations

## Entity Information

The information contained in this database is current through February 17, 2017.

Selected Entity Name: SEPHORA USA, INC.
Selected Entity Status Information

**Current Entity Name:**  SEPHORA USA, INC.
**DOS ID #:**  3263810
**Initial DOS Filing Date:** OCTOBER 03, 2005
**County:**  NEW YORK
**Jurisdiction:**  DELAWARE
**Entity Type:**  FOREIGN BUSINESS CORPORATION
**Current Entity Status:**  ACTIVE

Selected Entity Address Information
**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543
**Chief Executive Officer**
CALVIN MCDONALD
525 MARKET STREET
32ND FLOOR
SAN FRANCISCO, CALIFORNIA, 94105
**Principal Executive Office**
SEPHORA USA, INC.
525 MARKET STREET
32ND FLOOR
SAN FRANCISCO, CALIFORNIA, 94105

**Registered Agent**

CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NEW YORK, 12207-2543

This office does not record information regarding
the names and addresses of officers, shareholders
or directors of nonprofessional corporations except
the chief executive officer, if provided, which
would be listed above. Professional corporations
must include the name(s) and address(es) of the
initial officers, directors, and shareholders in the
initial certificate of incorporation, however this
information is not recorded and only available by
viewing the certificate.

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

\*Stock information is applicable to domestic business corporations.

**Name History**

| Filing Date | Name Type | Entity Name |
|---|---|---|
| OCT 03, 2005 | Actual | SEPHORA USA, INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in
New York State. The entity must use the fictitious name when conducting its activities or business in
New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results  New Search

Services/Programs  |  Privacy Policy  |  Accessibility Policy  |  Disclaimer  |  Return to DOS
Homepage  |  Contact Us

# Exhibit 4

Case 1:06-cv-04121-RWS Document 6 Filed 07/06/06 Page 1 of 6

**James J. Ruddy** (JR-6693)
McDERMOTT & RADZIK, LLP
Attorneys for Plaintiff
Wall Street Plaza
88 Pine Street - 21st Floor
New York, New York 10005-1801
(212) 376-6400



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

SEPHORA USA, INC.,

               Plaintiff,

      - against -

GILBERT EXPRESS, INC.,
GILBERT LOGISTICS,
TARGET INTERMODAL SYSTEMS, INC.
and OANH NGOC NGUYEN d/b/a T & T
TRANSPORT,

               Defendants.

------------------------------------------------------x

      06 Civ 4121 (RWS)

      **AMENDED
COMPLAINT**

     Plaintiff, complaining of the defendants, by its attorneys, McDERMOTT & RADZIK, LLP, sets forth and alleges to this Court upon information and belief, as follows:

     1.     That this is a claim under an Act of Congress regulating commerce with jurisdiction pursuant to 28 U.S.C. §1337 and 49 U.S.C. §14706.

     2.     At and during all times hereinafter mentioned, plaintiff was and is a corporation formed under the laws of one of the states of the United States, transacts business in the State of New York and has its principal place of business at 525 Market Street, San Francisco, California.

3. At and during the times hereinafter mentioned, defendant Gilbert Express, Inc., was and still is a foreign corporation or other business entity and acted as a common carrier, contract carrier, broker, freight forwarder and/or indirect carrier of merchandise for hire, is authorized to operate in this State, and has an office and place of business at 330 South Stiles Street, Linden, New Jersey 07036.

4. At and during the times hereinafter mentioned, defendant Gilbert Logistics, was and still is a foreign corporation or other business entity and acted as a common carrier, contract carrier, broker, freight forwarder and/or indirect carrier of merchandise for hire, is doing business in this State, and has an office and place of business at 330 South Stiles Street, Linden, New Jersey 07036.

5. At and during the times hereinafter mentioned, defendant Target Intermodal Systems, Inc., was and still is a foreign corporation or other business entity and acted as a common carrier, contract carrier, broker, freight forwarder and/or indirect carrier of merchandise for hire, is authorized to operate in this State, and has an office and place of business at 33A New York City Terminal Market, Bronx, New York 10474.

6. At and during the times hereinafter mentioned, defendant Oanh Ngoc Nguyen d/b/a T & T Transport , was and still is a foreign corporation or other business entity and acted as a common carrier, contract carrier, freight forwarder and/or indirect carrier of merchandise for hire, is authorized to operate in this State, and has an office and place of business at 7496 Apple Blossom Court, Highland, California 92346.

7. That on or about May 12, 2005 at Belcamp, Maryland, there was delivered to one or more of defendants, as common or contract carriers, a shipment of 990

2

Case 1:06-cv-04121-RWS Document 6 Filed 07/06/06 Page 3 of 6

packages of beauty products then being in good order and condition, and one or more of defendants accepted the shipment so shipped and delivered to them and in consideration of certain agreed freight charges thereupon paid, or agreed to be paid, agreed to transport and carry said shipment to California and there to deliver same in like good order and condition.

8. One or more of the defendants failed to deliver any of the 990 packages at destination, in violation of defendants' obligations and duties as carriers and/or bailees of the cargo.

9. Plaintiff was the shipper, consignee or owner of the aforesaid shipment and brings this action on its own behalf and as agent and trustee on behalf of and for the interest of all parties who may be or become interested in the said shipment, as their respective interests may ultimately appear, and plaintiff is entitled to maintain this action.

10. By reason of said premises, plaintiff has sustained damages in the amount of $427,319.37 no part of which has been paid, although duly demanded of defendants.

## AS AND FOR A SECOND CAUSE OF ACTION AGAINST DEFENDANTS

11. Plaintiff repeats and realleges each and every allegation set forth in paragraphs 1 through 10 as if set forth at length herein.

12. The loss of the said 990 packages of beauty products was due to the breach of contract, negligence, and/or gross negligence of one or more of the defendants.

13. By reason of said premises, plaintiff has sustained damages in the amount of $427,319.37 no part of which has been paid, although duly demanded of defendants.

3

**WHEREFORE**, plaintiff prays:

1.       That process in due form of law may issue according to the practice of this Court against defendants.

2.       That if defendants cannot be found within this District, that all their property within this District be attached in the amount set forth in this Complaint.

3.       That judgment be entered in favor of plaintiff against one or more of the defendants for the amount of plaintiff's damages together with interest, costs and attorneys' fees.

4.       That this Court will grant the plaintiff such other and further relief as may be just and proper.


Dated: New York, New York
      July 5, 2006


                McDERMOTT & RADZIK, LLP
                Attorneys for Plaintiff

By:

                JAMES J. RUDDY (JR-6693)
                Wall Street Plaza
                88 Pine Street - 21st Floor
                New York, New York 10005-1801
                Ref. No.: GM-06-3547  JJR


TO:    DeOrchis & Partners
       Attorneys for Defendants
       Gilbert Express, Inc. and
       Gilbert Logistics
       61 Broadway, 26th Floor
       New York, New York  10006-2802

4

Case 1:06-cv-04121-RWS   Document 6   Filed 07/06/06   Page 5 of 6

Kenneth M. Piken & Associates
Attorneys for Defendant, Target Intermodal Systems, Inc.
333 Jericho Turnpike, Suite 218
Jericho, New York  11753

Oanh Ngoc Nguyen d/b/a T & T Transport
7496 Apple Blossom Court
Highland, California  92346

<u>AFFIDAVIT OF SERVICE</u>

STATE OF NEW YORK          )
                           : ss.:
COUNTY OF NEW YORK   )

  J. A. Dimalanta, being first duly sworn, deposes and states:

  1. I am employed by the firm of McDermott & Radzik, LLP, attorneys for the Plaintiff herein. I am not a party to this action and am over 18 years of age.

  2. On July 5, 2006, I served by mail a copy each of the following:

  **AMENDED COMPLAINT**

upon:

  DeOrchis & Partners
  Attorneys for Defendants
  Gilbert Express, Inc. and
  Gilbert Logistics
  61 Broadway, 26th Floor
  New York, New York  10006-2802

  Kenneth M. Piken & Associates
  Attorneys for Defendant, Target Intermodal Systems, Inc.
  333 Jericho Turnpike, Suite 218
  Jericho, New York  11753

  Oanh Ngoc Nguyen d/b/a T & T Transport
  7496 Apple Blossom Court
  Highland, California  92346

at the addresses designated by said attorneys for that purpose, by depositing a true copy of same enclosed in a postpaid, properly addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Services within the State of New York.

            _____
            J. A. Dimalanta

Sworn to before me this
5th day of July, 2006

_____
 Notary Public

JAMES J. RUDDY
Notary Public, State of New York
No. 30-5008922
Qualified in Nassau County
Commission Expires March 8, 1995

# Exhibit 6





## WebCivil Supreme - Case Search Results

33 Case(s) Match Your Search.   **Page 1 of 2 pages**
[First Page]  [Next Page]  [Previous Page]  [Last Page]  Select Records Range: 1-25 ⌄  [New Search]  [Edit Search]

Please click the number in the first column or the index number to view case details.

| | County | Index Number | Case Status | Plaintiff | Plaintiff Firm | Defendant | Defendant Firm | Appearance Date | Justice | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Queens | 022922/2001 | Disposed | ESCARPETA, SEPHORA | ZELENITZ, SHAPIRO & D'AGOSTINO | ESCARPETA, SR. HUBERT | | 07/18/2002 | FREDERICK D. R. SAMPSON | |
| 2 | New York | 103718/2001 | Disposed | JACKSON, JANECE | DESENA & KAFER | SEPHORA USA | LESTER SCHWAB KATZ & DWYER | 03/19/2003 | LEHNER, EDWARD H. | M D |
| 3 | New York | 110059/2001 | Disposed | QUILES-RIVERA, GILBERTO | CARABBA LOCKE LLP | SEPHORA USA | KAUFMAN BORGEEST & RYAN, LLP | 09/08/2003 | DE GRASSE, LELAND | M |
| 4 | New York | 602120/2001 | Disposed | SEPHORA USA, LLC. | SHARP & AARON | 44-45 BROADWAY REALTY | | 12/19/2001 | KAPNICK, BARBARA | M D |
| 5 | New York | 107875/2002 | Disposed | CORNELIUS, ELIZABETH | LAWRENCE M. KARAM, P.C. | SEPHORA USA, LLC | LESTER SCHWAB KATZ & DWYER | 10/08/2004 | TOLUB, WALTER B. | M D |
| 6 | Kings | 023439/2003 | Disposed | DABROWSKI,MARIUSZ | THE PERECMAN FIRM, P.L.L.C. | SEPHORA,USA,LLC., | MACKAY & WRYNN, ESQ. | 04/27/2006 | HURKIN-TORRES, JCP | M |
| 7 | New York | 118285/2003 | Disposed | DURESSEAU, JAMES | KAISER SAURBORN & MAIR, PC | SEPHORA USA | KAUFMAN BORGEEST & RYAN, LLP | 02/14/2005 | HEITLER, SHERRY KLEIN | |
| 8 | Bronx | 014446/2004 | Disposed | TOUSSAINT,STEPHEN | PERECMAN & FANNING, PLLC | SEPHORA,USA,LLC | GARY A. CUSANO | 10/19/2011 | SHARON A. M. AARONS | M |
| 9 | New York | 113975/2008 | Disposed | POTTER, CURTIS | CALANO & CULHANE, LLP | SEPHORA | BUCKLEY & FUDGE, PA | 01/23/2009 | LING-COHAN, DORIS | M D |
| 10 | Westchester | 701753/2008 | Disposed | MOOMEMALLE, SEPHORA | BRUCE SOKOL & ASSOCIATES | TOWN OF GREENBURGH | GREENBURGH TOWN ASSESSOR | 05/07/2009 | SMALL CLAIMS ASSESSMENT JUDGE | |
| 11 | New York | 114780/2009 | Disposed | CUENTAS, HECTOR | LARRY DORMAN, P.C. | SEPHORA | STAGG TERENZI CONFUSIONE/ | 07/30/2013 | SILVER, GEORGE J. | M D |
| 12 | New York | 402624/2010 | Disposed | COMMRS STATE INSURANCE FUND | ROBERT L. COHEN, ESQ. | SEPHORA CONSTRUCTION, INC. | SEPHORA CONSTRUCTION, INC. - Prose | 08/16/2011 | YORK, LOUIS B. | M D |
| 13 | New York | 100819/2011 | Disposed | PETERSEN, RACHEL | BRADLY G. MARKS | SEPHORA USA, INC. | BIEDERMANN HOENIG SEMPREVIVO | 11/29/2012 | YORK, LOUIS B. | |
| 14 | New York | 112312/2011 | Disposed | SEPHORA USA | BIEDERMANN HOENIG SEMPREVIVO | RECTENWALD BROTHERS | BONNER KIERNAN TREBACH/ | 08/13/2013 | SILVER, GEORGE J. | M D |
| 15 | New York | 652246/2011 | Disposed | 597 SCRIBNER LLC | MATALON SHWEKY ELMAN PLLC | SEPHORA USA, INC. | | 01/11/2012 | SHERWOOD, O. PETER | M |
| 16 | Queens | 000720/2012 | Disposed | KHUNKHUN, RAVISHARON | PEARLMAN, APAT & FUTTERMAN | SEPHORA USA, INC ETAL | GIBBONS P.C. | 09/29/2014 | TRIAL SCHEDULING JUDGE | |
| 17 | Westchester | 001586/2012 | Disposed | MOONEMALLE, MATTHEW | SEPHORA MOONEMALLE - Prose | MOONEMALLE, SEPHORA | MATTHEW MOONEMALLE - Prose | 06/15/2012 | CHARLES D. WOOD | M |
| 18 | New York | 150737/2012 | Disposed | SEPHORA USA | MORRISON COHEN LLP | A&A PROPERTIES | LAWRENCE M. SEGAN | 01/10/2013 | KORNREICH, SHIRLEY WERNER | |
| | Queens | 012264/2013 | Disposed | REYES; RICK | | | | 12/19/2014 | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | | | | | TOR EKELAND, PC | SEPHORA USA, INC | SEPHORA USA, INC - Prose | | DUANE A. HART | M D |
| 20 | Suffolk | 014377/2013 | Disposed | SHEIKH, FAUZIA | SIBEN & SIBEN, ESQS. | SEPHORA USA INC. | BIEDERMANN HOENIG SEMPREVIVO | 04/30/2015 | ARTHUR G. PITTS | |
| 21 | New York | 651692/2013 | Disposed | THROWER, ZAIRE | MICHAEL G O'NEILL, ESQ | SEPHORA USA, INC. | ORRICK HERRINGTON & SUTCLIFFE | 06/22/2016 | SCHECTER, JENNIFER G. | M |
| 22 | Dutchess | 005055/2014 | Disposed | BATE, MARIA SEPHORA | FREDERICK P. KORKOSZ, ESQ. | BATE, REYNALDO A. | PRO SE | 12/22/2014 | HON. STEPHEN L. GRELLER | |
| 23 | Westchester | 051454/2014 | Active | EVERBANK | DAVID A. GALLO, ESQ. | MOONEMALLE, SEPHORA | SEPHORA MOONEMALLE - Prose | 04/28/2017 | ALAN D. SCHEINKMAN (FC) | |
| 24 | New York | 162876/2014 | Disposed | SMITH, ALTHEA | CHRISTINA T. HALL & ASSOCIATES | SEPHORA USA, INC. | BIEDERMANN HOENIG SEMPREVIVO | 02/11/2016 | KENNEY, JOAN M. | |
| 25 | Kings | 501805/2014 | Active | TAYLOR, ERIC | ASHER & ASSOCIATES, P.C. | SEPHORA USA, INC. | LEWIS JOHS AVALLONE AVILES | 06/30/2017 | BERNARD J. GRAHAM, PT 36 | M |

[First Page]  [Next Page]  [Previous Page]  [Last Page]  Select Records Range: 1-25 ⌄  [New Search]  [Edit Search]





# *WebCivil Supreme - Case Search Results*

33 Case(s) Match Your Search.    **Page 2 of 2 pages**
[First Page]    [Next Page]    [Previous Page]    [Last Page]    Select Records Range: 26-33 ∨    [New Search]
[Edit Search]

Please click the number in the first column or the index number to view case details.

| | County | Index Number | Case Status | Plaintiff | Plaintiff Firm | Defendant | Defendant Firm | Appearance Date | Justice | |
|---|---|---|---|---|---|---|---|---|---|---|
| 26 | Queens | 707467/2014 | Disposed | KALONTAROVA, VICTORIA | ROYTBLAT & KALANT, PLLC | SEPHORA USA, INC ETAL | GIBBONS P.C. | 11/25/2016 | COMPLIANCE CONF JUDGE | |
| 27 | Bronx | 800039/2014 | Disposed | DIAZ,LUIS E. | | CUMMINGS,SEPHORA | | 03/31/2014 | BARRY SALMAN | |
| 28 | Suffolk | 011411/2015 | Disposed | GONZALEZ, SEPHORA | PALERMO PALERMO & TUOHY, PC | GONZALEZ, HARRY | KARYN A. VILLAR, ESQ. | 03/17/2017 | GLENN A. MURPHY | |
| 29 | Kings | 050167/2015 | Disposed | ALEXIS,ROLEX | ROLEZ ALEXIS - Prose | CADET-ALEXIS,SEPHORAH | | 07/29/2015 | NO JUSTICE ASSIGNED | |
| 30 | New York | 652074/2015 | Active | OBSESSIVE COMPULSIVE | NORMAN KLASFELD, ESQ. | SEPHORA USA, INC. | | 04/04/2017 | RAMOS, CHARLES E. | M |
| 31 | Bronx | 004504/2016 | Disposed | JOSEPH, KASSIM | KASSIM JOSEPH - Prose | CAMERON JOSEPH, SEPHORA | SEPHORA CAMERON JOSEPH - Prose | 10/11/2016 | LORRAINE MARTINEZ ROSS SPC-REF | |
| 32 | New York | 100179/2016 | Active | AMADI, OLUCHI | OLUCHI AMADI - Prose | SEPHORA INC. | SEPHORA INC. - Prose | 08/10/2017 | KENNEY, JOAN M. | M |
| 33 | New York | 151057/2016 | Active | REYES, ISABEL | LANGSAM LAW LLP | SEPHORA USA, INC. | EUSTACE MARQUEZ ESPSTEIN/ | 02/23/2017 | BILLINGS, LUCY | M |

[First Page]    [Next Page]    [Previous Page]    [Last Page]    Select Records Range: 26-33 ∨    [New Search]
[Edit Search]





**Civil Party Search**
Mon Feb 27 18:40:26 2017
20 records found

**User:** Garbarini
**Client:**
**Search:** Civil Party Search Name sephora Second Circuit Page: 1

| Party Name ▼ | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 1 Sephora USA Inc. (dft) | nysdce | 1:2009-cv-09866 | 440 | 12/01/2009 | 03/18/2011 |
| 2 Sephora USA, Inc. (dft) | nysdce | 1:2016-cv-05463 | 442 | 07/08/2016 | 02/07/2017 |
| 3 Sephora Capital Management, Inc. (pla) | nysdce | 1:2001-cv-02875 | 160 | 04/05/2001 | 07/13/2001 |
| 4 Sephora USA, Inc. (clm) | nysdce | 1:2012-md-02335 | 791 | 04/16/2012 | 12/16/2015 |
| 5 Sephora, Inc. (3pd) | nysdce | 1:2005-cv-03872 | 840 | 04/15/2005 | 08/13/2008 |
| 6 Sephora USA, Inc. (dft) | ctdce | 3:2016-cv-01409 | 751 | 08/18/2016 | |
| 7 Sephora USA, Inc. (dft) | nyedce | 1:2016-cv-04913 | 820 | 09/02/2016 | |
| 8 Sephora USA, LLC (dft) | nysdce | 1:2003-cv-08821 | 442 | 11/07/2003 | 08/07/2007 |
| 9 Sephora Cosmetic Co. (gar) | nyedce | 1:1999-cv-08041 | 152 | 12/08/1999 | 03/16/2000 |
| 10 Sephora USA, Inc. (dft) | nysdce | 1:2006-cv-13503 | 840 | 11/28/2006 | 12/11/2006 |
| 11 Sephora Cosmetic Co. (gar) | nyedce | 1:2000-cv-00100 | 152 | 01/04/2000 | 03/30/2000 |
| 12 Sephora USA, Inc. (dft) | nysdce | 1:2009-cv-04739 | 190 | 05/21/2009 | 05/14/2012 |
| 13 Sephora USA, Inc. (dft) | nyedce | 2:2012-cv-02401 | 360 | 05/15/2012 | 04/23/2013 |
| 14 Sephora USA, Inc. (dft) | nysdce | 1:2017-cv-00834 | 446 | 02/03/2017 | |
| 15 Sephora Shipping Ltd. (pla) | nysdce | 1:2008-cv-09371 | 120 | 10/31/2008 | 01/20/2010 |
| 16 Sephora USA, Inc. (dft) | nysdce | 1:2014-cv-09181 | 440 | 11/18/2014 | 01/09/2015 |
| 17 Sephora USA, Inc. (pla) | nysdce | 1:2006-cv-04121 | 160 | 05/31/2006 | 10/04/2006 |
| 18 Sephora USA, Inc. (dft) | nysdce | 1:2011-cv-05631 | 820 | 08/12/2011 | 12/02/2011 |
| 19 Sephora USA, Inc. (pla) | nyedce | 1:2006-md-01775 | 410 | 06/27/2006 | |
| 20 Sephora USA, LLC (dft) | nysdce | 1:2004-cv-07751 | 830 | 09/30/2004 | 10/31/2005 |

| | |
|---|---|
| | **Receipt** 02/27/2017 18:40:27 268276067 |
| **User** | Garbarini |
| **Client** | |
| **Description** | Civil Party Search |
| | Name sephora Second Circuit Page: 1 |
| **Pages** | 1 ($0.10) |