# Exhibit 7





# *WebCivil Supreme - Case Search Results*

33 Case(s) Match Your Search.   **Page 2 of 2 pages**
[First Page]  [Next Page]  [Previous Page]  [Last Page]  Select Records Range: 26-33 ∨ [New Search]
[Edit Search]

Please click the number in the first column or the index number to view case details.

| | County | Index Number | Case Status | Plaintiff | Plaintiff Firm | Defendant | Defendant Firm | Appearance Date | Justice | |
|---|---|---|---|---|---|---|---|---|---|---|
| 26 | Queens | 707467/2014 | Disposed | KALONTAROVA, VICTORIA | ROYTBLAT & KALANT, PLLC | SEPHORA USA, INC ETAL | GIBBONS P.C. | 11/25/2016 | COMPLIANCE CONF JUDGE | |
| 27 | Bronx | 800039/2014 | Disposed | DIAZ,LUIS E. | | CUMMINGS,SEPHORA | | 03/31/2014 | BARRY SALMAN | |
| 28 | Suffolk | 011411/2015 | Disposed | GONZALEZ, SEPHORA | PALERMO PALERMO & TUOHY, PC | GONZALEZ, HARRY | KARYN A. VILLAR, ESQ. | 03/17/2017 | GLENN A. MURPHY | |
| 29 | Kings | 050167/2015 | Disposed | ALEXIS,ROLEX | ROLEZ ALEXIS - Prose | CADET-ALEXIS,SEPHORAH | | 07/29/2015 | NO JUSTICE ASSIGNED | |
| 30 | New York | 652074/2015 | Active | OBSESSIVE COMPULSIVE | NORMAN KLASFELD, ESQ. | SEPHORA USA, INC. | | 04/04/2017 | RAMOS, CHARLES E. | M |
| 31 | Bronx | 004504/2016 | Disposed | JOSEPH, KASSIM | KASSIM JOSEPH - Prose | CAMERON JOSEPH, SEPHORA | SEPHORA CAMERON JOSEPH - Prose | 10/11/2016 | LORRAINE MARTINEZ ROSS SPC-REF | |
| 32 | New York | 100179/2016 | Active | AMADI, OLUCHI | OLUCHI AMADI - Prose | SEPHORA INC. | SEPHORA INC. - Prose | 08/10/2017 | KENNEY, JOAN M. | M |
| 33 | New York | 151057/2016 | Active | REYES, ISABEL | LANGSAM LAW LLP | SEPHORA USA, INC. | EUSTACE MARQUEZ ESPSTEIN/ | 02/23/2017 | BILLINGS, LUCY | M |

[First Page]  [Next Page]  [Previous Page]  [Last Page]  Select Records Range: 26-33 ∨ [New Search]
[Edit Search]

 

**Civil Party Search**
Mon Feb 27 19:07:40 2017
20 records found

**User:** Garbarini
**Client:**
**Search:** Civil Party Search Name sephora Second Circuit Page: 1

| Party Name ▼ | Court | Case | NOS | Date Filed | Date Closed |
|---|---|---|---|---|---|
| 1 Sephora USA, Inc. (pla) | nysdce | 1:2006-cv-04121 | 160 | 05/31/2006 | 10/04/2006 |
| 2 Sephora USA, Inc. (dft) | nysdce | 1:2011-cv-05631 | 820 | 08/12/2011 | 12/02/2011 |
| 3 Sephora Cosmetic Co. (gar) | nyedce | 1:1999-cv-08041 | 152 | 12/08/1999 | 03/16/2000 |
| 4 Sephora USA, Inc. (dft) | nysdce | 1:2006-cv-13503 | 840 | 11/28/2006 | 12/11/2006 |
| 5 Sephora USA, Inc. (dft) | nysdce | 1:2017-cv-00834 | 446 | 02/03/2017 | |
| 6 Sephora USA, Inc. (dft) | ctdce | 3:2016-cv-01409 | 751 | 08/18/2016 | |
| 7 Sephora USA, Inc. (dft) | nyedce | 1:2016-cv-04913 | 820 | 09/02/2016 | |
| 8 Sephora USA, LLC (dft) | nysdce | 1:2003-cv-08821 | 442 | 11/07/2003 | 08/07/2007 |
| 9 Sephora USA, Inc. (pla) | nyedce | 1:2006-md-01775 | 410 | 06/27/2006 | |
| 10 Sephora USA, LLC (dft) | nysdce | 1:2004-cv-07751 | 830 | 09/30/2004 | 10/31/2005 |
| 11 Sephora Capital Management, Inc. (pla) | nysdce | 1:2001-cv-02875 | 160 | 04/05/2001 | 07/13/2001 |
| 12 Sephora USA, Inc. (clm) | nysdce | 1:2012-md-02335 | 791 | 04/16/2012 | 12/16/2015 |
| 13 Sephora, Inc. (3pd) | nysdce | 1:2005-cv-03872 | 840 | 04/15/2005 | 08/13/2008 |
| 14 Sephora USA, Inc. (dft) | nysdce | 1:2016-cv-05463 | 442 | 07/08/2016 | 02/07/2017 |
| 15 Sephora Shipping Ltd. (pla) | nysdce | 1:2008-cv-09371 | 120 | 10/31/2008 | 01/20/2010 |
| 16 Sephora USA, Inc. (dft) | nysdce | 1:2014-cv-09181 | 440 | 11/18/2014 | 01/09/2015 |
| 17 Sephora USA, Inc. (dft) | nyedce | 2:2012-cv-02401 | 360 | 05/15/2012 | 04/23/2013 |
| 18 Sephora Cosmetic Co. (gar) | nyedce | 1:2000-cv-00100 | 152 | 01/04/2000 | 03/30/2000 |
| 19 Sephora USA, Inc. (dft) | nysdce | 1:2009-cv-04739 | 190 | 05/21/2009 | 05/14/2012 |
| 20 Sephora USA Inc. (dft) | nysdce | 1:2009-cv-09866 | 440 | 12/01/2009 | 03/18/2011 |

| | |
|---|---|
| **Receipt** 02/27/2017 19:07:41 268279684 | |
| **User** | Garbarini |
| **Client** | |
| **Description** | Civil Party Search Name sephora Second Circuit Page: 1 |
| **Pages** | 1 ($0.10) |





# *WebCivil Supreme - Case Search Results*

33 Case(s) Match Your Search.   **Page 1 of 2 pages**
[First Page]  [Next Page]  [Previous Page]  [Last Page]  Select Records Range: 1-25 ⌄  [New Search]  [Edit Search]

Please click the number in the first column or the index number to view case details.

| | County | Index Number | Case Status | Plaintiff | Plaintiff Firm | Defendant | Defendant Firm | Appearance Date | Justice | |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Queens | 022922/2001 | Disposed | ESCARPETA, SEPHORA | ZELENITZ, SHAPIRO & D'AGOSTINO | ESCARPETA, SR. HUBERT | | 07/18/2002 | FREDERICK D. R. SAMPSON | |
| 2 | New York | 103718/2001 | Disposed | JACKSON, JANECE | DESENA & KAFER | SEPHORA USA | LESTER SCHWAB KATZ & DWYER | 03/19/2003 | LEHNER, EDWARD H. | M D |
| 3 | New York | 110059/2001 | Disposed | QUILES-RIVERA, GILBERTO | CARABBA LOCKE LLP | SEPHORA USA | KAUFMAN BORGEEST & RYAN, LLP | 09/08/2003 | DE GRASSE, LELAND | M |
| 4 | New York | 602120/2001 | Disposed | SEPHORA USA, LLC. | SHARP & AARON | 44-45 BROADWAY REALTY | | 12/19/2001 | KAPNICK, BARBARA | M D |
| 5 | New York | 107875/2002 | Disposed | CORNELIUS, ELIZABETH | LAWRENCE M. KARAM, P.C. | SEPHORA USA, LLC | LESTER SCHWAB KATZ & DWYER | 10/08/2004 | TOLUB, WALTER B. | M D |
| 6 | Kings | 023439/2003 | Disposed | DABROWSKI,MARIUSZ | THE PERECMAN FIRM, P.L.L.C. | SEPHORA,USA,LLC., | MACKAY & WRYNN, ESQ. | 04/27/2006 | HURKIN-TORRES, JCP | M |
| 7 | New York | 118285/2003 | Disposed | DURESSEAU, JAMES | KAISER SAURBORN & MAIR, PC | SEPHORA USA | KAUFMAN BORGEEST & RYAN, LLP | 02/14/2005 | HEITLER, SHERRY KLEIN | |
| 8 | Bronx | 014446/2004 | Disposed | TOUSSAINT,STEPHEN | PERECMAN & FANNING, PLLC | SEPHORA,USA,LLC | GARY A. CUSANO | 10/19/2011 | SHARON A. M. AARONS | M |
| 9 | New York | 113975/2008 | Disposed | POTTER, CURTIS | CALANO & CULHANE, LLP | SEPHORA | BUCKLEY & FUDGE, PA | 01/23/2009 | LING-COHAN, DORIS | M D |
| 10 | Westchester | 701753/2008 | Disposed | MOOMEMALLE, SEPHORA | BRUCE SOKOL & ASSOCIATES | TOWN OF GREENBURGH | GREENBURGH TOWN ASSESSOR | 05/07/2009 | SMALL CLAIMS ASSESSMENT JUDGE | |
| 11 | New York | 114780/2009 | Disposed | CUENTAS, HECTOR | LARRY DORMAN, P.C. | SEPHORA | STAGG TERENZI CONFUSIONE/ | 07/30/2013 | SILVER, GEORGE J. | M D |
| 12 | New York | 402624/2010 | Disposed | COMMRS STATE INSURANCE FUND | ROBERT L. COHEN, ESQ. | SEPHORA CONSTRUCTION, INC. | SEPHORA CONSTRUCTION, INC. - Prose | 08/16/2011 | YORK, LOUIS B. | M D |
| 13 | New York | 100819/2011 | Disposed | PETERSEN, RACHEL | BRADLY G. MARKS | SEPHORA USA, INC. | BIEDERMANN HOENIG SEMPREVIVO | 11/29/2012 | YORK, LOUIS B. | |
| 14 | New York | 112312/2011 | Disposed | SEPHORA USA | BIEDERMANN HOENIG SEMPREVIVO | RECTENWALD BROTHERS | BONNER KIERNAN TREBACH/ | 08/13/2013 | SILVER, GEORGE J. | M D |
| 15 | New York | 652246/2011 | Disposed | 597 SCRIBNER LLC | MATALON SHWEKY ELMAN PLLC | SEPHORA USA, INC. | | 01/11/2012 | SHERWOOD, O. PETER | M D |
| 16 | Queens | 000720/2012 | Disposed | KHUNKHUN, RAVISHARON | PEARLMAN, APAT & FUTTERMAN | SEPHORA USA, INC ETAL | GIBBONS P.C. | 09/29/2014 | TRIAL SCHEDULING JUDGE | |
| 17 | Westchester | 001586/2012 | Disposed | MOONEMALLE, MATTHEW | SEPHORA MOONEMALLE - Prose | MOONEMALLE, SEPHORA | MATTHEW MOONEMALLE - Prose | 06/15/2012 | CHARLES D. WOOD | M |
| 18 | New York | 150737/2012 | Disposed | SEPHORA USA | MORRISON COHEN LLP | A&A PROPERTIES | LAWRENCE M. SEGAN | 01/10/2013 | KORNREICH, SHIRLEY WERNER | |
| | Queens | 012264/2013 | Disposed | REYES; RICK | | | | 12/19/2014 | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 19 | | | | | TOR EKELAND, PC | SEPHORA USA, INC | SEPHORA USA, INC - Prose | | DUANE A. HART | M<br><br>D |
| 20 | Suffolk | 014377/2013 | Disposed | SHEIKH, FAUZIA | SIBEN & SIBEN, ESQS. | SEPHORA USA INC. | BIEDERMANN HOENIG SEMPREVIVO | 04/30/2015 | ARTHUR G. PITTS | |
| 21 | New York | 651692/2013 | Disposed | THROWER, ZAIRE | MICHAEL G O'NEILL, ESQ | SEPHORA USA, INC. | ORRICK HERRINGTON & SUTCLIFFE | 06/22/2016 | SCHECTER, JENNIFER G. | M |
| 22 | Dutchess | 005055/2014 | Disposed | BATE, MARIA SEPHORA | FREDERICK P. KORKOSZ, ESQ. | BATE, REYNALDO A. | PRO SE | 12/22/2014 | HON. STEPHEN L. GRELLER | |
| 23 | Westchester | 051454/2014 | Active | EVERBANK | DAVID A. GALLO, ESQ. | MOONEMALLE, SEPHORA | SEPHORA MOONEMALLE - Prose | 04/28/2017 | ALAN D. SCHEINKMAN (FC) | |
| 24 | New York | 162876/2014 | Disposed | SMITH, ALTHEA | CHRISTINA T. HALL & ASSOCIATES | SEPHORA USA, INC. | BIEDERMANN HOENIG SEMPREVIVO | 02/11/2016 | KENNEY, JOAN M. | |
| 25 | Kings | 501805/2014 | Active | TAYLOR, ERIC | ASHER & ASSOCIATES, P.C. | SEPHORA USA, INC. | LEWIS JOHS AVALLONE AVILES | 06/30/2017 | BERNARD J. GRAHAM, PT 36 | M |

[First Page]  [Next Page]  [Previous Page]  [Last Page]   Select Records Range:  1-25  ∨   [New Search]   [Edit Search]

# Exhibit 8

**Print**  |  **Close Window**

**Subject:** **Yesh adv. Sephora**
  **From:** **"Richard Garbarini" <rgarbarini@garbarinilaw.com>**
  **Date:** **Fri, Sep 23, 2016 10:01 am**
    **To:** **adammalka@gmail.com**

---

Mr. Malka:

I represent Yesh Musc. LLC/The American Dollar.  I was informed that you represented you gave a license to Sephora in 2015.  Please send a copy of that license.  Also, why was my client not paid for a license from 2015?


**Richard Garbarini**
GARBARINI FITZGERALD P.C.
250 Park Avenue
7th Floor
New York, New York 10177
Office : 212.300.5358
Fax : 212.731.0278
www.garbarinilaw.com
*certa bonum certamen*

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the GARBARINI FITZGERALD immediately by telephone at 212.300.5358 and delete this message from your system.

---

Copyright © 2003-2017. All rights reserved.

# Exhibit 9

**Print**  |  **Close Window**

**Subject:** **Yeah v Sephora**
**From:** **Richard Garbarini <rgarbarini@garbarinilaw.com>**
**Date:** **Mon, Sep 26, 2016 3:39 pm**
**To:** **adammalka@gmail.com**

Adam:

John Emanuele said you contacted him and told him your company issued a license to Sephora. Please send a copy of the license to me. Also, why was Yesh never paid, notified, or aware of a 2015 license?

Thanks,

Richard Garbarini
Garbarini FitzGerald P.C.

Copyright © 2003-2017. All rights reserved.

# Exhibit 10

**Print**  |  **Close Window**

---

**Subject:**  RE: Yesh Music v Sephora USA
**From:**  "Richard Garbarini" <rgarbarini@garbarinilaw.com>
**Date:**  Mon, Sep 26, 2016 3:25 pm
**To:**  "Feuchtbaum, Louis P." <lfeuchtbaum@sideman.com>
**Attach:**  image001.png

---

Louis:

We have no license, my client never signed one, in fact my client has never seen one.  We filed only after writing to your client and requesting they produce a license -- which they did not.   If you think that warrants sanctions, move away, I will be delighted to respond and cross-move for the time it takes to respond to such frivolous nonsense.

I suspect there is no license, and Music Bed was trying to cover up that fact.

All I asked for was a license, yet no one has yet to produce one.  The second a valid license is produced, the case will be withdrawn.


**Richard Garbarini**
GARBARINI FITZGERALD P.C.
250 Park Avenue
7th Floor
New York, New York 10177
Office : 212.300.5358
Fax : 212.731.0278
www.garbarinilaw.com
*certa bonum certamen*

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the GARBARINI FITZGERALD immediately by telephone at 212.300.5358 and delete this message from your system.


-------- Original Message --------
Subject: RE: Yesh Music v Sephora USA
From: "Feuchtbaum, Louis P." <lfeuchtbaum@sideman.com>
Date: Mon, September 26, 2016 12:49 pm
To: Richard Garbarini <rgarbarini@garbarinilaw.com>

I assume that you will get that from your client, and promptly dismiss.  We do not presently plan to seek Rule 11 sanctions and attorneys' fees, unless forced to spend additional time on this matter.

---

**From:** Richard Garbarini [mailto:rgarbarini@garbarinilaw.com]
**Sent:** Sunday, September 25, 2016 7:51 AM
**To:** Feuchtbaum, Louis P.
**Subject:** RE: Yesh Music v Sephora USA

Of course, I just need a copy of the license.

**Richard Garbarini**
GARBARINI FITZGERALD P.C.
250 Park Avenue
7th Floor
New York, New York 10177
Office : 212.300.5358
Fax : 212.731.0278
www.garbarinilaw.com
*certa bonum certamen*

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the GARBARINI FITZGERALD immediately by telephone at 212.300.5358 and delete this message from your system.

-------- Original Message --------
Subject: RE: Yesh Music v Sephora USA
From: "Feuchtbaum, Louis P." <lfeuchtbaum@sideman.com>
Date: Fri, September 23, 2016 1:45 pm
To: Richard Garbarini <rgarbarini@garbarinilaw.com>

#wmQuoteWrapper /* Font Definitions */ @font-face {font-family:Calibri; panose-1:2 15 5 2 2 2 4 3 2 4;} #wmQuoteWrapper @font-face {font-family:Tahoma; panose-1:2 11 6 4 3 5 4 4 2 4;} #wmQuoteWrapper @font-face {font-family:Verdana; panose-1:2 11 6 4 3 5 4 4 2 4;} #wmQuoteWrapper /* Style Definitions */ p.MsoNormal, #wmQuoteWrapper li.MsoNormal, #wmQuoteWrapper div.MsoNormal {margin:0in; margin-bottom:.0001pt; font-size:12.0pt; font-family:"Times New Roman","serif";} #wmQuoteWrapper p.94a714b4-ec95-4e94-a368-78f0ff43bdbf, #wmQuoteWrapper li.94a714b4-ec95-4e94-a368-78f0ff43bdbf, #wmQuoteWrapper div.94a714b4-ec95-4e94-a368-78f0ff43bdbf {mso-style-name:94a714b4-ec95-4e94-a368-78f0ff43bdbf; mso-margin-top-alt:auto; margin-right:0in; mso-margin-bottom-alt:auto; margin-left:0in; font-size:12.0pt; font-family:"Times New Roman","serif";}

#wmQuoteWrapper p.94a714b4-ec95-4e94-a368-78f0ff43bdbf1,
#wmQuoteWrapper li.94a714b4-ec95-4e94-a368-78f0ff43bdbf1,
#wmQuoteWrapper div.94a714b4-ec95-4e94-a368-78f0ff43bdbf1 {mso-
style-name:94a714b4-ec95-4e94-a368-78f0ff43bdbf1; margin:0in; margin-
bottom:.0001pt; font-size:12.0pt; font-family:"Times New Roman","serif";}
#wmQuoteWrapper p.msochpdefault, #wmQuoteWrapper li.msochpdefault,
#wmQuoteWrapper div.msochpdefault {mso-style-name:msochpdefault;
mso-margin-top-alt:auto; margin-right:0in; mso-margin-bottom-alt:auto;
margin-left:0in; font-size:12.0pt; font-family:"Times New Roman","serif";}
#wmQuoteWrapper span.emailstyle17 {mso-style-name:emailstyle17;}
#wmQuoteWrapper p.94a714b4-ec95-4e94-a368-78f0ff43bdbf2,
#wmQuoteWrapper li.94a714b4-ec95-4e94-a368-78f0ff43bdbf2,
#wmQuoteWrapper div.94a714b4-ec95-4e94-a368-78f0ff43bdbf2 {mso-
style-name:94a714b4-ec95-4e94-a368-78f0ff43bdbf2; margin:0in; margin-
bottom:.0001pt; font-size:12.0pt; font-family:"Times New Roman","serif";}
#wmQuoteWrapper span.EmailStyle24 {mso-style-type:personal; font-
family:"Calibri","sans-serif"; color:#1F497D;} #wmQuoteWrapper
span.EmailStyle25 {mso-style-type:personal-reply; font-
family:"Calibri","sans-serif"; color:#1F497D;}
#wmQuoteWrapper .MsoChpDefault {mso-style-type:export-only; font-
size:10.0pt;} #wmQuoteWrapper @page WordSection1 {size:8.5in 11.0in;
margin:1.0in 1.0in 1.0in 1.0in;} #wmQuoteWrapper div.WordSection1
{page:WordSection1;}

Mr. Gabarini,

I acknowledge your voicemail, indicating that you will be filing a Rule 41 request for
dismissal of this action due to my client having had a license for use of the copyrighted
material.  I would appreciate your sending me a copy of the request for dismissal, after
it has been filed.

---

**From:** Richard Garbarini [mailto:rgarbarini@garbarinilaw.com]
**Sent:** Thursday, September 22, 2016 10:54 AM
**To:** Feuchtbaum, Louis P.
**Subject:** RE: Yesh Music v Sephora USA

Mr. Feldman:

30 days is excessive.  As a courtesy, I will agree to 14.


**Richard Garbarini**
GARBARINI FITZGERALD P.C.
250 Park Avenue
7th Floor
New York, New York 10177
Office : 212.300.5358
Fax : 212.731.0278
www.garbarinilaw.com
*certa bonum certamen*

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS

INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the GARBARINI FITZGERALD immediately by telephone at 212.300.5358 and delete this message from your system.

-------- Original Message --------
Subject: Yesh Music v Sephora USA
From: "Feuchtbaum, Louis P." <lfeuchtbaum@sideman.com>
Date: Thu, September 22, 2016 1:19 pm
To: "rgarbarini@garbarinilaw.com" <rgarbarini@garbarinilaw.com>
Cc: "Alinder, Zachary J." <zalinder@sideman.com>

Hello Rich,

My firm will be representing Sephora USA in the lawsuit that was recently filed against it.  I am writing to request a 30-day extension to respond to the complaint.

I have attempted to contact you by telephone, but have been unsuccessful. I have also been unable to contact anyone else listed on your firm's website.

I appreciate your courtesy and consideration in doing this.  Please do not hesitate to contact me at any time if there is anything you would like to discuss.

-Lou



**Louis P. Feuchtbaum**
Partner

**Sideman & Bancroft LLP**
One Embarcadero Center
Twenty-Second Floor
San Francisco, CA 94111
Main:415.392.1960
Fax:  415.392.0827
lfeuchtbaum@sideman.com
Visit us at www.sideman.com
Please consider the environment before you print this email.

**************************************************************************
CONFIDENTIALITY
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail [or at (415) 392-1960] and delete all copies of this message. It is the recipient's responsibility to scan this e-mail and any attachments for viruses.

Copyright © 2003-2017. All rights reserved.

# Exhibit 11

**Print**  |  **Close Window**

**Subject:** **Re: Yeah v Sephora**
**From:** **Adam Malka <adam@signaturetracks.com>**
**Date:** **Tue, Sep 27, 2016 2:51 pm**
**To:** **Richard Garbarini <rgarbarini@garbarinilaw.com>**
**Cc:** **zerobedroomapartment@yahoo.com**
**Attach:** **ST.jpg**

Hi Richard - I spoke with John last week regarding the oversight he said he would invoice us to resolve this issue. I have some good news - it looks like the sync fee was $1200 so please have John invoice us $720 which is 60% of the sync. Also we have a long standing relationship with the client Yoni Sandler who edited the video we didn't send him a formal license it was a verbal deal we sent him an invoice which served as the license. Thanks!

Adam Malka/Co-Founder
SignatureTracks
Direct: 310.584.1722
Cell: 310.613.7080

www.SignatureTracks.com



On Sep 26, 2016, at 12:39 PM, Richard Garbarini <rgarbarini@garbarinilaw.com> wrote:

Adam:

John Emanuele said you contacted him and told him your company issued a license to Sephora.  Please send a copy of the license to me.  Also, why was Yesh never paid, notified, or aware of a 2015 license?

Thanks,

Richard Garbarini
Garbarini FitzGerald P.C.

Copyright © 2003-2017. All rights reserved.