# Exhibit 12

**Print** | **Close Window**

**Subject:** RE: Yesh Music v Sephora USA
**From:** "Feuchtbaum, Louis P." <lfeuchtbaum@sideman.com>
**Date:** Tue, Sep 27, 2016 5:58 pm
**To:** Richard Garbarini <rgarbarini@garbarinilaw.com>
**Attach:** image001.png

Mr. Garbarini,

I have spoken with Signature Tracks, which has informed me that it has communicated directly with you and with your client, certifying that Sephora did purchase a license for the work at issue. I understand from my conversation with Signature Tracks that your client also agrees that Sephora's tendering the licensing fees to Signature Tracks granted it the right to use the work. You confirmed these facts in a voicemail that you left for me on September 22nd.

I believe a party risks violating Rule 11 when proceeding with a lawsuit, when there are no reasonable grounds to believe that a conflict exists. Further, I do not believe it is appropriate to require a defendant to expend the time and resources necessary to find documents proving that a lawsuit is without merit when the plaintiff has no good faith basis for proceeding with an action.

If you have a suspicion that this lawsuit may have merit, notwithstanding earlier communications to the contrary, the appropriate way to proceed would be to file a request for dismissal without prejudice, and then re-file a lawsuit, should you ever establish a good faith basis for it.

Based upon our earlier correspondence, you agreed to allow a 14 day extension for Sephora to file a response to your complaint. I have calendared October 11th as the date that our response is now due. We will take all appropriate action against you and your client for frivolous prosecution, should we be forced to prepare a response. I will refrain from incurring fees associated with drafting that response until October 3rd.

---

**From:** Richard Garbarini [mailto:rgarbarini@garbarinilaw.com]
**Sent:** Tuesday, September 27, 2016 9:02 AM
**To:** Feuchtbaum, Louis P.
**Subject:** RE: Yesh Music v Sephora USA

I contacted Signature Tracks, yet have received no actual license. I contacted you, yet no license has been produced. My client was never paid for a license, nor was he given notice of one. When your client received a request for a license, it refused to produce one.
What conclusion can be reached other than the fact there is no license. Simply send the license, if there is one, and the matter is resolved.

**Richard Garbarini**
GARBARINI FITZGERALD P.C.
250 Park Avenue
7th Floor
New York, New York 10177
Office : 212.300.5358
Fax : 212.731.0278
www.garbarinilaw.com

*certa bonum certamen*

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the GARBARINI FITZGERALD immediately by telephone at 212.300.5358 and delete this message from your system.

-------- Original Message --------
Subject: RE: Yesh Music v Sephora USA
From: "Feuchtbaum, Louis P." <lfeuchtbaum@sideman.com>
Date: Mon, September 26, 2016 6:11 pm
To: Richard Garbarini <rgarbarini@garbarinilaw.com>

Richard,

Based upon the voicemail that you sent me, I understand that your client indicated that there were no grounds to proceed with the lawsuit.  In that voicemail, you indicated that you would be filing a request for dismissal last Friday morning.  Your voicemail is consistent with my own understanding of the facts, based upon our discussions with Signature Tracks.

Today, your email reflects a different position.  You now seem to believe that you have valid grounds to proceed with this lawsuit, even though your client has informed you that there are none.

I trust you will proceed as required under the rules.

**From:** Richard Garbarini [mailto:rgarbarini@garbarinilaw.com]
**Sent:** Monday, September 26, 2016 12:26 PM
**To:** Feuchtbaum, Louis P.
**Subject:** RE: Yesh Music v Sephora USA

Louis:

We have no license, my client never signed one, in fact my client has never seen one.  We filed only after writing to your client and requesting they produce a license -- which they did not.   If you think that warrants sanctions, move away, I will be delighted to respond and cross-move for the time it takes to respond to such frivolous nonsense.

I suspect there is no license, and Music Bed was trying to cover up that fact.

All I asked for was a license, yet no one has yet to produce one.  The second a valid license is produced, the case will be withdrawn.

**Richard Garbarini**
GARBARINI FITZGERALD P.C.
250 Park Avenue
7th Floor
New York, New York 10177
Office : 212.300.5358
Fax : 212.731.0278
www.garbarinilaw.com
*certa bonum certamen*

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the GARBARINI FITZGERALD immediately by telephone at 212.300.5358 and delete this message from your system.

-------- Original Message --------
Subject: RE: Yesh Music v Sephora USA
From: "Feuchtbaum, Louis P." <lfeuchtbaum@sideman.com>
Date: Mon, September 26, 2016 12:49 pm
To: Richard Garbarini <rgarbarini@garbarinilaw.com>

I assume that you will get that from your client, and promptly dismiss.  We do not presently plan to seek Rule 11 sanctions and attorneys' fees, unless forced to spend additional time on this matter.

**From:** Richard Garbarini [mailto:rgarbarini@garbarinilaw.com]
**Sent:** Sunday, September 25, 2016 7:51 AM
**To:** Feuchtbaum, Louis P.
**Subject:** RE: Yesh Music v Sephora USA

Of course, I just need a copy of the license.

**Richard Garbarini**
GARBARINI FITZGERALD P.C.
250 Park Avenue
7th Floor
New York, New York 10177
Office : 212.300.5358
Fax : 212.731.0278
www.garbarinilaw.com
*certa bonum certamen*

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the GARBARINI FITZGERALD immediately by telephone at 212.300.5358 and delete this message from your system.

-------- Original Message --------
Subject: RE: Yesh Music v Sephora USA
From: "Feuchtbaum, Louis P." <lfeuchtbaum@sideman.com>
Date: Fri, September 23, 2016 1:45 pm
To: Richard Garbarini <rgarbarini@garbarinilaw.com>

#wmQuoteWrapper /* Font Definitions */ @font-face {font-family:Calibri; panose-1:2 15 5 2 2 2 4 3 2 4;} #wmQuoteWrapper @font-face {font-family:Tahoma; panose-1:2 11 6 4 3 5 4 4 2 4;} #wmQuoteWrapper @font-face {font-family:Verdana; panose-1:2 11 6 4 3 5 4 4 2 4;} #wmQuoteWrapper /* Style Definitions */ p.MsoNormal, #wmQuoteWrapper li.MsoNormal, #wmQuoteWrapper div.MsoNormal {margin:0in; margin-bottom:.0001pt; font-size:12.0pt; font-family:"Times New Roman","serif";} #wmQuoteWrapper p.94a714b4-ec95-4e94-a368-78f0ff43bdbf, #wmQuoteWrapper li.94a714b4-ec95-4e94-a368-78f0ff43bdbf, #wmQuoteWrapper div.94a714b4-ec95-4e94-a368-78f0ff43bdbf {mso-style-name:94a714b4-ec95-4e94-a368-78f0ff43bdbf; mso-margin-top-alt:auto; margin-right:0in; mso-margin-bottom-alt:auto; margin-left:0in; font-size:12.0pt; font-family:"Times New Roman","serif";} #wmQuoteWrapper p.94a714b4-ec95-4e94-a368-78f0ff43bdbf1, #wmQuoteWrapper li.94a714b4-ec95-4e94-a368-78f0ff43bdbf1, #wmQuoteWrapper div.94a714b4-ec95-4e94-a368-78f0ff43bdbf1 {mso-style-name:94a714b4-ec95-4e94-a368-78f0ff43bdbf1; margin:0in; margin-bottom:.0001pt; font-size:12.0pt; font-family:"Times New Roman","serif";}

#wmQuoteWrapper p.msochpdefault, #wmQuoteWrapper li.msochpdefault, #wmQuoteWrapper div.msochpdefault {mso-style-name:msochpdefault; mso-margin-top-alt:auto; margin-right:0in; mso-margin-bottom-alt:auto; margin-left:0in; font-size:12.0pt; font-family:"Times New Roman","serif";} #wmQuoteWrapper span.emailstyle17 {mso-style-name:emailstyle17;} #wmQuoteWrapper p.94a714b4-ec95-4e94-a368-78f0ff43bdbf2, #wmQuoteWrapper li.94a714b4-ec95-4e94-a368-78f0ff43bdbf2, #wmQuoteWrapper div.94a714b4-ec95-4e94-a368-78f0ff43bdbf2 {mso-style-name:94a714b4-ec95-4e94-a368-78f0ff43bdbf2; margin:0in; margin-bottom:.0001pt; font-size:12.0pt; font-family:"Times New Roman","serif";} #wmQuoteWrapper span.EmailStyle24 {mso-style-type:personal; font-family:"Calibri","sans-serif"; color:#1F497D;} #wmQuoteWrapper span.EmailStyle25 {mso-style-type:personal-reply; font-family:"Calibri","sans-serif"; color:#1F497D;} #wmQuoteWrapper .MsoChpDefault {mso-style-type:export-only; font-size:10.0pt;} #wmQuoteWrapper @page WordSection1 {size:8.5in 11.0in; margin:1.0in 1.0in 1.0in 1.0in;} #wmQuoteWrapper div.WordSection1 {page:WordSection1;}

Mr. Gabarini,

I acknowledge your voicemail, indicating that you will be filing a Rule 41 request for dismissal of this action due to my client having had a license for use of the copyrighted material.  I would appreciate your sending me a copy of the request for dismissal, after it has been filed.

---

**From:** Richard Garbarini [mailto:rgarbarini@garbarinilaw.com]
**Sent:** Thursday, September 22, 2016 10:54 AM
**To:** Feuchtbaum, Louis P.
**Subject:** RE: Yesh Music v Sephora USA

Mr. Feldman:

30 days is excessive.  As a courtesy, I will agree to 14.

**Richard Garbarini**
GARBARINI FITZGERALD P.C.
250 Park Avenue
7th Floor
New York, New York 10177
Office : 212.300.5358
Fax : 212.731.0278
www.garbarinilaw.com
*certa bonum certamen*

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED,

CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the GARBARINI FITZGERALD immediately by telephone at 212.300.5358 and delete this message from your system.

-------- Original Message --------
Subject: Yesh Music v Sephora USA
From: "Feuchtbaum, Louis P." <lfeuchtbaum@sideman.com>
Date: Thu, September 22, 2016 1:19 pm
To: "rgarbarini@garbarinilaw.com" <rgarbarini@garbarinilaw.com>
Cc: "Alinder, Zachary J." <zalinder@sideman.com>

Hello Rich,

My firm will be representing Sephora USA in the lawsuit that was recently filed against it.  I am writing to request a 30-day extension to respond to the complaint.

I have attempted to contact you by telephone, but have been unsuccessful. I have also been unable to contact anyone else listed on your firm's website.

I appreciate your courtesy and consideration in doing this.  Please do not hesitate to contact me at any time if there is anything you would like to discuss.

-Lou


**Louis P. Feuchtbaum**
Partner

**Sideman & Bancroft LLP**
One Embarcadero Center
Twenty-Second Floor
San Francisco, CA 94111
Main:415.392.1960



Fax:  415.392.0827
lfeuchtbaum@sideman.com
Visit us at www.sideman.com

Please consider the environment before you print this email.
************************************************************************

CONFIDENTIALITY
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail [or at (415) 392-1960] and delete all copies of this message. It is the recipient's responsibility to scan this e-mail and any attachments for viruses.

Copyright © 2003-2017. All rights reserved.

**Print**  |  **Close Window**

**Subject:**  RE: Yesh Music v Sephora USA
  **From:**  "Feuchtbaum, Louis P." <lfeuchtbaum@sideman.com>
  **Date:**  Tue, Sep 27, 2016 5:58 pm
    **To:**  Richard Garbarini <rgarbarini@garbarinilaw.com>
 **Attach:**  image001.png

Mr. Garbarini,

I have spoken with Signature Tracks, which has informed me that it has communicated directly with you and with your client, certifying that Sephora did purchase a license for the work at issue.  I understand from my conversation with Signature Tracks that your client also agrees that Sephora's tendering the licensing fees to Signature Tracks granted it the right to use the work.  You confirmed these facts in a voicemail that you left for me on September 22nd.

I believe a party risks violating Rule 11 when proceeding with a lawsuit, when there are no reasonable grounds to believe that a conflict exists.  Further, I do not believe it is appropriate to require a defendant to expend the time and resources necessary to find documents proving that a lawsuit is without merit when the plaintiff has no good faith basis for proceeding with an action.

If you have a suspicion that this lawsuit may have merit, notwithstanding earlier communications to the contrary, the appropriate way to proceed would be to file a request for dismissal without prejudice, and then re-file a lawsuit, should you ever establish a good faith basis for it.

Based upon our earlier correspondence, you agreed to allow a 14 day extension for Sephora to file a response to your complaint.  I have calendared October 11th as the date that our response is now due.  We will take all appropriate action against you and your client for frivolous prosecution, should we be forced to prepare a response.   I will refrain from incurring fees associated with drafting that response until October 3rd.

---

**From:** Richard Garbarini [mailto:rgarbarini@garbarinilaw.com]
**Sent:** Tuesday, September 27, 2016 9:02 AM
**To:** Feuchtbaum, Louis P.
**Subject:** RE: Yesh Music v Sephora USA

I contacted Signature Tracks, yet have received no actual license.  I contacted you, yet no license has been produced.  My client was never paid for a license, nor was he given notice of one.  When your client received a request for a license, it refused to produce one.
What conclusion can be reached other than the fact there is no license.  Simply send the license, if there is one, and the matter is resolved.

**Richard Garbarini**
GARBARINI FITZGERALD P.C.
250 Park Avenue
7th Floor
New York, New York 10177
Office : 212.300.5358
Fax : 212.731.0278
www.garbarinilaw.com

*certa bonum certamen*

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the GARBARINI FITZGERALD immediately by telephone at 212.300.5358 and delete this message from your system.

-------- Original Message --------
Subject: RE: Yesh Music v Sephora USA
From: "Feuchtbaum, Louis P." <lfeuchtbaum@sideman.com>
Date: Mon, September 26, 2016 6:11 pm
To: Richard Garbarini <rgarbarini@garbarinilaw.com>

Richard,

Based upon the voicemail that you sent me, I understand that your client indicated that there were no grounds to proceed with the lawsuit.  In that voicemail, you indicated that you would be filing a request for dismissal last Friday morning.  Your voicemail is consistent with my own understanding of the facts, based upon our discussions with Signature Tracks.

Today, your email reflects a different position.  You now seem to believe that you have valid grounds to proceed with this lawsuit, even though your client has informed you that there are none.

I trust you will proceed as required under the rules.

**From:** Richard Garbarini [mailto:rgarbarini@garbarinilaw.com]
**Sent:** Monday, September 26, 2016 12:26 PM
**To:** Feuchtbaum, Louis P.
**Subject:** RE: Yesh Music v Sephora USA

Louis:

We have no license, my client never signed one, in fact my client has never seen one.  We filed only after writing to your client and requesting they produce a license -- which they did not.   If you think that warrants sanctions, move away, I will be delighted to respond and cross-move for the time it takes to respond to such frivolous nonsense.

I suspect there is no license, and Music Bed was trying to cover up that fact.

All I asked for was a license, yet no one has yet to produce one.  The second a valid license is produced, the case will be withdrawn.

**Richard Garbarini**
GARBARINI FITZGERALD P.C.
250 Park Avenue
7th Floor
New York, New York 10177
Office : 212.300.5358
Fax : 212.731.0278
www.garbarinilaw.com
*certa bonum certamen*

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the GARBARINI FITZGERALD immediately by telephone at 212.300.5358 and delete this message from your system.

-------- Original Message --------
Subject: RE: Yesh Music v Sephora USA
From: "Feuchtbaum, Louis P." <lfeuchtbaum@sideman.com>
Date: Mon, September 26, 2016 12:49 pm
To: Richard Garbarini <rgarbarini@garbarinilaw.com>

I assume that you will get that from your client, and promptly dismiss.  We do not presently plan to seek Rule 11 sanctions and attorneys' fees, unless forced to spend additional time on this matter.

**From:** Richard Garbarini [mailto:rgarbarini@garbarinilaw.com]
**Sent:** Sunday, September 25, 2016 7:51 AM
**To:** Feuchtbaum, Louis P.
**Subject:** RE: Yesh Music v Sephora USA

Of course, I just need a copy of the license.

**Richard Garbarini**
GARBARINI FITZGERALD P.C.
250 Park Avenue
7th Floor
New York, New York 10177
Office : 212.300.5358
Fax : 212.731.0278
www.garbarinilaw.com
*certa bonum certamen*

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the GARBARINI FITZGERALD immediately by telephone at 212.300.5358 and delete this message from your system.

-------- Original Message --------
Subject: RE: Yesh Music v Sephora USA
From: "Feuchtbaum, Louis P." <lfeuchtbaum@sideman.com>
Date: Fri, September 23, 2016 1:45 pm
To: Richard Garbarini <rgarbarini@garbarinilaw.com>

#wmQuoteWrapper /* Font Definitions */ @font-face {font-family:Calibri; panose-1:2 15 5 2 2 2 4 3 2 4;} #wmQuoteWrapper @font-face {font-family:Tahoma; panose-1:2 11 6 4 3 5 4 4 2 4;} #wmQuoteWrapper @font-face {font-family:Verdana; panose-1:2 11 6 4 3 5 4 4 2 4;} #wmQuoteWrapper /* Style Definitions */ p.MsoNormal, #wmQuoteWrapper li.MsoNormal, #wmQuoteWrapper div.MsoNormal {margin:0in; margin-bottom:.0001pt; font-size:12.0pt; font-family:"Times New Roman","serif";} #wmQuoteWrapper p.94a714b4-ec95-4e94-a368-78f0ff43bdbf, #wmQuoteWrapper li.94a714b4-ec95-4e94-a368-78f0ff43bdbf, #wmQuoteWrapper div.94a714b4-ec95-4e94-a368-78f0ff43bdbf {mso-style-name:94a714b4-ec95-4e94-a368-78f0ff43bdbf; mso-margin-top-alt:auto; margin-right:0in; mso-margin-bottom-alt:auto; margin-left:0in; font-size:12.0pt; font-family:"Times New Roman","serif";} #wmQuoteWrapper p.94a714b4-ec95-4e94-a368-78f0ff43bdbf1, #wmQuoteWrapper li.94a714b4-ec95-4e94-a368-78f0ff43bdbf1, #wmQuoteWrapper div.94a714b4-ec95-4e94-a368-78f0ff43bdbf1 {mso-style-name:94a714b4-ec95-4e94-a368-78f0ff43bdbf1; margin:0in; margin-bottom:.0001pt; font-size:12.0pt; font-family:"Times New Roman","serif";}

#wmQuoteWrapper p.msochpdefault, #wmQuoteWrapper li.msochpdefault, #wmQuoteWrapper div.msochpdefault {mso-style-name:msochpdefault; mso-margin-top-alt:auto; margin-right:0in; mso-margin-bottom-alt:auto; margin-left:0in; font-size:12.0pt; font-family:"Times New Roman","serif";} #wmQuoteWrapper span.emailstyle17 {mso-style-name:emailstyle17;} #wmQuoteWrapper p.94a714b4-ec95-4e94-a368-78f0ff43bdbf2, #wmQuoteWrapper li.94a714b4-ec95-4e94-a368-78f0ff43bdbf2, #wmQuoteWrapper div.94a714b4-ec95-4e94-a368-78f0ff43bdbf2 {mso-style-name:94a714b4-ec95-4e94-a368-78f0ff43bdbf2; margin:0in; margin-bottom:.0001pt; font-size:12.0pt; font-family:"Times New Roman","serif";} #wmQuoteWrapper span.EmailStyle24 {mso-style-type:personal; font-family:"Calibri","sans-serif"; color:#1F497D;} #wmQuoteWrapper span.EmailStyle25 {mso-style-type:personal-reply; font-family:"Calibri","sans-serif"; color:#1F497D;} #wmQuoteWrapper .MsoChpDefault {mso-style-type:export-only; font-size:10.0pt;} #wmQuoteWrapper @page WordSection1 {size:8.5in 11.0in; margin:1.0in 1.0in 1.0in 1.0in;} #wmQuoteWrapper div.WordSection1 {page:WordSection1;}

Mr. Gabarini,

I acknowledge your voicemail, indicating that you will be filing a Rule 41 request for dismissal of this action due to my client having had a license for use of the copyrighted material. I would appreciate your sending me a copy of the request for dismissal, after it has been filed.

---

**From:** Richard Garbarini [mailto:rgarbarini@garbarinilaw.com]
**Sent:** Thursday, September 22, 2016 10:54 AM
**To:** Feuchtbaum, Louis P.
**Subject:** RE: Yesh Music v Sephora USA

Mr. Feldman:

30 days is excessive. As a courtesy, I will agree to 14.

**Richard Garbarini**
GARBARINI FITZGERALD P.C.
250 Park Avenue
7th Floor
New York, New York 10177
Office : 212.300.5358
Fax : 212.731.0278
www.garbarinilaw.com
*certa bonum certamen*

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED,

CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the GARBARINI FITZGERALD immediately by telephone at 212.300.5358 and delete this message from your system.

-------- Original Message --------
Subject: Yesh Music v Sephora USA
From: "Feuchtbaum, Louis P."
<lfeuchtbaum@sideman.com>
Date: Thu, September 22, 2016 1:19 pm
To: "rgarbarini@garbarinilaw.com"
<rgarbarini@garbarinilaw.com>
Cc: "Alinder, Zachary J." <zalinder@sideman.com>

Hello Rich,

My firm will be representing Sephora USA in the lawsuit that was recently filed against it.  I am writing to request a 30-day extension to respond to the complaint.

I have attempted to contact you by telephone, but have been unsuccessful. I have also been unable to contact anyone else listed on your firm's website.

I appreciate your courtesy and consideration in doing this.  Please do not hesitate to contact me at any time if there is anything you would like to discuss.

-Lou

**Louis P. Feuchtbaum**
Partner

**Sideman & Bancroft LLP**
One Embarcadero Center
Twenty-Second Floor
San Francisco, CA 94111
Main:415.392.1960

Fax: 415.392.0827
lfeuchtbaum@sideman.com
Visit us at www.sideman.com



Please consider the environment before you print this email.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIALITY
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail [or at (415) 392-1960] and delete all copies of this message. It is the recipient's responsibility to scan this e-mail and any attachments for viruses.

Copyright © 2003-2017. All rights reserved.

**Print**  |  **Close Window**

**Subject:** RE: Yesh Music v Sephora USA
**From:** "Feuchtbaum, Louis P." <lfeuchtbaum@sideman.com>
**Date:** Thu, Sep 29, 2016 10:25 pm
**To:** Richard Garbarini <rgarbarini@garbarinilaw.com>

Richard,

It is my understanding that Yoni Sandler is an independent editor who made the videos for Sephora.  I will try to get confirmation of that on condition that you dismiss the action against Sephora.  You are certainly free to proceed against anyone else who has harmed your client.

I need to stress the importance of your filing a request for dismissal before Monday, when I will have to begin drafting a reply to the complaint.  After that time, I expect that Sephora will direct me to seek fees and potential sanctions for the improper prosecution of this matter.

**From:** Richard Garbarini [mailto:rgarbarini@garbarinilaw.com]
**Sent:** Thursday, September 29, 2016 5:01 PM
**To:** Feuchtbaum, Louis P.
**Subject:** Re: Yesh Music v Sephora USA

SUBJECT TO FRE 408

Louis:

I will make a deal with you.  Tell me who Sephora hired to make each video, and I will let Sephora out.  The reasoning behind this is I don't believe the invoice and check are authentic.  Yoni Sandler was a cameraman, why would he issue a check in his own name?  The check itself has lots of problems.  The invoice, as you can see, is very suspect.  Moreover, my client never received any payment or notice, even after I requested it on September 23, 2016.

But we will investigate and bring a case, if necessary, against the producers and other culpable parties.  I will dismiss the current matter and focus on those parties.

Also, we would need a copy of the back of the check which you can see the outline of if you print the check.

Let me know.

Richard Garbarini
Garbarini FitzGerald P.C.

On Sep 22, 2016, at 1:19 PM, Feuchtbaum, Louis P. <lfeuchtbaum@sideman.com> wrote:

Hello Rich,

My firm will be representing Sephora USA in the lawsuit that was recently filed against it.  I am writing to request a 30-day extension to respond to the complaint.

I have attempted to contact you by telephone, but have been unsuccessful. I have also been unable to contact anyone else listed on your firm's website.

I appreciate your courtesy and consideration in doing this.  Please do not hesitate to contact me at any time if there is anything you would like to discuss.

-Lou

[ed3858.png]

**Louis P. Feuchtbaum**

Partner

**Sideman & Bancroft LLP**
One Embarcadero Center
Twenty-Second Floor
San Francisco, CA 94111
Main:415.392.1960
Fax:  415.392.0827

lfeuchtbaum@sideman.com

Visit us at www.sideman.com

Please consider the environment before you print this email.

************************************************************************

CONFIDENTIALITY
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail [or at (415) 392-1960] and delete all copies of this message. It is the recipient's responsibility to scan this e-mail and any attachments for viruses.

Copyright © 2003-2017. All rights reserved.

# Exhibit 13



Clear any cover song in 1-2 days

**1-800-360-5192**

**Clear a Song**    **Services**    **Pricing**    **Help**

Home > About > Types of Licenses > Synchronization

## Synchronization License

*Permission to record a song that someone else wrote and put it to video.*

Synchronization licenses are custom-negotiated upfront with the copyright holder, and are a bit more complex. If you need help, please contact us.

Whenever you record a song that someone else wrote and distribute it on DVD or digital video, you need a Synchronization License. This pays a royalty to the composer of the song for the right to use their song on your new video recording.

One common use of a Synchronization License is to record a video of yourself playing a song that someone else wrote. This is known as a cover song. For example, if you or your band record a video of yourselves playing the Beatles song, "Here Comes the Sun", you would need to get a Synchronization License.

A Synchronization License is also required whenever you obtain a Master License to use a recording that someone else made, on your DVD or digital video. For example, if you put the original Beatles studio recording, featuring Paul McCartney, Ringo Starr, and George Harrison on your DVD during the credits (assuming you are able to get permission to do so), you



would also need a Synchronization License to pay a royalty to George Harrison or the right to use his song (composition).

Synchronization Licenses are required no matter how small a portion of the song you use. Medleys require licensing of each song part separately. Synchronization Licenses should be secured before distribution. Reputable manufacturers require Proof of Licensing before they press your DVDs. Reputable web sites will remove videos with unlicensed copyrighted material.

Synchronization Licenses are custom negotiated between the licensee and the copyright holder. This means that the copyright holder can demand any price or deny permission altogether. For synchronization licensing help, check out our Custom Licensing Assistance and Handling service, or contact us.

*Feedback? Click here.*



2600 N 2nd Street
Minneapolis, MN 55411

Since        Privacy        Terms
2005                        Contact

# Exhibit 13



☰                     **Jamie Leilani Pelayo**                     🔍

# Jamie Leilani Pelayo

🔊

 



### Piperlime #momentsof chic with Nicole Richie
from **Jamie Leilani Pelayo**

00:43



Piperlime #momentsof chic with Nicole Richie from Jamie Leilani Pelayo on Vimeo.

2 years ago  1 note

# Private Video

Log in to watch (if you have permission)

**Log in**

 

**Jamie Leilani Pelayo**

SEPHORA KVD24 LONDON FINAL from Jamie Leilani Pelayo on Vimeo.

    2 years ago

# Private Video

## Log in to watch (if you have permission)

### Log in

Kat Von D Holiday Star Studded Eye Shadow Book Tutorial from Jamie Leilani Pelayo on Vimeo.

> A new look for Kat Von D is revealed for her 2014 Holiday Star Studded Eyeshadow Book

    2 years ago

 **Kat Von D's Natural Holiday 2013 Look**

from **Jamie Leilani Pelayo**

☰                              **Jamie Leilani Pelayo**                              🔍

Kat Von D's Natural Holiday 2013 Look from Jamie Leilani Pelayo on Vimeo.

> We did a shooting format refresh starting with this holiday video. We are going to be working on new graphic branding for her kicking off with the 2014 season of videos.

🔁  ♥  ↱  3 years ago



### 2012 Sephora Hot Now Volume 1
from **Jamie Leilani Pelayo**



02:35

2012 Sephora Hot Now Volume 1 from Jamie Leilani Pelayo on Vimeo.

> I recently came across a few videos I hadn't posted from 2012. We released 12 volumes of Sephora Hot Now, showcasing our merchant's favorite product picks for each month. This report features our Executive Creative Director, Lina Kutsovskaya, talking about each of the picks. The video corresponded with in-store and online promotions for these products.

🔁  ♥  ↱  3 years ago



**2012 Extreme Spring Runway Trend Report** Jamie Leilani Pelayo

from **Jamie Leilani Pelayo**

☰  Q

03:33



FACE OF FASHION D10-H264-1 from Jamie Leilani Pelayo on Vimeo.

⟲  ♥  ➤   3 years ago



**2013 Behind The Scenes: Marc Jacobs Beauty**

from **Jamie Leilani Pelayo**

00:50

Behind The Scenes: Marc Jacobs Beauty from Jamie Leilani Pelayo on Vimeo.

## The imagination can provide a more-than-accurate substitute for the vulgar reality of actual experience.

– J.K. Huysmans

3 years ago

## It is better to be hated for what you are than to be loved for what you are not

– André Gide

3 years ago







**Home Tours**

Come visit the dramatic domiciles and stunning vistas of L.A.'s eastern edge on Dwell on Design's East Side Home Tour.

Saturday, June 16th

## East Side Home Tour

In this part of town, you'll find colorful cottages stacked into the hillsides and nestled into hip neighborhoods that will open their doors for you on our self-guided East Side Home Tour. One such modern gem is Sunia Homes' Rosemount Residence, which peeks over an Echo Park hill and is sure to be a favorite stop on the tour.

The two-story, 2,000-square-foot house tucks green technologies like photovoltaics and rainwater harvesting behind its dramatic facade. Even that's sustainable: Designer Jerome Pelayo used wood reclaimed from the original cottage for a stunning zigzag pattern that's still sensitive to the scale of the neighboring homes.

For more information about other houses on the East Side Home Tour and to buy tickets, visit dwellondesign.com/home-tours.

Project: Rosemount Residence
Architect: Sunia Homes
Neighborhood: Echo Park

### Out and About

As you're hugging the curves of the Hollywood Hills or cruising down the 101, make a stop in one of the arty neighborhoods of Los Feliz, Silver Lake, or Echo Park. Or for more vertical perspectives, visit the urban centers of Hollywood and Downtown.

### Points of Architectural Interest

*Cathedral of Our Lady of the Angels:* The design of Rafael Moneo's radical 2002 cathedral nods to Spanish missions as well as the freeway below. Downtown, 555 West Temple St. 213-680-5200 olacathedral.org

*Griffith Observatory:* Hanging like a planet in the Hollywood Hills, this art deco building offers incredible views of L.A. and beyond. Los Feliz, 2800 East Observatory Rd. 213-473-0800 griffithobs.org

### Eat

*Bottega Louie:* This local favorite is housed in a former department store where a voluminous menu of bistro classics matches the dramatic interiors. Downtown, 700 South Grand Ave. 213-802-1470 bottegalouie.com

*Little Dom's:* A cozy combination of homey Italian and artisanal cocktails in a tiled dining room that feels like it's been there forever. Los Feliz, 2128 Hillhurst Ave. 323-661-0055 littledoms.com

*Loteria Grill:* Traditional Mexican favorites and dozens of inventive fillings for tacos served in a festive modern space. Hollywood, 6627 Hollywood Blvd. 323-465-2500 loteriagrill.com

### Shop

*OK Silverlake:* Colorful housewares, plastic chairs, and chunky pottery fill out this tiny Silver Lake boutique. Silver Lake, 1716 Silver Lake Blvd. 323-666-1868 okstore.la

*Hennessey + Ingalls:* This bookseller specializes in design and architecture and lives in the cultural minimall Space 15 Twenty. Hollywood, 1520 North Cahuenga Ave. #8 323-466-1256 hennesseyingalls.com

*New High (M)art:* From Navajo blankets to necklaces made from jump ropes, this outfitter sells quirky yet design-savvy basics. Los Feliz, 1720 North Vermont Ave. 323-638-0271 newhighmart.com

### Quick Stop

*LAMILL Coffee Boutique:* Third-wave coffee and organic snacks served in a Hollywood regency setting. Silver Lake, 1636 Silver Lake Blvd. 323-663-4441 lamillcoffee.com

*Angels Flight Railway:* It's 50 cents to ride this bright-orange 110-year-old funicular that ferries passengers to the top of Bunker Hill. Downtown, 351 South Hill St. 213-626-1901 angelsflight.com

*The Standard:* Head to the roof of this swanky hotel for a postmodern take on the traditional beer garden. Downtown, 550 South Flower St. 213-892-8080 standardhotels.com

### Museum/Galleries

*A+D Museum:* Just across from LACMA, L.A.'s exceptional architecture and design museum hosts a series of progressive shows with a local angle. Miracle Mile, 6032 Wilshire Blvd. 323-932-9393 aplusd.org

*Los Angeles County Museum of Art:* The art is fantastic—Chris Burden's *Metropolis II* alone is worth the trip—but so is the architecture by Renzo Piano. Miracle Mile, 5905 Wilshire Blvd. 323-857-6000 lacma.org

*Materials & Applications:* Swing by the city's most experimental front yard for installations by local designers and artists. Silver Lake, 1619 Silver Lake Blvd. 323-913-0915 emanate.org

 home

**Jamie Leilani Pelayo**

  4 years ago

# Exhibit 16

**Print** | **Close Window**

**Subject:** RE: Yesh Music v Sephora USA
**From:** "Richard Garbarini" <rgarbarini@garbarinilaw.com>
**Date:** Sun, Sep 25, 2016 10:50 am
**To:** "Feuchtbaum, Louis P." <lfeuchtbaum@sideman.com>
**Attach:** image001.png

Of course, I just need a copy of the license.

**Richard Garbarini**
GARBARINI FITZGERALD P.C.
250 Park Avenue
7th Floor
New York, New York 10177
Office : 212.300.5358
Fax : 212.731.0278
www.garbarinilaw.com
*certa bonum certamen*

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the GARBARINI FITZGERALD immediately by telephone at 212.300.5358 and delete this message from your system.

-------- Original Message --------
Subject: RE: Yesh Music v Sephora USA
From: "Feuchtbaum, Louis P." <lfeuchtbaum@sideman.com>
Date: Fri, September 23, 2016 1:45 pm
To: Richard Garbarini <rgarbarini@garbarinilaw.com>

Mr. Gabarini,

I acknowledge your voicemail, indicating that you will be filing a Rule 41 request for dismissal of this action due to my client having had a license for use of the copyrighted material. I would appreciate your sending me a copy of the request for dismissal, after it has been filed.

**From:** Richard Garbarini [mailto:rgarbarini@garbarinilaw.com]
**Sent:** Thursday, September 22, 2016 10:54 AM
**To:** Feuchtbaum, Louis P.
**Subject:** RE: Yesh Music v Sephora USA

Mr. Feldman:

30 days is excessive.  As a courtesy, I will agree to 14.


**Richard Garbarini**
GARBARINI FITZGERALD P.C.
250 Park Avenue
7th Floor
New York, New York 10177
Office : 212.300.5358
Fax : 212.731.0278
www.garbarinilaw.com
*certa bonum certamen*

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the GARBARINI FITZGERALD immediately by telephone at 212.300.5358 and delete this message from your system.


-------- Original Message --------
Subject: Yesh Music v Sephora USA
From: "Feuchtbaum, Louis P." <lfeuchtbaum@sideman.com>
Date: Thu, September 22, 2016 1:19 pm
To: "rgarbarini@garbarinilaw.com" <rgarbarini@garbarinilaw.com>
Cc: "Alinder, Zachary J." <zalinder@sideman.com>

Hello Rich,

My firm will be representing Sephora USA in the lawsuit that was recently filed against it.  I am writing to request a 30-day extension to respond to the complaint.

I have attempted to contact you by telephone, but have been unsuccessful. I have also been unable to contact anyone else listed on your firm's website.

I appreciate your courtesy and consideration in doing this. Please do not hesitate to contact me at any time if there is anything you would like to discuss.

-Lou



**Louis P. Feuchtbaum**
Partner

**Sideman & Bancroft LLP**
One Embarcadero Center
Twenty-Second Floor
San Francisco, CA 94111
Main:415.392.1960
Fax:  415.392.0827
lfeuchtbaum@sideman.com
Visit us at www.sideman.com

Please consider the environment before you print this email.
**************************************************************************
CONFIDENTIALITY
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail [or at (415) 392-1960] and delete all copies of this message. It is the recipient's responsibility to scan this e-mail and any attachments for viruses.

Copyright © 2003-2017. All rights reserved.