Exhibit 16





*up to*

# 70% OFF

shop now

Kat Von D attacked local news reporters outside of her tattoo shop several hours after it caught on fire on Thursday morning.

According to a report released by *TMZ*, it took firefighters several hours to extinguish the flames and get rid of the fire completely. However, local news reporters were outside of the tattoo shop the entire time.

Shortly after Kat Von D arrived, she exploded on the media reporters that were covering the incident with their video cameras.

As you can see in the video, she even knocked the hat off of one female reporter that was clearly trying to protect her camera and remain a safe distance away from an angry Kat Von D.

SPONSORED



# VETERAN HOMEOWNERS GET A HUGE REWARD IN 2017

SPONSORED BY MORNINGFINANCE

If you own a home, you should read this. Thousands with VA benefits have done this. Do this now before your next mortgage payment...

When the TMZ reporter later asked Kat Von D if she knew what started the fire, Kat did not directly answer the question with a "Yes" or a "No."

Instead, Kat Von D just fired back with her middle finger and other comments, such as "just have respect, man" and "You gotta leave me alone!"

When the reporter stated that he was doing his job, it sounds like Kat Von D responds by saying that what he was doing was not a job. She then made a comment about how his mother should be embarrassed as well as the female reporter that she attacked earlier.



NEVER MISS A STORY
GET THE LATEST VIRAL NEWS TO YOUR INBOX

Email Address                    GO

OR FOLLOW
US ONLINE

The male reporter responds to Kat Von D's comments by reminding her that she should feel terrible for hitting the female and Kat responded by simply saying, "No! F**k off, dude!"

What do you think? Did Kat Von D blow this all out of proportion or were her actions justified?

According to the *Los Angeles Times*, the fire "ripped through" a strip mall in West Hollywood early Thursday morning, causing considerable damage to Kat Von D's tattoo parlor, High Voltage. Based on a statement made by



zulily
up to
70% OFF
shop now

Brian Jordan, Los Angeles County Fire Captain, the fire was first reported "just after 4 AM in the 1200 block of North La Brea Avenue."

The cause of the fire is still under investigation.

**Now Watch This:**
**Now Read This:**

Brian Jordan, Los Angeles County Fire Captain, the fire was first reported "just after 4 AM in the 1200 block of North La Brea Avenue."