# Exhibit 17

sign in or register   ACCOUNT   Beauty Insider   5 FREE SAMPLES         | STORES & SERVICES   ♥    BASKET   CHECKOUT

SEPHORA FLASH   FREE 2-DAY SHIPPING FOR A YEAR NO MINIMUM PURCHASE REQUIRED   ONLY $10   ENROLL NOW ▸

# SEPHORA

JOIN FLASH FREE 2-DAY SHIPPING ▸

SEARCH

MAKEUP    SKIN CARE    FRAGRANCE    BATH & BODY    NAIL    HAIR    TOOLS & BRUSHES    MEN    GIFTS    SALE    BRANDS    ADVICE    HOW-TO'S

## UNITED STATES

### ALABAMA
Birmingham, The Summit
Hoover, Riverchase Galleria
Huntsville, Huntsville

### ALASKA
Anchorage, 5TH AVE MALL

### ARIZONA
Chandler, Chandler Fashion Center
Gilbert, San Tan Village
Glendale, Arrowhead Towne Center
Phoenix, Biltmore
Scottsdale, Scottsdale Fashion Center
Scottsdale, Scottsdale Quarter
Tucson, Park Place
Tucson, Tucson Mall

### ARKANSAS
Little Rock, Park Plaza
Rogers, Pinnacle Hills

### CALIFORNIA
Anaheim, Disneyland
Arcadia, Santa Anita Mall
Bakersfield, Bakersfield
Brea, Brea Mall
Burlingame, Burlingame
Calabasas, Calabasas
Canoga Park, Canoga Park
Cerritos, Los Cerritos Center
Chula Vista, Chula Vista
Costa Mesa, CRYSTAL COURT
Costa Mesa, South Coast Plaza
Culver City, Culver City
Emeryville, Emeryville
Fresno, Fresno Fashion Fair
Glendale, Americana
Hollywood, Hollywood & Highland
Huntington Beach, Huntington Beach
Los Angeles, Beverly Center
Los Angeles, Beverly Drive
Los Angeles, The Grove
Malibu, Malibu
Manhattan Beach, Manhattan Village Shopping Center
Marina Del Rey, Waterside Marina Del Rey
Mission Viejo, Mission Viejo
Modesto, Vintage Faire Mall
Montclair, Montclair
Monterey, Monterey
Northridge, Northridge Fashion Center
Novato, Vintage Oaks Shopping Center
Palm Desert, Palm Desert
Palo Alto, Stanford Shopping Center
Pasadena, Old Town
Pleasanton, Stoneridge Shopping Center
Rancho Cucamonga, Victoria Gardens
Riverside, Riverside
Roseville, Roseville
Sacramento, Arden Fair
San Diego, Fashion Valley
San Diego, University Towne Center
San Francisco, Powell Street
San Francisco, Stonestown Galleria
San Francisco, Union Street
San Jose, Santana Row
San Jose, Westfield Oakridge

San Luis Obispo, San Luis Obispo
San Mateo, Hillsdale
Santa Barbara, Santa Barbara
Santa Clara, Valley Fair Westfield Shopping Town
Santa Monica, Santa Monica
Santa Rosa, SANTA ROSA PLAZA
Sherman Oaks, Westfield Fashion Square
Temecula, The Promenade
Thousand Oaks, The Oaks Mall
Thousand Oaks, Westlake
Torrance, Del Amo
Valencia, Valencia
Ventura, Ventura
Walnut Creek, Walnut Creek

### COLORADO
Boulder, Boulder
Broomfield, Flatiron Crossing
Colorado Springs, Outdoor Center
Denver, Cherry Creek
Fort Collins, Front Range Center
Littleton, Park Meadows

### CONNECTICUT
Canton, The Shoppes At Farmington Valley
Danbury, Danbury Fair Mall
Farmington, Westfarms Mall
Greenwich, Greenwich
South Windsor, Evergreen Walk
Stamford, Stamford
Trumbull, Westfield Trumbull
Uncasville, Mohegan Sun

### DELAWARE
Newark, Newark

### DISTRICT OF COLUMBIA
Georgetown, Georgetown

**FLORIDA**

Altamonte Springs, Altamonte Mall

Aventura, Aventura

Boca Raton, Boca Raton Town Center

Brandon, Brandon Town Center

Coral Gables, Merrick Park

Destin, Destin

Estero, Coconut Point

Ft. Lauderdale, The Galleria At Fort Lauderdale

Gainesville, Oaks Mall

Jacksonville, St Johns

Lake Buena Vista, Disney Springs

Miami Beach, South Beach

Miami, Brickell City Centre

Miami, Dadeland

Miami, Miami international

Orlando, Florida Mall

Orlando, MALL AT MILLENIA

Palm Beach Gardens, The Gardens

Pembroke Pines, Pembroke Gardens

Pensacola, CORDOVA MALL

Sarasota, UTC Sarasota

Tallahassee, Governors Square Mall

Tampa, Citrus Park

Tampa, International Plaza

West Palm Beach, City Place

**GEORGIA**

Alpharetta, North Point Mall

Atlanta, Cumberland Mall

Atlanta, Lenox Square

Atlanta, Perimeter Mall

Atlanta, Ponce City Market

Augusta, Augusta

Buford, Mall Of Georgia

Kennesaw, Town Center At Cobb

Marietta, East Cobb

**HAWAII**

Aiea, Pearlridge

Honolulu, Ala Moana

Honolulu, Kalakaua

Maui, Lahaina

**IDAHO**

Boise, Boise Towne Square Mall

**ILLINOIS**

Champaign, Champaign

Chicago, LINCOLN PARK

Chicago, Michigan Ave

Chicago, Northbridge

Chicago, State Street

Chicago, Watertower Place

Deer Park, Deer Park

Geneva, Geneva Commons

Naperville, Downtown Naperville

Northbrook, Northbrook

Oak Brook, Oakbrook Center

Orland Park, Orland Park

Schaumburg, Woodfield Mall

Skokie, Old Orchard

Vernon Hills, HAWTHORN CENTER

**INDIANA**

Evansville, Evansville

Greenwood, Greenwood Park Mall

Indianapolis, Keystone

Mishawaka, University Park

**IOWA**

Coralville, IOWA CITY

West Des Moines, Jordan Creek

**KANSAS**

Leawood, Town Center Plaza

Overland Park, Oak Park

Wichita, Wichita

**KENTUCKY**

Crestview Hills, Crestview Hills

Lexington, Fayette Mall

Louisville, Oxmoor Center

**LOUISIANA**

Baton Rouge, Mall Of Louisiana

Lafayette, The Mall Of Acadiana

Metairie, Lakeside

**MAINE**

South Portland, Maine Mall

**MARYLAND**

Annapolis, Annapolis

Bethesda, Montgomery

Chevy Chase, Chevy Chase

Columbia, Columbia Town Center

Towson, Towson

**MASSACHUSETTS**

Boston, Faneuil Hall

Boston, Fenway

Boston, Prudential Center

Braintree, South Shore

Burlington, Burlington Mall

Cambridge, CambridgeSide Galleria

Chestnut Hill, Chestnut Hill

Dedham, Dedham

Hingham, Hingham

Holyoke, Holyoke Mall

Hyannis, Cape Cod Mall

Lynnfield, Lynnfield

Millbury, Worcester

Natick, Natick Mall

Peabody, Northshore Mall

**MICHIGAN**

Ann Arbor, Briarwood

Clinton Township, Partridge Creek

Grandville, Grand Rapids

Lansing, Eastwood Towne Center

Novi, Twelve Oaks

Troy, Somerset

**MINNESOTA**

Bloomington, Mall of America

Edina, Southdale Center

Minnetonka, Ridgedale

Roseville, Rosedale

**MISSISSIPPI**

Ridgeland, Jackson

**MISSOURI**

Chesterfield, Chesterfield Mall

Des Peres, Westfield Shoppingtown West County

Independence, independence

Kansas City, Country Club Plaza

Kansas City, Zona Rosa

Springfield, Battlefield Mall

St Louis, St Louis Galleria

**NEBRASKA**

Omaha, Village Pointe

**NEVADA**

Las Vegas, Fashion Show

Las Vegas, Miracle Mile

Las Vegas, Summerlin

Las Vegas, The Forum Shops at Caesars Palace

Las Vegas, Town Square

Las Vegas, Venetian

Reno, Summit Reno

**NEW HAMPSHIRE**

Nashua, Pheasant Lane

Salem, Mall At Rockingham Park

**NEW JERSEY**

Bridgewater, Bridgewater Commons Mall

Cherry Hill, Cherry Hill Mall

Deptford, Deptford Mall

Edison, Menlo Park Mall

Freehold, Freehold Raceway Mall

Jersey City, Newport Centre

Lawrenceville Township, Quaker Bridge Mall

Paramus, Garden State Plaza

Paramus, Paramus Park

Short Hills, The Mall At Short Hills

Wayne, Willowbrook Mall

**NEW MEXICO**

Albuquerque, Albuquerque

**NEW YORK**

Albany, Colonie Center

Bay Shore, Great South Bay

Brooklyn, Brooklyn

Buffalo, Walden Galleria

Elmhurst, Queens

Forest Hills, Forest Hills

Garden City, Roosevelt Field Shopping Center

Huntington Station, Walt Whitman

Lake Grove, Smith Haven

Manhasset, Manhasset

Nanuet, Nanuet

New York, 34th Street

New York, 42nd & Madison

New York, 5 Times Square 200 W. 42nd Street

New York, 5th Avenue

New York, 60th & Lexington

New York, 76Th & Broadway

New York, 86th & Lexington

New York, 99Th & Columbus

New York, Columbus Circle

New York, Flatiron

New York, Meatpacking

New York, SOHO

New York, Times Square

New York, Union Square

New York, World Trade Center

Poughkeepsie, Poughkeepsie Galleria Mall

Staten Island, Staten Island Mall

Syracuse, Destiny USA

Victor, Eastview Mall

West Nyack, Palisades Center

White Plains, Westchester

Yonkers, Yonkers

**NORTH CAROLINA**

Charlotte, Northlake Mall

Charlotte, South Park

Durham, Southpoint

Greensboro, Greensboro

Raleigh, Crabtree Mall

Winston Salem, WINSTON-SALEM

**OHIO**

Beachwood, Beachwood

Cincinnati, Kenwood Towne Center

Columbus, Easton Town Center

Columbus, Polaris Fashion Place

Dayton, The Greene

Fairlawn, Akron

Strongsville, Westfield South Park

Toledo, Westfield Franklin Park

Westlake, Westlake Crocker Park

**OKLAHOMA**

Oklahoma City, Penn Square Mall

Tulsa, Woodland Hills

**OREGON**

Portland, Clackamas

Portland, Portland

Portland, Washington Square

**PENNSYLVANIA**

King of Prussia, King Of Prussia Plaza

Willow Grove, Willow Grove

Ardmore, Suburban Square

Lancaster, Lancaster

Langhorne, OXFORD VALLEY MALL

Philadelphia, Chestnut St

Pittsburgh, Ross Park

Pittsburgh, South Hills Village

Pittsburgh,, Shadyside

Whitehall,, Lehigh Valley Mall

**PUERTO RICO**

San Juan , PLAZA LAS AMERICAS

**RHODE ISLAND**

Cranston, Garden City Center

Newport, Newport

Providence, Providence Place

**SOUTH CAROLINA**

Charleston, King Street

Columbia, Columbiana

Greenville, Greenville

**SOUTH DAKOTA**

Sioux Falls, EMPIRE MALL

**TENNESSEE**

Chattanooga, Hamilton Place

Collierville, Carriage Crossing

Franklin, CoolSprings Galleria

Germantown, Saddle Creek

Knoxville, West Town Mall

Memphis, Wolfchase

Nashville, Mall At Green Hills

**TEXAS**

San Antonio, La Cantera

Allen, Watters Creek At Montgomery Farm

Arlington, The Parks Mall

Austin, Arboretum Market

Austin, Barton Creek

Austin, The Domain

Dallas, Galleria

Dallas, NorthPark Center

El Paso, Cielo Vista Mall

Forth Worth, University Park Village

Friendswood, Baybrook Mall

Frisco, Stonebriar Centre

Georgetown, Wolf Ranch

Houston, City Centre

Houston, Houston Galleria Mall

Houston, Memorial City Mall

Houston, The Village Arcade

Houston, Willowbrook Mall

Hurst, North East Mall

Katy, La Centerra at Cinco Ranch

McAllen, La Plaza Mall

Plano, Willow Bend

San Antonio, North Star Mall

Southlake, Southlake Town Square

Sugarland, Sugarland

The Woodlands, The Woodlands Mall

**UTAH**

Murray, Fashion Place

Salt Lake City, Downtown Salt Lake City

**VIRGINIA**

Arlington, Market Common Clarendon

Arlington, The Fashion Centre At Pentagon City

E. Charlottsville, Charlottesville

Fairfax, Fair Oaks

Fredericksburg, Fredericksburg

McLean, Tysons Corner

Norfolk, MacArthur

Reston, Reston

Richmond, Regency Square

Richmond, Short Pump

Springfield, Springfield TC

Virginia Beach, Lynnhaven Mall

### WASHINGTON

Bellevue, Bellevue Square

Lynnwood, Alderwood Mall

Seattle, Downtown Seattle

Seattle, Southcenter Mall

Seattle, University Village

Spokane, RIVER PARK SQUARE

Tacoma, Tacoma Mall

### WEST VIRGINIA

Charleston, Charleston Town Center

### WISCONSIN

Appleton, Appleton

Madison, Madison

Wauwatosa, Mayfair Mall

## SEPHORA INSIDE JCPENNEY

### ALABAMA

Dothan, JCPenney at Wiregrass Commons

Fultondale, JCPenney at Promenade Fultondale

Huntsville, JCPenney at Madison Square

Mobile, JCPenney at Bel Air Mall

Montgomery, JCPenney at Eastdale Mall

Prattville, JCPenney at High Point Town Center

Spanish Fort, JCPenney at Spanish Fort Town Center

TRUSSVILLE, JCPenney at Tutwiler Farm

Tuscaloosa, JCPenney at University Mall

### ALASKA

Anchorage, JCPenney at 5th Ave Mall

### ARIZONA

Casa Grande, JCPenney at Promenade Casa Grande

Chandler, JCPenney at Mill Crossing

Flagstaff, JCPenney at Flagstaff Mall and Marketplace

GLENDALE, JCPenney at Arrowhead Towne Center

Goodyear, JCPenney at Palm Valley Cornerstone

Lake Havasu City, JCPenney at Shops at Lake Havasu

Mesa, JCPenney at Superstition Springs Mall

Nogales, JCPenney at Mariposa West Plaza

PHOENIX, JCPenney at Ahwatukee Foothills

PHOENIX, JCPenney at Paradise Valley Mall

Phoenix, JCPenney at Christown Spectrum

Tempe, JCPenney at Tempe Marketplace

Tucson, JCPenney at El Con Mall

Tucson, JCPenney at Tucson Mall

Tucson, JCPenney at Tucson Spectrum

Yuma, JCPenney at Yuma Palms Shopping Center

### ARKANSAS

Fayetteville, JCPenney at New Arkansas Mall

Fort Smith, JCPenney at Central Mall

JONESBORO, JCPenney at Mall at Turtle Creek

Little Rock, JCPenney at Shackleford Crossing

NORTH LITTLE ROCK, JCPenney at McCain Shopping Center

Rogers, JCPenney at Pinnacle Hlls Promde

### CALIFORNIA

Antioch, JCPenney at Orchard at Slatten Ranch

Arcadia, JCPenney at Santa Anita Mall

BAKERSFIELD, JCPenney at Valley Plaza

Carlsbad, JCPenney at Plaza Camino Real

Carson, JCPenney at Southbay Pavillion Mall

Chico, JCPenney at Chico Mall

Chino, JCPenney at Rancho Del Chino Shopping Center

Chula Vista, JCPenney at Chula Vista Shopping Center

Citrus Heights, JCPenney at Sunrise Mall

Concord, JCPenney at Sunvalley Shopping Center

Culver City, JCPenney at Fox Hills Mall

Daly City, JCPenney at Serramonte Center

Downey, JCPenney at Stonewood Shopping Center

EL CENTRO, JCPenney at Imperial Valley Mall

El Cajon, JCPenney at Westfield Shopping Town

Escondido, JCPenney at N County Fair Mall

Fairfield, JCPenney at Westfield Solano

Fresno, JCPenney at Fresno Fashion Fair

Glendale, JCPenney at Glendale Galleria

Hayward, JCPenney at Southland Mall

Laguna Hills, JCPenney at Laguna Hills Mall

Lakewood, JCPenney at Lakewood Center Mall

Manteca, JCPenney at Promenade Shops at Orchard Valley

Merced, JCPenney at Merced Mall

Modesto, JCPenney at Vintage Faire Mall

Montclair, JCPenney at Montclair Plaza

Montebello, JCPenney at Montebello Mall

Moreno Valley, JCPenney at Moreno Valley Mall

National City, JCPenney at Plaza Bonita

Northridge, JCPenney at Northridge Fashion Center

Palm Desert, JCPenney at Palm Desert Town Center

Palmdale, JCPenney at Antelope Valley Mall

Pleasanton, JCPenney at Stoneridge Shopping Center

REDDING, JCPenney at Mt Shasta Mall

RIVERSIDE, JCPenney at Galleria at Tyler

Rancho Cucamonga, JCPenney at Victoria Gardens

Redlands, JCPenney at Redlands Town Center

Roseville, JCPenney at Galleria at Roseville

Sacramento, JCPenney at Arden Fair Mall

Salinas, JCPenney at Northridge Mall

San Bernardino , JCPenney at Inland Center

San Bruno, JCPenney at Tanforan Shopping Center

San Diego, JCPenney at Fashion Valley Mall

San Jose, JCPenney at Eastridge Shopping Center

Santa Ana, JCPenney at Santa Ana Mainplace

Santa Clarita, JCPenney at Westfield Valencia Town Center

Santa Rosa, JCPenney at Coddingtown Mall

Stockton, JCPenney at Weberstown Shopping Center

TEMECULA, JCPenney at Promenade Mall

Thousand Oaks, JCPenney at The Oaks Mall

Torrance, JCPenney at Del Amo Center

VICTORVILLE, JCPenney at Mall of Victor Valley

Ventura, JCPenney at Pacific View Mall

Visalia, JCPenney at Visalia Mall

WHITTIER, JCPenney at Whittwood Town Center

West Covina, JCPenney at West Covina Fashion Plaza

Yuba City, JCPenney at Yuba Sutter Mall

### COLORADO

AURORA, JCPenney at Aurora Mall

Aurora, JCPenney at Southlands S/C

Brighton, JCPenney at Prairie Center

Colorado Springs, JCPenney at First & Main Town Center

Denver, JCPenney at Northfield Stapleton

FORT COLLINS, JCPenney at College Avenue

Grand Junction, JCPenney at Mesa Mall

LONE TREE, JCPenney at Park Meadows Mall

Littleton, JCPenney at Southwest Plaza

Montrose, JCPenney at River Landing Shopping Center

Pueblo, JCPenney at Pueblo Mall

WESTMINSTER, JCPenney at Orchards at Westminster

### CONNECTICUT

Farmington, JCPenney at Westfarms Mall

Manchester, JCPenney at Shoppes at Buckland

Milford, JCPenney at Westfield Connecticut Post

Waterbury, JCPenney at Brass Mill Center

### DELAWARE

DOVER, JCPenney at Dover Mall

NEWARK, JCPenney at Christiana Mall

Wilmington, JCPenney at Prices Corner Shopping Center

## FLORIDA

ALTAMONTE SPRINGS, JCPenney at Altamonte Mall

Aventura, JCPenney at Aventura Mall

Boynton Beach, JCPenney at Boyton Beach Mall

Brandon, JCPenney at Brandon Town Center

Citrus Park, JCPenney at Citrus Park Mall

Clearwater, JCPenney at Countryside Mall

Clermont, JCPenney at Clermont Landing

Coral Springs, JCPenney at Coral Square Mall

DAYTONA BEACH, JCPenney at Volusia Mall

Davenport, JCPenney at Posner Commons

FORT MYERS, JCPenney at Edison Mall

Fort Myers, JCPenney at Gulf Coast Town Center

Gainesville, JCPenney at Oaks Mall

Hialeah, JCPenney at Westland Mall

Jacksonville, JCPenney at Avenues Center

Jacksonville, JCPenney at Regency Square Mall

Jensen Beach, JCPenney at Treasure Coast Sq

Kissimmee, JCPenney at Loop West

Lakeland, JCPenney at Lakeland Square

MELBOURNE, JCPenney at Melbourne Square

MERRITT ISLAND, JCPenney at Merritt Square Mall

Miami, JCPenney at Dadeland Mall

Miami, JCPenney at Miami International Mall

Miami, JCPenney at Southland Mall

Naples, JCPenney at Coastland Shopping Center

Orange Park, JCPenney at Orange Park Mall

Orlando, JCPenney at Florida Mall

Orlando, JCPenney at Orlando Fashion Square

Panama Beach, JCPenney at Pier Park

Pembroke Pines, JCPenney at Pembroke Lakes Mall

Pensacola, JCPenney at University Town Plz

Plantation, JCPenney at Plantation Westfield Mall

Pompano Beach, JCPenney at Pompano Citi Centre

Port Charlotte, JCPenney at Port Charlotte Town Center

SARASOTA, JCPenney at Westfield Sarasota

Sanford, JCPenney at Seminole Towne Center

Spring Hill, JCPenney at Nature Coast Commons

St Petersburg, JCPenney at Tyrone Square

Tallahassee, JCPenney at Governors Square

Tampa, JCPenney at Westshore Plaza

Vero Beach, JCPenney at Indian River Mall

Wellington, JCPenney at Wellington Green Shopping Center

Wesley Chapel, JCPenney at Shops at Wiregrass

## GEORGIA

ALPHARETTA, JCPenney at North Point Mall

Albany, JCPenney at Albany Mall

Athens, JCPenney at Georgia Square

Augusta, JCPenney at Augusta Mall

Buford, JCPenney at Mall of Georgia

Columbus, JCPenney at Peachtree Mall

Douglasville, JCPenney at Arbor Place Mall

Fayetteville, JCPenney at Banks Crossing Shopping Center

Hiram, JCPenney at Hiram Square

Kennesaw, JCPenney at Town Center at Cobb

Lithonia, JCPenney at Mall at Stonecrest

McDonough, JCPenney at South Point Shopping Center

Newnan, JCPenney at Newnan Crossing

SAVANNAH, JCPenney at Oglethorpe Mall

Valdosta, JCPenney at Valdosta Mall

Waycross, JCPenney at The Mall at Waycross

## IDAHO

BOISE, JCPenney at Boise Towne Square Mall

Idaho Falls, JCPenney at Grand Teton Mall

Nampa, JCPenney at Nampa Gateway Center

Rapid City, JCPenney at Rushmore Mall

## ILLINOIS

Algonquin, JCPenney at Shops at Fox River

Aurora, JCPenney at Westfield Fox Valley Mall

Chicago, JCPenney at Ford City Mall

Fairview Heights, JCPenney at St Clair Square

JOLIET, JCPenney at Westfield Louis Joliet

Johnsburg, JCPenney at Shops at Fox River

Lombard, JCPenney at Yorktown Shopping Center

Matteson, JCPenney at Lincoln Marketplace

Mokena, JCPenney at Mokena Marketplace

Moline, JCPenney at SouthPark Mall

Montgomery, JCPenney at Ogden Hill of Montgomery

NILES, JCPenney at Golf Mill Shopping Center

North Aurora, JCPenney at North Aurora Town Center

North Riverside, JCPenney at North Riverside Mall

Orland Park, JCPenney at Orland Square Mall

Peoria, JCPenney at Northwoods Shopping Center

ROCKFORD, JCPenney at Cherryvale Mall

Schaumburg, JCPenney at Woodfield Mall

Springfield, JCPenney at Springfield

VERNON HILLS, JCPenney at Hawthorn Center

Woodridge, JCPenney at Centerpointe of Woodridge

## INDIANA

Clarksville, JCPenney at Greentree Mall

Evansville, JCPenney at Eastland Mall

Fort Wayne, JCPenney at Glenbrook Mall

Greenwood, JCPenney at Greenwood Park Mall

INDIANAPOLIS, JCPenney at Northwest Pavilion at Michigan Road

Indianapolis, JCPenney at Castleton Square Mall

LAFAYETTE, JCPenney at Tippecanoe Mall

Merrillville, JCPenney at Westfield Southlake Mall

Mishawaka, JCPenney at University Park Mall

Noblesville, JCPenney at Hamilton Towne Center

Plainfield, JCPenney at Metropolis

Terre Haute, JCPenney at Honey Creek Square

Valparaiso, JCPenney at Porters Vale

## IOWA

Ames, JCPenney at North Grand Mall

Cedar Rapids, JCPenney at Westdale Mall

Council Bluffs, JCPenney at Marketplace

Davenport, JCPenney at Northpark Shopping Center

SIOUX CITY, JCPenney at Southern Hills Mall

W Des Moines, JCPenney at Valley West Mall

## KANSAS

Kansas City, JCPenney at Legends at Village West

Manhattan, JCPenney at Manhattan Town Center

Overland Park, JCPenney at Corbin Park

Overland Park, JCPenney at Oak Park Shopping Center

Wichita, JCPenney at Towne East

Wichita, JCPenney at Towne West

## KENTUCKY

Ashland, JCPenney at Ashland Town Center

Florence, JCPenney at Florence Mall

LEXINGTON, JCPenney at Fayette Mall

Louisville, JCPenney at Jefferson Mall

Louisville, JCPenney at Mall Saint Matthews

Paducah, JCPenney at Kentucky Oaks Mall

Richmond, JCPenney at Richmond Centre

## LOUISIANA

Alexandria, JCPenney at Alexandria Mall

BOSSIER CITY, JCPenney at Pierre Bossier Mall

Baton Rouge, JCPenney at Mall of Louisiana

Covington, JCPenney at River Chase Shopping Center

GRETNA , JCPenney at Oakwood Shopping Center

Hammond, JCPenney at Hammond Square

Houma, JCPenney at Southland Mall

Lafayette, JCPenney at Stirling Lafayette Shopping Center

Lake Charles, JCPenney at Prien Lake Mall

METAIRIE, JCPenney at Lakeside Shopping Center

Monroe, JCPenney at Pecanland Mall

Shreveport, JCPenney at Regal Court Shopping Center

## MAINE

Auburn, JCPenney at Auburn Mall

BANGOR, JCPenney at Bangor Mall

South Portland, JCPenney at The Maine Mall

## MARYLAND

ABINGDON, JCPenney at The Boulevard at Box Hill

Annapolis, JCPenney at Annapolis Mall

BALTIMORE, JCPenney at Eastpoint Mall

Baltimore, JCPenney at White Marsh Mall

Columbia, JCPenney at Columbia Town Center

Forestville, JCPenney at Forestville Park

Frederick, JCPenney at Francis Scott Key Mall

Gaithersburg, JCPenney at Lake Forest Mall

Glen Burnie, JCPenney at Marley Station

HAGERSTOWN, JCPenney at Valley Mall

Hyattsville, JCPenney at Mall at Prince Georges

Lanham, JCPenney at Woodmore Towne Center

Waldorf, JCPenney at St Charles Towne Center

Wheaton, JCPenney at Wheaton Plaza

## MASSACHUSETTS

HOLYOKE, JCPenney at Holyoke Mall

LEOMINSTER, JCPenney at Mall at Whitney Field

Marlborough, JCPenney at Solomon Pond Mall

NORTH DARTMOUTH, JCPenney at Dartmouth Mall

North Attleboro, JCPenney at Emerald Square Mall

Peabody, JCPenney at Northshore Mall

## MICHIGAN

Ann Arbor, JCPenney at Briarwood Mall

Brighton, JCPenney at Green Oak Village Pl

Burton, JCPenney at Courtland Center

Canton, JCPenney at Ford Rd

Chesterfield Townshp, JCPenney at Waterside Mp

Dearborn, JCPenney at Fairlane Town Center

Flint, JCPenney at Genesee Valley Center

GRANDVILLE, JCPenney at Rivertown Crossings

Grand Rapids, JCPenney at Woodland Mall

Muskegon, JCPenney at Lakes Mall

Novi, JCPenney at Twelve Oaks

Portage, JCPenney at Crossroads Mall

Roseville, JCPenney at Roseville

Saginaw, JCPenney at Fashion Square Mall

Sault S Marie, JCPenney at Cascade Crossing SC

Sterling Heights, JCPenney at Lakeside Mall

TROY, JCPenney at Oakland Mall

Taylor, JCPenney at Southland Shopping Center

Traverse City, JCPenney at Grand Traverse Mall

Westland, JCPenney at Westland Shopping Centre

White Lake Township, JCPenney at Village Lakes

## MINNESOTA

BURNSVILLE, JCPenney at Burnsville Center

Bemidji, JCPenney at Paul Bunyan Mall

Coon Rapids, JCPenney at Riverdale Village

Duluth, JCPenney at Miller Hill Mall

Eden Prairie, JCPenney at Eden Prairie Center

MINNETONKA, JCPenney at Ridgedale Shopping Center

Maple Grove, JCPenney at Grove Square Shopping Center

Rochester, JCPenney at Apache Mall

Roseville, JCPenney at Rosedale Shopping Center

St. Cloud, JCPenney at Crossroads Center

WOODBURY, JCPenney at Tamarack Village Shopping Center

## MISSISSIPPI

BILOXI, JCPenney at Edgewater Mall

Flowood, JCPenney at Market St at Flowood

HATTIESBURG, JCPenney at Turtle Creek Mall

Ridgeland, JCPenney at Northpark Mall

SOUTHAVEN, JCPenney at Southaven Towne Center

TUPELO, JCPenney at Mall at Barnes Crossing

## MISSOURI

Cape Girardeau, JCPenney at West Park Mall

Columbia, JCPenney at Columbia Mall

Des Peres, JCPenney at Westfield Shoppingtown West County Center

Fenton, JCPenney at Summit at Gravois Bluff

Independence, JCPenney at Bolger Square

Joplin, JCPenney at Northpark Mall

Kansas City, JCPenney at Plaza at Shoal Creek

Kansas City, JCPenney at Tiffany Springs Market

Lees Summit, JCPenney at Summit Fair

Sedalia, JCPenney at Thompson Hills Shopping Center

Springfield, JCPenney at Battlefield Mall

St Joseph, JCPenney at East Hills Shopping Center

St Louis, JCPenney at South County Center

St Peters, JCPenney at Mid Rivers Mall

Washington, JCPenney at Washington

## MONTANA

Billings, JCPenney at Rimrock Mall

## NEBRASKA

Lincoln, JCPenney at Gateway Mall

OMAHA, JCPenney at Westroads Shopping Center

Omaha, JCPenney at Oak View Mall

Papillion, JCPenney at Shadow Lake Town Center

## NEVADA

Carson City, JCPenney at Southgate Mall

Henderson, JCPenney at Galleria Mall at Sunset

LAS VEGAS, JCPenney at Grand Canyon Parkway

Las Vegas, JCPenney at Meadows Shopping Center

RENO, JCPenney at Meadowood Mall

## NEW HAMPSHIRE

Keene, JCPenney at West Street Shopping Center

MANCHESTER, JCPenney at Mall of New Hampshire

NEWINGTON, JCPenney at Fox Run Mall

Nashua, JCPenney at Pheasant Lane Mall

SALEM, JCPenney at Mall at Rockingham Park

WEST LEBANON, JCPenney at Upper Valley Plaza

## NEW JERSEY

Cherry Hill, JCPenney at Cherry Hill Mall

DEPTFORD, JCPenney at Deptford Mall

East Brunswick, JCPenney at Brunswick Square Mall

Eatontown, JCPenney at Monmouth Mall

Freehold, JCPenney at Freehold Raceway Mall

Jersey City, JCPenney at Newport Center Mall

Mays Landing, JCPenney at Hamilton Mall

Paramus, JCPenney at Garden State Plaza

Rockaway, JCPenney at Rockaway Town Square

Toms River, JCPenney at Ocean County Mall

Trenton, JCPenney at Quaker Bridge Mall

Wayne, JCPenney at Wayne Towne Center

Woodbridge, JCPenney at Woodbridge Center

## NEW MEXICO

Albuquerque, JCPenney at Coronado Center

Albuquerque, JCPenney at Cottonwood Mall

Las Cruces, JCPenney at Mesilla Valley Mall

## NEW YORK

Albany, JCPenney at Crossgates Mall

Amherst, JCPenney at Boulevard Mall

Bay Shore, JCPenney at Westfield Shopping Town

Blasdell, JCPenney at McKinley Mall

Bronx, JCPenney at Bay Plaza Mall

Brooklyn, JCPenney at Gateway Shopping Center Phase II

Cheektowaga, JCPenney at Walden Galleria

Clifton Park, JCPenney at Clifton Park Center

Elmhurst, JCPenney at Queens Center

GREECE, JCPenney at Mall at Greece Ridge

Garden City, JCPenney at Roosevelt Field Shopping Center

HORSEHEADS, JCPenney at Arnot Mall

Johnson City, JCPenney at Oakdale Mall

Middletown, JCPenney at Crystal Run Galleria

New Hartford, JCPenney at Sangertown Square Mall

New York, JCPenney at Manhattan Mall

Poughkeepsie, JCPenney at Poughkeepsie Galleria

Queensbury, JCPenney at Aviation Mall

ROCHESTER, JCPenney at Marketplace Mall

Saratoga Springs, JCPenney at Wilton Mall at Saratoga

Staten Island, JCPenney at Staten Island Mall

Syracuse, JCPenney at Destiny USA

Victor, JCPenney at Eastview Mall

Williamsville, JCPenney at Eastern Hills Mall

## NORTH CAROLINA

Burlington, JCPenney at Alamance Crossing
DURHAM, JCPenney at Streets at Southpoint
Fayetteville, JCPenney at Cross Creek Mall
GREENSBORO, JCPenney at Four Seasons Town Centre
Greenville, JCPenney at Greenville Mall
Hickory, JCPenney at Valley Hills Mall
MATTHEWS, JCPenney at Windsor Mall
Pineville, JCPenney at Carolina Place Mall
Raleigh, JCPenney at North Hills S/C
Rocky Mount, JCPenney at Golden East Crossing
Wilmington, JCPenney at Independence Mall
Winston-Salem, JCPenney at Hanes Mall

## NORTH DAKOTA

BISMARCK, JCPenney at Kirkwood Mall
Fargo, JCPenney at West Acres Shopping Center
Grand Forks, JCPenney at Columbia Mall
Minot, JCPenney at Dakota Square Mall

## OHIO

AKRON, JCPenney at Market Square at Montrose
Akron, JCPenney at Chapel Hill Mall
Avon, JCPenney at Avon Crossing
BEAVER CREEK, JCPenney at Fairfield Commons
Centerville, JCPenney at Dayton Mall
Cincinnati, JCPenney at Eastgate Mall
Cincinnati, JCPenney at Governors Plaza
Colerain Township, JCPenney at Stone Creek Town Center
Columbus, JCPenney at Polaris Fashion Place
Dublin, JCPenney at Tuttle Crossing Mall
Hamilton, JCPenney at Bridgewater Falls Shopping Center
Lima, JCPenney at Lima Mall
MENTOR, JCPenney at Great Lakes Mall
Maumee, JCPenney at The Shops at Fallen Timbers
N OLMSTED, JCPenney at Great Northern Mall
Niles, JCPenney at Eastwood Mall
Parma, JCPenney at Parmatown
Sandusky, JCPenney at Sandusky Mall
Strongsville, JCPenney at SouthPark Center
TOLEDO, JCPenney at Westfield Franklin Park
Youngstown, JCPenney at Southern Park Mall

## OKLAHOMA

Lawton, JCPenney at Central Mall
Midwest City, JCPenney at Town Center Plaza
Moore, JCPenney at Shops at Moore
Oklahoma City, JCPenney at Penn Square Mall
Oklahoma City, JCPenney at Quail Springs Mall
Owasso, JCPenney at Center at Owasso
Tulsa, JCPenney at Tulsa Promenade
Tulsa, JCPenney at Woodland Hills Mall

## OREGON

Eugene, JCPenney at Valley River Center
Medford, JCPenney at Rogue Valley Mall
Portland, JCPenney at Clackamas Town Center
Portland, JCPenney at Washington Square
Salem, JCPenney at Salem Center

## PENNSYLVANIA

Altoona, JCPenney at Logan Valley Mall
Erie, JCPenney at Mill Creek Mall
Greensburg, JCPenney at Westmoreland Mall
HANOVER, JCPenney at North Hanover Mall
HARRISBURG, JCPenney at High Pointe Commons
Hermitage, JCPenney at Shenango Valley Mall
Johnstown, JCPenney at Galleria Mall
King of Prussia, JCPenney at King of Prussia Plaza
Lancaster, JCPenney at Park City Shopping Center
Langhorne, JCPenney at Oxford Valley Mall
MONACA, JCPenney at Beaver Valley Mall
MONROEVILLE, JCPenney at Monroeville Mall
North Wales, JCPenney at Montgomery Mall
Pittsburgh, JCPenney at Robinson Town Center
Scranton, JCPenney at Viewmont Mall
TARENTUM, JCPenney at Galleria at Pittsburg Mills
WILLOW GROVE, JCPenney at Willow Grove Park Mall
Whitehall, JCPenney at Lehigh Valley Mall
Wilkes-Barre, JCPenney at Wyoming Valley Mall

## RHODE ISLAND

Warwick, JCPenney at Warwick Mall

## SOUTH CAROLINA

Anderson, JCPenney at Anderson Mall
COLUMBIA, JCPenney at Village at Sandhill
Columbia, JCPenney at Columbiana Center Mall
Florence, JCPenney at Magnolia Mall
Greenville, JCPenney at Haywood Mall
Myrtle Beach, JCPenney at Coastal Grand Mall
N Charleston, JCPenney at Northwoods Mall
ROCK HILL, JCPenney at Rock Hill Galleria

## SOUTH DAKOTA

Sioux Falls, JCPenney at Empire Mall

## TENNESSEE

Bartlett, JCPenney at Wolfchase Galleria
Chattanooga, JCPenney at Hamilton Place
Farragut, JCPenney at Turkey Creek Shopping Center
Franklin, JCPenney at CoolSprings Galleria
Goodlettsville, JCPenney at Rivergate Mall
Jackson, JCPenney at Old Hickory Mall
Johnson City, JCPenney at The Mall
Knoxville, JCPenney at West Town Mall
MT JULIET, JCPenney at Providence Marketplace
MURFREESBORO, JCPenney at Stones River Mall
Memphis, JCPenney at Centennial Commons

## TEXAS

AUSTIN, JCPenney at Barton Creek Square
AUSTIN, JCPenney at Tech Ridge Center
Abilene, JCPenney at Mall Of Abilene
Amarillo, JCPenney at Westgate Mall
Arlington, JCPenney at The Parks Mall
Austin, JCPenney at Southpark Meadows Shopping Center
BURLESON, JCPenney at Burleson Town Center
Beaumont, JCPenney at Parkdale Mall
Brownsville, JCPenney at Sunrise Mall
Cedar Hill, JCPenney at Cedar Hill Village
Cedar Park, JCPenney at Lakeline Mall
College Station, JCPenney at Post Oak Mall
Conroe, JCPenney at Teas Crossing
Corpus Christi, JCPenney at La Palmera Mall
Cypress, JCPenney at Cy Fair Town Center
Dallas, JCPenney at Timber Creek Crossing
Denton, JCPenney at Golden Triangle Mall
EAGLE PASS, JCPenney at Mall De Las Aguilas
Edinburg, JCPenney at Shops at Rio Grande
El Paso, JCPenney at Cielo Vista Mall
El Paso, JCPenney at El Mercado Plaza
Fairview, JCPenney at Village at Fairview
Flower Mound, JCPenney at Robertsons Creek
Fort Worth, JCPenney at Alliance Town Center
Fort Worth, JCPenney at Ridgmar Mall
Friendswood, JCPenney at Baybrook Mall
Frisco, JCPenney at Stonebriar Centre
HOUSTON, JCPenney at Memorial City Mall
Harlingen, JCPenney at Valle Vista Mall
Houston, JCPenney at Meyerland Plaza
Houston, JCPenney at Shops at Stone Park
Houston, JCPenney at Willowbrook Mall
Humble, JCPenney at Deerbrook Mall
Hurst, JCPenney at North East Mall
Katy, JCPenney at West Grand Promenade
LAKE JACKSON, JCPenney at Brazos Mall
LONGVIEW, JCPenney at Longview Mall
Laredo, JCPenney at Mall Del Norte Shopping Center
League City, JCPenney at Victory Lakes Town Center
Lubbock, JCPenney at South Plains Mall
McAllen, JCPenney at La Plaza
Mesquite, JCPenney at Town East Mall
Midland, JCPenney at Midland Park Mall
New Braunfels, JCPenney at New Braunfels Town Center at Creekside
Odessa, JCPenney at Music City Mall
PASADENA, JCPenney at Fairmont Center
PEARLAND, JCPenney at The Crossing at 288 Shopping Center
PLANO, JCPenney at Collin Creek Mall
Rockwall, JCPenney at Plaza at Rockwall
Rosenberg, JCPenney at Brazos Town Commons
Round Rock, JCPenney at University Oaks Shopping Center
SAN ANTONIO, JCPenney at The Rim Shopping Center
San Antonio, JCPenney at Alamo Ranch Marketplace
San Antonio, JCPenney at Ingram Park Mall
San Antonio, JCPenney at North Star Mall

San Antonio, JCPenney at Rolling Oaks Mall

San Antonio, JCPenney at South Park Mall

San Marcos, JCPenney at Stonecreek Crossing

Sherman, JCPenney at Sherman Town Center

Sugarland, JCPenney at First Colony

TEXARKANA, JCPenney at Central Mall

The Woodlands, JCPenney at The Woodland Mall

Tyler, JCPenney at Broadway Square Mall

Victoria, JCPenney at West Acres Mall

Waco, JCPenney at Richland Mall

Waxahachie, JCPenney at Waxahachie Towne Center Crossing

Weslaco, JCPenney at Valley Crossing Shopping Center

Wichita Falls, JCPenney at Sikes Senter Mall

## UTAH

Layton, JCPenney at Layton Hills Mall

Provo, JCPenney at Provo Towne Center

Riverdale, JCPenney at Riverdale Center

SANDY, JCPenney at South Towne Center

Salt Lake City, JCPenney at Valley Fair Mall

South Jordan, JCPenney at The District

## VERMONT

South Burlington, JCPenney at University Mall

## VIRGINIA

CHESAPEAKE, JCPenney at Greenbrier Mall

Colonial Heights, JCPenney at Southpark Mall

Fairfax, JCPenney at Fair Oaks Mall

Hampton, JCPenney at Peninsula Town Center

Lynchburg, JCPenney at River Ridge Mall

NEWPORT NEWS, JCPenney at Patrick Henry Mall

Richmond, JCPenney at Chesterfield Mall

Richmond, JCPenney at Shops at White Oak Village

Roanoke, JCPenney at Valley View Mall

Springfield, JCPenney at Springfield Mall

Sterling, JCPenney at Dulles Town Center

VIRGINIA BEACH, JCPenney at Lynnhaven Mall

WOODBRIDGE, JCPenney at Potomac Mills Mall

Winchester, JCPenney at Apple Blossom Mall

## WASHINGTON

Bellingham, JCPenney at Bellis Fair

Kennewick, JCPenney at Columbia Center

Lynnwood, JCPenney at Alderwood Mall

OLYMPIA, JCPenney at Capital Mall

Puyallup, JCPenney at South Hill Mall

Seattle, JCPenney at Northgate Mall

Seattle, JCPenney at Southcenter Mall

Silverdale, JCPenney at Kitsap Mall

Spokane, JCPenney at Northtown Mall

Spokane, JCPenney at Spokane Valley Mall

Tacoma, JCPenney at Tacoma Mall

UNION GAP, JCPenney at Washington Plaza

Vancouver, JCPenney at Columbia Tech Center

Vancouver, JCPenney at Vancouver Mall

Wenatchee, JCPenney at Valley North Shopping Center

## WEST VIRGINIA

Barboursville, JCPenney at Huntington Mall

Bridgeport, JCPenney at Meadowbrook Mall

Charleston, JCPenney at Charleston Town Center

Mount Hope, JCPenney at Crossroads Mall

Triadelphia, JCPenney at Highlands

Vienna, JCPenney at Grand Central Mall

## WISCONSIN

ASHWAUBENON, JCPenney at The Village at Bay Park

Appleton, JCPenney at Fox River Mall

BROOKFIELD, JCPenney at Brookfield Square Mall

Eau Claire, JCPenney at Oakwood Mall

Greendale, JCPenney at Southridge Center

LA CROSSE, JCPenney at Valley View Mall

Madison, JCPenney at East Towne Mall

Madison, JCPenney at West Town Mall

Menomonee Falls, JCPenney at Crossroads Shopping Center

Pleasant Prairie, JCPenney at Shoppes of Prairie Ridge

# CANADA

## ALBERTA

Calgary, Chinook Centre

Calgary, Market Mall

Calgary, South Calgary

Calgary, THE CORE

Edmonton, Kingsway Mall

Edmonton, Southgate Centre

Edmonton, West Edmonton Mall

Red Deer, Bower Place

## BRITISH COLUMBIA

Abbotsford, Highstreet

Burnaby, Metropolis

Coquitlam, Coquitlam Center

Kelowna, Kelowna

Nanaimo, Woodgrove Centre

Richmond, Richmond Centre

Surrey, GUILDFORD TOWN CENTRE

Vancouver, Pacific Centre

Vancouver, Robson

Victoria, Mayfair Mall

West Vancouver, PARK ROYAL

## MANITOBA

Winnipeg, Polo Park Shopping Centre

Winnipeg, St Vital

## NEW BRUNSWICK

Dieppe, Moncton

## NEWFOUNDLAND AND LABRADOR

St. John's, Avalon

## NOVA SCOTIA

Dartmouth, Mic Mac Mall

Halifax, Halifax

## ONTARIO

Scarborough, Scarborough

Barrie, Georgian

Brampton, Bramalea City Centre

Burlington, Mapleview Shopping Center

Hamilton, Lime Ridge Mall

Kingston, CATARAQUI

Kitchener, Kitchener

London, Masonville Place

London, White Oaks

Markham, MARKVILLE

Mississauga, Square One

Newmarket, Upper Canada Mall

Oakville, Oakville Place

Oshawa, Oshawa Centre

Ottawa , Bayshore

Ottawa, Rideau Centre

Richmond Hill, Hillcrest Mall

St. Catharines, Pen Centre Mall

Toronto, Bloor Street

Toronto, Eaton Centre

Toronto, Fairview Toronto

Toronto, Sherway Gardens

Toronto, Yonge & Eglinton

Toronto, Yorkdale

Vaughan, Vaughan Mills

Windsor, Devonshire

## QUEBEC

Brossard, DIX30

Laval, Carrefour Laval

Montreal, ANJOU

Montreal, Montreal Ste Catherine

Montreal, Rockland

Pointe Claire, Pointe Claire

Quebec, Les Promenades St Bruno

Quebec, Place Ste-Foy

## SASKATCHEWAN

Regina, Cornwall Centre

Saskatoon, Saskatoon

---

✉ **SIGN UP FOR SEPHORA EMAILS**   | EMAIL |

▦ **STORE LOCATIONS & EVENTS**   | Zip Code or City, State |

| About Sephora | Beauty Insider | Customer Service | What's New |
| Careers | My Account | Contact Us | FLASH Unlimited Shipping |
| Sephora Social Impact | Loves | Gift Card | Bestsellers |
| Sephora Global Sites | Shipping | Affiliates | Travel |
| Store Locations, Events & Classes | International Shipments | Supply Chain Transparency | Weekly Specials |
| Book A Reservation | Order Status | Sitemap | Sale |

Now Shopping: 🇺🇸 **US** | 🇨🇦 Canada        🌐 Learn More: International Shipping         📷 📌

Copyright © 2017 Sephora USA, Inc. All rights reserved. Terms of Use | Privacy Policy
1-877-SEPHORA (1-877-737-4672)

# Exhibit 18

**Print**  |  **Close Window**

**Subject:**  RE: Yesh Music v Sephora USA
   **From:**  "Feuchtbaum, Louis P." <lfeuchtbaum@sideman.com>
   **Date:**  Tue, Sep 27, 2016 5:58 pm
      **To:**  Richard Garbarini <rgarbarini@garbarinilaw.com>
**Attach:**  image001.png

---

Mr. Garbarini,

I have spoken with Signature Tracks, which has informed me that it has communicated directly with you and with your client, certifying that Sephora did purchase a license for the work at issue. I understand from my conversation with Signature Tracks that your client also agrees that Sephora's tendering the licensing fees to Signature Tracks granted it the right to use the work. You confirmed these facts in a voicemail that you left for me on September 22nd.

I believe a party risks violating Rule 11 when proceeding with a lawsuit, when there are no reasonable grounds to believe that a conflict exists. Further, I do not believe it is appropriate to require a defendant to expend the time and resources necessary to find documents proving that a lawsuit is without merit when the plaintiff has no good faith basis for proceeding with an action.

If you have a suspicion that this lawsuit may have merit, notwithstanding earlier communications to the contrary, the appropriate way to proceed would be to file a request for dismissal without prejudice, and then re-file a lawsuit, should you ever establish a good faith basis for it.

Based upon our earlier correspondence, you agreed to allow a 14 day extension for Sephora to file a response to your complaint. I have calendared October 11th as the date that our response is now due. We will take all appropriate action against you and your client for frivolous prosecution, should we be forced to prepare a response. I will refrain from incurring fees associated with drafting that response until October 3rd.

---

**From:** Richard Garbarini [mailto:rgarbarini@garbarinilaw.com]
**Sent:** Tuesday, September 27, 2016 9:02 AM
**To:** Feuchtbaum, Louis P.
**Subject:** RE: Yesh Music v Sephora USA

I contacted Signature Tracks, yet have received no actual license. I contacted you, yet no license has been produced. My client was never paid for a license, nor was he given notice of one. When your client received a request for a license, it refused to produce one.
What conclusion can be reached other than the fact there is no license. Simply send the license, if there is one, and the matter is resolved.

**Richard Garbarini**
GARBARINI FITZGERALD P.C.
250 Park Avenue
7th Floor
New York, New York 10177
Office : 212.300.5358
Fax : 212.731.0278
www.garbarinilaw.com

*certa bonum certamen*

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the GARBARINI FITZGERALD immediately by telephone at 212.300.5358 and delete this message from your system.

-------- Original Message --------
Subject: RE: Yesh Music v Sephora USA
From: "Feuchtbaum, Louis P." <lfeuchtbaum@sideman.com>
Date: Mon, September 26, 2016 6:11 pm
To: Richard Garbarini <rgarbarini@garbarinilaw.com>

Richard,

Based upon the voicemail that you sent me, I understand that your client indicated that there were no grounds to proceed with the lawsuit. In that voicemail, you indicated that you would be filing a request for dismissal last Friday morning. Your voicemail is consistent with my own understanding of the facts, based upon our discussions with Signature Tracks.

Today, your email reflects a different position. You now seem to believe that you have valid grounds to proceed with this lawsuit, even though your client has informed you that there are none.

I trust you will proceed as required under the rules.

**From:** Richard Garbarini [mailto:rgarbarini@garbarinilaw.com]
**Sent:** Monday, September 26, 2016 12:26 PM
**To:** Feuchtbaum, Louis P.
**Subject:** RE: Yesh Music v Sephora USA

Louis:

We have no license, my client never signed one, in fact my client has never seen one. We filed only after writing to your client and requesting they produce a license -- which they did not. If you think that warrants sanctions, move away, I will be delighted to respond and cross-move for the time it takes to respond to such frivolous nonsense.

I suspect there is no license, and Music Bed was trying to cover up that fact.

All I asked for was a license, yet no one has yet to produce one.  The second a valid license is produced, the case will be withdrawn.


**Richard Garbarini**
GARBARINI FITZGERALD P.C.
250 Park Avenue
7th Floor
New York, New York 10177
Office : 212.300.5358
Fax : 212.731.0278
www.garbarinilaw.com
*certa bonum certamen*

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the GARBARINI FITZGERALD immediately by telephone at 212.300.5358 and delete this message from your system.


-------- Original Message --------
Subject: RE: Yesh Music v Sephora USA
From: "Feuchtbaum, Louis P." <lfeuchtbaum@sideman.com>
Date: Mon, September 26, 2016 12:49 pm
To: Richard Garbarini <rgarbarini@garbarinilaw.com>

I assume that you will get that from your client, and promptly dismiss.  We do not presently plan to seek Rule 11 sanctions and attorneys' fees, unless forced to spend additional time on this matter.

---

**From:** Richard Garbarini [mailto:rgarbarini@garbarinilaw.com]
**Sent:** Sunday, September 25, 2016 7:51 AM
**To:** Feuchtbaum, Louis P.
**Subject:** RE: Yesh Music v Sephora USA

Of course, I just need a copy of the license.

**Richard Garbarini**
GARBARINI FITZGERALD P.C.
250 Park Avenue
7th Floor
New York, New York 10177
Office : 212.300.5358
Fax : 212.731.0278
www.garbarinilaw.com
*certa bonum certamen*

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the GARBARINI FITZGERALD immediately by telephone at 212.300.5358 and delete this message from your system.

-------- Original Message --------
Subject: RE: Yesh Music v Sephora USA
From: "Feuchtbaum, Louis P." <lfeuchtbaum@sideman.com>
Date: Fri, September 23, 2016 1:45 pm
To: Richard Garbarini <rgarbarini@garbarinilaw.com>

#wmQuoteWrapper /* Font Definitions */ @font-face {font-family:Calibri; panose-1:2 15 5 2 2 2 4 3 2 4;} #wmQuoteWrapper @font-face {font-family:Tahoma; panose-1:2 11 6 4 3 5 4 4 2 4;} #wmQuoteWrapper @font-face {font-family:Verdana; panose-1:2 11 6 4 3 5 4 4 2 4;} #wmQuoteWrapper /* Style Definitions */ p.MsoNormal, #wmQuoteWrapper li.MsoNormal, #wmQuoteWrapper div.MsoNormal {margin:0in; margin-bottom:.0001pt; font-size:12.0pt; font-family:"Times New Roman","serif";} #wmQuoteWrapper p.94a714b4-ec95-4e94-a368-78f0ff43bdbf, #wmQuoteWrapper li.94a714b4-ec95-4e94-a368-78f0ff43bdbf, #wmQuoteWrapper div.94a714b4-ec95-4e94-a368-78f0ff43bdbf {mso-style-name:94a714b4-ec95-4e94-a368-78f0ff43bdbf; mso-margin-top-alt:auto; margin-right:0in; mso-margin-bottom-alt:auto; margin-left:0in; font-size:12.0pt; font-family:"Times New Roman","serif";} #wmQuoteWrapper p.94a714b4-ec95-4e94-a368-78f0ff43bdbf1, #wmQuoteWrapper li.94a714b4-ec95-4e94-a368-78f0ff43bdbf1, #wmQuoteWrapper div.94a714b4-ec95-4e94-a368-78f0ff43bdbf1 {mso-style-name:94a714b4-ec95-4e94-a368-78f0ff43bdbf1; margin:0in; margin-bottom:.0001pt; font-size:12.0pt; font-family:"Times New Roman","serif";}

#wmQuoteWrapper p.msochpdefault, #wmQuoteWrapper li.msochpdefault, #wmQuoteWrapper div.msochpdefault {mso-style-name:msochpdefault; mso-margin-top-alt:auto; margin-right:0in; mso-margin-bottom-alt:auto; margin-left:0in; font-size:12.0pt; font-family:"Times New Roman","serif";} #wmQuoteWrapper span.emailstyle17 {mso-style-name:emailstyle17;} #wmQuoteWrapper p.94a714b4-ec95-4e94-a368-78f0ff43bdbf2, #wmQuoteWrapper li.94a714b4-ec95-4e94-a368-78f0ff43bdbf2, #wmQuoteWrapper div.94a714b4-ec95-4e94-a368-78f0ff43bdbf2 {mso-style-name:94a714b4-ec95-4e94-a368-78f0ff43bdbf2; margin:0in; margin-bottom:.0001pt; font-size:12.0pt; font-family:"Times New Roman","serif";} #wmQuoteWrapper span.EmailStyle24 {mso-style-type:personal; font-family:"Calibri","sans-serif"; color:#1F497D;} #wmQuoteWrapper span.EmailStyle25 {mso-style-type:personal-reply; font-family:"Calibri","sans-serif"; color:#1F497D;} #wmQuoteWrapper .MsoChpDefault {mso-style-type:export-only; font-size:10.0pt;} #wmQuoteWrapper @page WordSection1 {size:8.5in 11.0in; margin:1.0in 1.0in 1.0in 1.0in;} #wmQuoteWrapper div.WordSection1 {page:WordSection1;}

Mr. Gabarini,

I acknowledge your voicemail, indicating that you will be filing a Rule 41 request for dismissal of this action due to my client having had a license for use of the copyrighted material. I would appreciate your sending me a copy of the request for dismissal, after it has been filed.

---

**From:** Richard Garbarini [mailto:rgarbarini@garbarinilaw.com]
**Sent:** Thursday, September 22, 2016 10:54 AM
**To:** Feuchtbaum, Louis P.
**Subject:** RE: Yesh Music v Sephora USA

Mr. Feldman:

30 days is excessive. As a courtesy, I will agree to 14.

**Richard Garbarini**
GARBARINI FITZGERALD P.C.
250 Park Avenue
7th Floor
New York, New York 10177
Office : 212.300.5358
Fax : 212.731.0278
www.garbarinilaw.com
*certa bonum certamen*

CONFIDENTIALITY NOTE -- THIS E-MAIL TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED,

CONFIDENTIAL OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is NOT the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the GARBARINI FITZGERALD immediately by telephone at 212.300.5358 and delete this message from your system.

-------- Original Message --------
Subject: Yesh Music v Sephora USA
From: "Feuchtbaum, Louis P."
<lfeuchtbaum@sideman.com>
Date: Thu, September 22, 2016 1:19 pm
To: "rgarbarini@garbarinilaw.com"
<rgarbarini@garbarinilaw.com>
Cc: "Alinder, Zachary J." <zalinder@sideman.com>

Hello Rich,

My firm will be representing Sephora USA in the lawsuit that was recently filed against it.  I am writing to request a 30-day extension to respond to the complaint.

I have attempted to contact you by telephone, but have been unsuccessful. I have also been unable to contact anyone else listed on your firm's website.

I appreciate your courtesy and consideration in doing this.  Please do not hesitate to contact me at any time if there is anything you would like to discuss.

-Lou


**Louis P. Feuchtbaum**
Partner

**Sideman & Bancroft LLP**
One Embarcadero Center
Twenty-Second Floor
San Francisco, CA 94111
Main:415.392.1960

Fax:  415.392.0827
lfeuchtbaum@sideman.com
Visit us at www.sideman.com



Please consider the environment before you print this email.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIALITY
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail [or at (415) 392-1960] and delete all copies of this message. It is the recipient's responsibility to scan this e-mail and any attachments for viruses.

Copyright © 2003-2017. All rights reserved.

# Exhibit 19

**Print** | **Close Window**

**Subject:** RE: Yesh Music v Sephora USA
**From:** "Feuchtbaum, Louis P." <lfeuchtbaum@sideman.com>
**Date:** Thu, Sep 29, 2016 10:25 pm
**To:** Richard Garbarini <rgarbarini@garbarinilaw.com>

Richard,

It is my understanding that Yoni Sandler is an independent editor who made the videos for Sephora. I will try to get confirmation of that on condition that you dismiss the action against Sephora. You are certainly free to proceed against anyone else who has harmed your client.

I need to stress the importance of your filing a request for dismissal before Monday, when I will have to begin drafting a reply to the complaint. After that time, I expect that Sephora will direct me to seek fees and potential sanctions for the improper prosecution of this matter.

---

**From:** Richard Garbarini [mailto:rgarbarini@garbarinilaw.com]
**Sent:** Thursday, September 29, 2016 5:01 PM
**To:** Feuchtbaum, Louis P.
**Subject:** Re: Yesh Music v Sephora USA

SUBJECT TO FRE 408

Louis:

I will make a deal with you. Tell me who Sephora hired to make each video, and I will let Sephora out. The reasoning behind this is I don't believe the invoice and check are authentic. Yoni Sandler was a cameraman, why would he issue a check in his own name? The check itself has lots of problems. The invoice, as you can see, is very suspect. Moreover, my client never received any payment or notice, even after I requested it on September 23, 2016.

But we will investigate and bring a case, if necessary, against the producers and other culpable parties. I will dismiss the current matter and focus on those parties.

Also, we would need a copy of the back of the check which you can see the outline of if you print the check.

Let me know.

Richard Garbarini
Garbarini FitzGerald P.C.

On Sep 22, 2016, at 1:19 PM, Feuchtbaum, Louis P. <lfeuchtbaum@sideman.com> wrote:

Hello Rich,

My firm will be representing Sephora USA in the lawsuit that was recently filed against it. I am writing to request a 30-day extension to respond to the complaint.

I have attempted to contact you by telephone, but have been unsuccessful. I have also been unable to contact anyone else listed on your firm's website.

I appreciate your courtesy and consideration in doing this.  Please do not hesitate to contact me at any time if there is anything you would like to discuss.

-Lou

[ed3858.png](ed3858.png)

**Louis P. Feuchtbaum**

Partner

**Sideman & Bancroft LLP**
One Embarcadero Center
Twenty-Second Floor
San Francisco, CA 94111
Main:415.392.1960
Fax:  415.392.0827

[lfeuchtbaum@sideman.com](mailto:lfeuchtbaum@sideman.com)

Visit us at [www.sideman.com](http://www.sideman.com)

Please consider the environment before you print this email.

************************************************************************

CONFIDENTIALITY
This e-mail may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply e-mail [or at (415) 392-1960] and delete all copies of this message. It is the recipient's responsibility to scan this e-mail and any attachments for viruses.

Copyright © 2003-2017. All rights reserved.