LOUIS P. FEUCHTBAUM (LF9637)
REBECCA K. FELSENTHAL (RF4600)
SIDEMAN & BANCROFT LLP
One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone:     (415) 392-1960
Facsimile:      (415) 392-0827

Attorneys for Defendant
SEPHORA USA, INC.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YESH MUSIC, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>SEPHORA USA, INC.,<br><br>        Defendant. | Index No. 16-cv-4913 (CBA)(RER)<br><br>**DECLARATION OF REBECCA K. FELSENTHAL** |

I, REBECCA K. FELSENTHAL, declare:

1.      I am an attorney duly admitted to practice in all of the courts of the State of New York and am an associate of Sideman & Bancroft LLP, attorneys of record for Defendant SEPHORA USA, INC. ("Sephora"). The following is of my own personal knowledge, and if called as a witness in this matter, I could and would competently testify thereto.

2.      On February 28, 2017, I received a copy of Plaintiff Yesh Music, LLC's ("Yesh") Opposition to Defendant's Motion to Dismiss, and papers in support of the Opposition. Among the papers in support was the Declaration of Richard Garbarini and various exhibits.

3.      I personally reviewed the Declaration of Richard Garbarini and the accompanying exhibits, including Exhibit 2.

4.      Exhibit 2 to the Declaration of Richard Garbarini appears to be a printout from a website reflecting information about Sephora. The web address Texas-register.com appears on

9407-14\3197536v1

1

the bottom of the third page of Exhibit 2, indicating that this information was downloaded from the website texas-register.com.

5.      I visited the website https://whois.icann.org (the "WhoIs website") to determine whether the website texas-register.com was affiliated with the State of Texas or the Texas Secretary of State.

6.      I entered the domain "texas-register.com" into the WhoIs Lookup on the WhoIs website. The results revealed that the website texas-register.com is registered to an individual named David Trkac. Mr. Trkac lists a mailing address in Czechoslovakia. Attached hereto as **Exhibit A** is a true and accurate copy of a screenshot of the WhoIs website search results for the domain texas-register.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed March 9, 2017, at San Francisco, California.

Rebecca K. Felsenthal