
**SIDEMAN** LLP
**BANCROFT**

One Embarcadero Center, Twenty-Second Floor
San Francisco, California 94111-3711
Telephone: (415) 392-1960
Facsimile: (415) 392-0827

**Louis P. Feuchtbaum**
lfeuchtbaum@sideman.com
(415) 733-3905

March 17, 2017

The Honorable Carol B. Amon
United States District Court Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> Re:    *Yesh Music, LLC v. Sephora USA, Inc.*, 1:16-cv-4913
>         Opposition to Plaintiff's Request for a Pre-Motion Conference
>         <u>Regarding Leave to File a Sur-Reply</u>

Dear Judge Amon:

I am writing on behalf of Sephora USA, Inc. ("Sephora") to request that the Court deny Plaintiff Yesh Music, LLC's ("Yesh" or "Plaintiff") Letter Request for a Pre-Motion Conference regarding leave to file a sur-reply [Doc. 40] because there are no grounds for it. Contrary to Plaintiff's claim, Sephora's Reply to Plaintiff's Opposition [Doc. 37] does not improperly raise new arguments, nor does it incorrectly state the law or facts. Motions for leave to file a sur-reply should be denied where "additional briefing on [the] issue will almost certainly be both redundant and irrelevant[.]" *J. Taikwok Yung v. Trump*, No. CV 11-1413 (DLI)(VVP), 2014 WL 819417, at *2 (E.D.N.Y. Feb. 28, 2014), *report and recommendation adopted*, No. 11-CV-1413 DLI VVP, 2014 WL 1257761 (E.D.N.Y. Mar. 26, 2014), *aff'd sub nom. Yung v. Trump*, 648 F. App'x 24 (2d Cir. 2016).

The only arguments raised in Sephora's reply brief for the first time are in response to issues raised in Plaintiff's Opposition. That is appropriate because "reply papers may properly address new material issues raised in opposition papers so as to avoid giving unfair advantage to the answering party who took it upon himself to argue those previously unforeseen issues." *Litton Indus., Inc. v. Lehman Bros. Kuhn Loeb Inc.*, 767 F. Supp. 1220, 1235 (S.D.N.Y. 1991), *rev'd on other grounds* 967 F.2d 742 (2d Cir. 1992). As Plaintiff's sur-reply would only address arguments it has already made, it is unwarranted.

Respectfully submitted,

Louis P. Feuchtbaum

Copy to: Richard Garbarini, Esq.