Richard M. Garbarini (RG 5496)
GARBARINI FITZGERALD P.C.

250 Park Avenue, 7th Floor
New York, New York 10177
Telephone: (212)300-5358
Facsimile: (347) 218-9478

*Attorneys for Plaintiff*


UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

YESH MUSIC, LLC,                                                    Index No.: 16-cv-4913 (CBA)(RER)

                        Plaintiff,

                                                                   **NOTICE OF DISMASSAL WITH**
            v.                                                     **PREJUDICE**

SEPHORA USA, LLC,

                        Defendant.
-----------------------------------------------------------------x

        Pursuant to Fed.R.Civ.P 41 (a)(1)(A)(ii) all parties who have appeared in this action

hereby serve notice that the above-captioned matter is dismissed with prejudice.


Dated: April 25, 2017


| | |
|---|---|
| _____ | *[signature]* _____ |
| Louis P. Feuchtbaum | Richard M. Garbarini (RG 5496) |
| Sideman & Bancroft LLP | GARBARINI FITZGERALD P.C. |
| One Embarcadero Center | |
| Twenty-Second Floor | 250 Park Avenue, 7th Floor |
| San Francisco, CA 94111 | New York, New York 10177 |
| Main:415.392.1960 | Telephone: (212)300-5358 |
| Fax:  415.392.0827 | Facsimile: (347) 218-9478 |
| | |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |

**GARBARINI
FITZGERALD
P.C.**


By: _____

_____

_____

_____

Richard  M.
Garbarini
(RG  5496)
250 Park
Avenue, 7th
Floor
New
York,
New
York
10177
Teleph
one:
(212)
300-
5358
Facsimile: (347)
218-9479